UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF M. OWEN, Individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA, <br><br>     Defendants. | Case No.  1:21-cv-06176-DG-RML |
| AHMED HUQ, Individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA, <br><br>     Defendants. | Case No.  1:21-cv-06864-PKC-JRC |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
AHMED F. HUQ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ahmed F. Huq ("Huq"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Huq's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of Huq in this litigation;

Exhibit B:    Press release published over *Business Wire* on October 25, 2021, announcing the pendency of the action filed in this Court styled *Muller et al v. Reconnaissance Energy Africa Ltd. et al*, No. 1:21-cv-05910 (E.D.N.Y.);

Exhibit C:    Shareholder Certification executed by Huq;

Exhibit D:    Declaration executed by Huq; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 27, 2021.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1