# EXHIBIT A

**Reconnaissance Energy Africa Ltd. (f/k/a Lund Enterprises Corp.) (RECAF)**
**Class Period: February 28, 2019 to September 7, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $4.9324 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Huq, Ahmed F. | 7/15/2021 | 1,000 | $7.9000 | ($7,900) | | | | | 1,000 | $4,932 | ($2,968) |

*Average Closing Prices from September 7 to December 3