**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFF M. OWEN, Individually and on behalf of all others similarly situated, | Case No. 1:21-cv-06176-DG-RML |
| Plaintiff, | |
| v. | |
| RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF ROBERT PARTOVY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Robert Partovy ("Partovy") and proposed Lead Counsel for the class in the above-captioned action.  I make this declaration in support of Robert Partovy's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published October 25, 2021 on *PR Newswire*, announcing the pendency of a securities class action against the defendants herein;

Exhibit B:      Partovy's Signed PSLRA Certification;

Exhibit C:      Analysis of Partovy's financial interest as a result of his transactions in Reconnaissance Energy Africa Ltd. securities; and

Exhibit D:      Declaration of Robert Partovy in Support of His Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel

Exhibit E:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 27th day of December 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 27, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 27, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh