# EXHIBIT C

## Financial Interest Analysis

| | |
|---|---|
| **Company Name:** | Reconnaissance Energy Africa Ltd. |
| **Ticker:** | RECAF |
| **Class Period:** | February 28, 2019 to September 7, 2021 |
| **Name:** | Robert Partovy |

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/30/2021 | 1,150 | $9.4973 | -$10,921.8950 | | $0.0000 | -$10,921.90 |
| 7/9/2021 | -50 | | $0.0000 | $9.1000 | $455.0000 | $455.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,100** | | | | **Subtotal:** | **-$10,466.90** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $5,425.43 |
| | | | $4.9322 | 1,100 | **Total:** | **-$5,041.47** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2021 | 100 | $8.9500 | -$895.0000 | | $0.0000 | -$895.00 |
| 6/30/2021 | 4,000 | $9.5000 | -$38,000.0000 | | $0.0000 | -$38,000.00 |
| 6/30/2021 | 300 | $9.4500 | -$2,835.0000 | | $0.0000 | -$2,835.00 |
| 7/9/2021 | 1,400 | $9.1400 | -$12,796.0000 | | $0.0000 | -$12,796.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,800** | | | | **Subtotal:** | **-$54,526.00** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $28,606.80 |
| | | | $4.9322 | 5,800 | **Total:** | **-$25,919.20** |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/30/2021 | 4,800 | $9.4400 | -$45,312.0000 | | $0.0000 | -$45,312.00 |
| 6/30/2021 | 800 | $9.4483 | -$7,558.6400 | | $0.0000 | -$7,558.64 |
| 6/30/2021 | 4,000 | $9.4695 | -$37,878.0000 | | $0.0000 | -$37,878.00 |
| 6/30/2021 | 5,000 | $9.4219 | -$47,109.5000 | | $0.0000 | -$47,109.50 |
| 6/30/2021 | 4,400 | $9.4400 | -$41,536.0000 | | $0.0000 | -$41,536.00 |
| 7/2/2021 | 4,800 | $9.9091 | -$47,563.6800 | | $0.0000 | -$47,563.68 |
| 7/2/2021 | 4,500 | $9.9295 | -$44,682.7500 | | $0.0000 | -$44,682.75 |
| 7/21/2021 | 1,150 | $8.5837 | -$9,871.2550 | | $0.0000 | -$9,871.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **29,450** | | | | **Subtotal:** | **-$281,511.83** |
| | | | 90-Day Average Price | Shares Retained | **90-Day Average:** | $145,253.48 |
| | | | $4.9322 | 29,450 | **Total:** | **-$136,258.35** |

## Financial Interest Analysis

**Account 4**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2021 | 100 | $8.9400 | -$894.0000 | | $0.0000 | -$894.00 |
| 6/30/2021 | 100 | $9.4400 | -$944.0000 | | $0.0000 | -$944.00 |
| 6/30/2021 | 750 | $9.4833 | -$7,112.4750 | | $0.0000 | -$7,112.48 |
| 6/30/2021 | 3,000 | $9.4500 | -$28,350.0000 | | $0.0000 | -$28,350.00 |
| 6/30/2021 | 4,000 | $9.4500 | -$37,800.0000 | | $0.0000 | -$37,800.00 |
| 6/30/2021 | 1,500 | $9.4493 | -$14,173.9500 | | $0.0000 | -$14,173.95 |
| 7/9/2021 | -350 | | $0.0000 | $9.1400 | $3,199.0000 | $3,199.00 |
| 7/9/2021 | 650 | $9.1227 | -$5,929.7550 | | $0.0000 | -$5,929.76 |
| 7/9/2021 | 4,500 | $9.1444 | -$41,149.8000 | | $0.0000 | -$41,149.80 |
| 7/9/2021 | 2,500 | $9.1251 | -$22,812.7500 | | $0.0000 | -$22,812.75 |
| 7/9/2021 | 1,400 | $9.1372 | -$12,792.0800 | | $0.0000 | -$12,792.08 |

| Shares Retained: | 18,150 | | | | Subtotal: | -$168,759.81 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $89,519.55 |
| | | | $4.9322 | 18,150 | Total: | -$79,240.26 |

**Account 5**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 6/25/2021 | 10,000 | $9.5600 | -$95,600.0000 | | $0.0000 | -$95,600.00 |
| 6/28/2021 | 100 | $9.1800 | -$918.0000 | | $0.0000 | -$918.00 |
| 6/28/2021 | 4,594 | $9.1769 | -$42,158.6786 | | $0.0000 | -$42,158.68 |
| 6/28/2021 | 1,206 | $9.1400 | -$11,022.8400 | | $0.0000 | -$11,022.84 |
| 6/28/2021 | 100 | $9.1300 | -$913.0000 | | $0.0000 | -$913.00 |
| 7/2/2021 | 1,400 | $9.9193 | -$13,887.0200 | | $0.0000 | -$13,887.02 |
| 7/2/2021 | 3,700 | $9.9000 | -$36,630.0000 | | $0.0000 | -$36,630.00 |
| 7/2/2021 | 4,900 | $9.8894 | -$48,458.0600 | | $0.0000 | -$48,458.06 |
| 7/13/2021 | 9,000 | $9.1900 | -$82,710.0000 | | $0.0000 | -$82,710.00 |
| 7/13/2021 | 3,200 | $9.1818 | -$29,381.7600 | | $0.0000 | -$29,381.76 |
| 7/13/2021 | 1,200 | $9.1816 | -$11,017.9200 | | $0.0000 | -$11,017.92 |
| 7/13/2021 | 900 | $9.1800 | -$8,262.0000 | | $0.0000 | -$8,262.00 |
| 7/13/2021 | 1,100 | $9.1600 | -$10,076.0000 | | $0.0000 | -$10,076.00 |
| 7/13/2021 | 200 | $9.1550 | -$1,831.0000 | | $0.0000 | -$1,831.00 |
| 7/13/2021 | 3,600 | $9.1600 | -$32,976.0000 | | $0.0000 | -$32,976.00 |
| 7/13/2021 | 200 | $9.1500 | -$1,830.0000 | | $0.0000 | -$1,830.00 |
| 7/13/2021 | 100 | $9.1200 | -$912.0000 | | $0.0000 | -$912.00 |

| Shares Retained: | 45,500 | | | | Subtotal: | -$428,584.28 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $224,415.39 |
| | | | $4.9322 | 45,500 | Total: | -$204,168.89 |

| Robert Partovy Total Financial Interest: | -$450,628.17 |
|---|---|

Notes

The 90-Day Average Price used in this loss chart is the average closing price between September 7, 2021 and December 3, 2021.