# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFF M. OWEN, Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA,<br><br>              Defendants. | Case No. 1:21-cv-06176-DG-RML |

**DECLARATION OF ROBERT PARTOVY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Robert Partovy, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant class action on behalf of Reconnaissance Energy Africa Ltd. ("Reconnaissance Energy") investors pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.    I reside in Beverly Hills, California. I have been managing my own investment portfolio for years. I have a Doctor of Osteopathy (D.O.) Degree from Western University of Health Sciences, and I have been a Family Physician for approximately 23 years.

3.    I believe that the securities class action against Reconnaissance Energy is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. I suffered a substantial loss on my investments in Reconnaissance Energy securities, and I have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I decided to seek appointment as lead plaintiff in this action.

4.    I am informed of and understand the requirements and duties imposed by the PSLRA. I understand the responsibilities of being a lead plaintiff, including my fiduciary duty to the class. I understand that if I am appointed as lead plaintiff, I will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I am committed to the prosecution of this case and will remain actively involved.

5.    I have selected counsel in this action based upon their experience and am confident in their ability to work with me to protect the interest of the class. I understand that one of my primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the

size, complexity, and risk of the litigation. I will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

6.    I understand that, as the lead plaintiff in this action, I will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/22/2021___.

_Robert Partovy_

_____
Robert Partovy

2