**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFF M. OWEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECONNAISSANCE ENERGY AFRICA LTD. F/K/A LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA,<br><br>Defendants. | CASE No.: 1:21-cv-06176-DG-RML<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION AND MOTION OF JEFF M. OWEN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION**<br><br>DATE OF SERVICE: December 27, 2021 |

[Additional caption on page below]

1

| | |
|---|---|
| AHMED HUQ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECONNAISSANCE ENERGY AFRICA LTD. f/k/a LUND ENTERPRISES CORP., JAMES JAY PARK, SCOT EVANS, IAN D. BROWN, CARLOS ESCRIBANO, SHIRAZ DHANANI, MARK GERLITZ, JAMES GRANATH, CLAIRE PREECE, NDAPEWOSHALI SHAPWANALE, CHRIS GILMOUR, and SINDILA MWIYA,<br><br>Defendants. | CASE No.: 1:21-cv-06864-PKC-JRC<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Jeff M. Owen ("Movant"), hereby moves this Court, the Honorable Diane Gujarati, United States District Court Judge, on a date and time to be designated by the Court, for an order:

      (a)     consolidating the related actions;

      (b)     appointing Movant to serve as Lead Plaintiff in this action; and

      (c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated December 27, 2021 (and exhibits); and (ii) a [Proposed] Order, Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Movant is aware of your Honor's Individual Rule III.A. which requires a pre-motion conference prior to filing many motions. Due to the PSLRA's lead plaintiff procedure, however,

2

Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. As such, Movant respectfully requests that the pre-motion conference requirement be waived.

Movant is also aware of your Honor's Individual Rule III.B.4., the Bundle Rule, which generally requests parties refrain from the filing of motion papers prior to full briefing. The Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on October 25, 2021; accordingly, lead plaintiff motions must be filed no later than today, December 27, 2021. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i).

As the filing of the lead plaintiff motion is statutorily mandated by the 60-day time limit, Movant respectfully requests that the Bundle Rule be waived because waiting to file until the motion is fully briefed could result in the loss of a right.

The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movant cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

Dated: December 27, 2021                         Respectfully submitted,

                                                 **THE ROSEN LAW FIRM, P.A.**

                                                 /s/ Phillip Kim
                                                 Phillip Kim, Esq. (PK 9384)
                                                 Laurence M. Rosen, Esq. (LR 5733)
                                                 275 Madison Avenue, 40th Floor
                                                 New York, New York 10016
                                                 Telephone: (212) 686-1060
                                                 Fax: (212) 202-3827
                                                 Email: pkim@rosenlegal.com
                                                 Email: lrosen@rosenlegal.com

                                                 *[Proposed] Lead Counsel for Movant and Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim