# EXHIBIT 3

**Reconnaissance Energy Africa Ltd. Loss Chart**
**Class Period: February 28, 2019 through September 7, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $4.93 |
| Jeff M. Owen | 7/21/2021 | 1,250 | ($8.55) | ($10,687.50) | | | | | 1,250 | $6,167.04 | ($4,520.46) | |