

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

March 25, 2024

**VIA ECF**

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *In Re Reconnaissance Energy Africa Ltd. Securities Litigation*
> Case No. 1:21-cv-06176-NRM-RML
> Request To Vacate Status Conference

Dear Judge Levy:

Lead Plaintiff Robert Partovy respectfully requests that the Court vacate the status conference set for March 27, 2024 in this matter.

On February 27, 2024, Plaintiff and Defendants executed a Global Stipulation And Agreement Of Settlement (Dkt No. 55-1) that is intended to resolve all claims in this action, subject to Court approval and other conditions as set forth therein. Also on February 27, 2024, Plaintiff filed his Unopposed Motion For (I) Preliminary Approval Of Class Action Settlement; (II) Certification of The U.S. Settlement Class; And (III) Approval Of Notice To The U.S. Settlement Class (Dkt Nos. 53-55), which Defendants do not oppose.

The Parties have agreed to stay proceedings in this action other than proceedings necessary to carry out or enforce the proposed settlement. Apart from the proposed settlement and the filing of his preliminary approval motion, at present Plaintiff has no status updates or other matters to report that would require the Court's attention.

Therefore, Plaintiff respectfully requests that the Court vacate the status conference set for March 27, 2024 in this matter. Plaintiff has conferred with Defendants is informed that they do not oppose this request.

> Sincerely,
>
> */s/ Garth Spencer*
>
> Garth Spencer