

Garth Spencer
gspencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

April 11, 2024

**VIA ECF**

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *In Re Reconnaissance Energy Africa Ltd. Securities Litigation*
            Case No. 1:21-cv-06176-NRM-RML
            Status Report in Response to March 27, 2024 Order

Dear Judge Levy:

    Lead Plaintiff Robert Partovy hereby responds to the Court's March 27, 2024 order, which states in relevant part "[w]ithin 30 days, counsel shall either file a motion for preliminary approval of the proposed settlement or a status report."

    On February 27, 2024, Plaintiff filed his Unopposed Motion For (I) Preliminary Approval Of Class Action Settlement; (II) Certification of The U.S. Settlement Class; And (III) Approval Of Notice To The U.S. Settlement Class (Dkt Nos. 53-55) ("Preliminary Approval Motion").

    The deadline for any response to the Preliminary Approval Motion has passed, with no opposition filed. Plaintiff has conferred with Defendants and is informed that they do not oppose the motion. As such, the Preliminary Approval Motion is unopposed, fully briefed, and ready for decision.

                                                                                 Sincerely,

                                                                                 */s/ Garth Spencer*

                                                                                 Garth Spencer