EXHIBIT 2

**Exhibit A-2**

*In Re Reconnaissance Energy Africa Ltd. Securities Litigation*
**c/o Epiq**
**P.O. Box 6929**
**Portland, OR 97228-6929**
**Toll Free Number: (888) 285-0673**
**Settlement Website: www.ReconAfricaUSSecuritiesSettlement.com**
**Email: info@ReconAfricaUSSecuritiesSettlement.com**

## U.S. PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the U.S. Net Settlement Fund in connection with the U.S. Settlement of this U.S. Action, you must be a U.S. Settlement Class Member and complete and sign this U.S. Proof of Claim and Release Form ("U.S. Claim Form") and submit it online at www.ReconAfricaUSSecuritiesSettlement.com or mail it by first-class mail to the above address, **submitted online or postmarked no later than _____.**

Failure to submit your U.S. Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the U.S. Settlement.

**Do not mail or deliver your U.S. Claim Form to the U.S. Court, the settling parties or their counsel.  Submit your U.S. Claim Form only to the U.S. Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | _ |
| **PART II – GENERAL INSTRUCTIONS** | _ |
| **PART III – SCHEDULE OF TRANSACTIONS IN RECONAFRICA SECURITIES ON THE U.S. OTC MARKET** | _ |
| **PART IV – RELEASE OF U.S. CLAIMS AND SIGNATURE** | _ |

1

## PART I – CLAIMANT INFORMATION

(Please read General Instructions below before completing this page.)

The U.S. Claims Administrator will use this information for all communications regarding this U.S. Claim Form.  If this information changes, you MUST notify the U.S. Claims Administrator in writing at the address above.

Beneficial Owner's Name

Co-Beneficial Owner's Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

City                                                    State            Zip Code

Foreign Country (only if not USA)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home)                                 Telephone Number (work)

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box):
☐ Individual (includes joint owner accounts)    ☐ Pension Plan      ☐ Trust
☐ Corporation                                   ☐ Estate
☐ IRA/401K                                      ☐ Other _____ (please specify)

---

[1] If the account number is unknown, you may leave blank.  If the same legal entity traded through more than one account you may write "multiple."  Please see paragraph 12 of the General Instructions for more information on when to file separate U.S. Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

2

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "U.S. Notice") that accompanies this U.S. Claim Form, including the U.S. Plan of Allocation of the U.S. Net Settlement Fund set forth in the U.S. Notice. The U.S. Notice describes the proposed U.S. Settlement, how U.S. Settlement Class Members are affected by the U.S. Settlement, and the manner in which the U.S. Net Settlement Fund will be distributed if the U.S. Settlement and U.S. Plan of Allocation are approved by the U.S. Court. The U.S. Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this U.S. Claim Form. By signing and submitting this U.S. Claim Form, you will be certifying that you have read and that you understand the U.S. Notice, including the terms of the releases described therein and provided for herein.

2.      This U.S. Claim Form is directed to all persons and entities who or which purchased or otherwise acquired the publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp. ("Lund"), on the U.S. OTC market under the ticker symbol "RECAF," "LGDOD" and/or "LGDOF," during the period between February 28, 2019 and September 7, 2021, inclusive (the "U.S. Settlement Class Period"), and were damaged thereby (the "U.S. Settlement Class"). All persons and entities that are members of the U.S. Settlement Class are referred to as "U.S. Settlement Class Members."

3.      Excluded from the U.S. Settlement Class are: (a) persons who suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of ReconAfrica and/or its predecessor Lund Enterprises Corp. during the U.S. Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of ReconAfrica and/or Lund; (iv) any entity in which the Defendants have or had a controlling interest; (v) any trust of which an Individual Defendant is the settler or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; (vi) Defendants' liability insurance carriers; and (vii) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. Also excluded from the U.S. Settlement Class are any persons and entities who or which submit a request for exclusion from the U.S. Settlement Class that is accepted by the U.S. Court. For the avoidance of doubt: (a) "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants; and (b) while investors that purchased ReconAfrica Securities exclusively on the TSXV or Frankfurt markets are excluded from the U.S. Settlement Class, investors that purchased ReconAfrica Securities on the TSXV or Frankfurt markets in addition to the U.S. OTC market may be members of the U.S. Settlement Class; provided, however, ReconAfrica Securities purchased on the TSXV or Frankfurt markets may only be compensated from the Canadian Settlement Fund and are not eligible for compensation from the U.S. Settlement Fund.

4.      If you are not a U.S. Settlement Class Member do not submit a U.S. Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE U.S. SETTLEMENT IF YOU ARE NOT A U.S. SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE U.S. SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3

ABOVE), ANY U.S. CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a U.S. Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the U.S. Action WHETHER OR NOT YOU SUBMIT A U.S. CLAIM FORM, unless you submit a request for exclusion from the U.S. Settlement Class.  Thus, if you are a U.S. Settlement Class Member, the U.S. Judgment will release, and you will be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum, asserting each and every Released U.S. Plaintiff's Claims (including Unknown Claims) against Released Defendant Parties.

6.      You are eligible to participate in the distribution of the U.S. Net Settlement Fund only if you are a member of the U.S. Settlement Class and if you complete and return this form as specified below.  If you fail to submit a timely, properly addressed, and completed U.S. Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the U.S. Net Settlement Fund.

7.      Submission of this U.S. Claim Form does not guarantee that you will share in the proceeds of the U.S. Settlement.  The distribution of the U.S. Net Settlement Fund will be governed by the U.S. Plan of Allocation set forth in the U.S. Notice, if it is approved by the U.S. Court, or by such other plan of allocation approved by the U.S. Court.

8.      Use the Schedules of Transactions in Part III of this U.S. Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable ReconAfrica Securities.  On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions and sales of the applicable ReconAfrica Securities, whether such transactions resulted in a profit or a loss.  Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note:  Only ReconAfrica Securities purchased/acquired on the U.S. OTC market during the U.S. Settlement Class Period (*i.e.*, between February 28, 2019 and September 7, 2021, inclusive) are eligible under the U.S. Settlement.  However, because the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(e), provides for a "90-Day Lookback Period" (described in the U.S. Plan of Allocation set forth in the U.S. Notice), you must provide documentation related to your purchases and sales of ReconAfrica Securities on the U.S. OTC market during the period from February 28, 2019 through and including December 6, 2021, (*i.e.*, the end of the 90-Day Lookback Period) in order for the U.S. Claims Administrator to calculate your Recognized Loss Amount under the U.S. Plan of Allocation and process your claim.

10.      You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable ReconAfrica Securities on the U.S. OTC market set forth in the Schedules of Transactions in Part III of this U.S. Claim Form.  Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement.  The Parties and the U.S. Claims Administrator do not independently have information about your investments in ReconAfrica Securities.  IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER.  FAILURE

TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR U.S. CLAIM.  DO NOT SEND ORIGINAL DOCUMENTS.  **Please keep a copy of all documents that you send to the U.S. Claims Administrator.  Also, please do not highlight any portion of the U.S. Claim Form or any supporting documents.**

11.    Separate U.S. Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name).  Conversely, a single U.S. Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one U.S. Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one U.S. Claim Form).

12.    All joint beneficial owners must sign this U.S. Claim Form.  If you purchased or otherwise acquired ReconAfrica Securities during the U.S. Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this U.S. Claim Form to participate in the U.S. Settlement.  If, however, you purchased or otherwise acquired ReconAfrica Securities during the U.S. Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner.  The beneficial owner, not the record owner, must sign this U.S. Claim Form.

13.    Agents, executors, administrators, guardians, and trustees must complete and sign the U.S. Claim Form on behalf of persons represented by them, and they must:

(a)    expressly state the capacity in which they are acting;

(b)    identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the ReconAfrica Securities; and

(c)    furnish herewith evidence of their authority to bind to the U.S. Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a U.S. Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14.    By submitting a signed U.S. Claim Form, you will be swearing that you:

(a)    own(ed) the ReconAfrica Securities you have listed in the U.S. Claim Form; or

(b)    are expressly authorized to act on behalf of the owner thereof.

15.    By submitting a signed U.S. Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16.    If the U.S. Court approves the U.S. Settlement, payments to eligible Authorized

U.S. Claimants pursuant to the U.S. Plan of Allocation (or such other plan of allocation as the U.S. Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17. PLEASE NOTE: As set forth in the U.S. Plan of Allocation, each Authorized U.S. Claimant shall receive his, her or its pro rata share of the U.S. Net Settlement Fund. If the prorated payment to any Authorized U.S. Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized U.S. Claimant.

18. If you have questions concerning the U.S. Claim Form, or need additional copies of the U.S. Claim Form or the U.S. Notice, you may contact the U.S. Claims Administrator, Epiq at P.O. Box 6929, Portland, OR 97228-6929 by email at info@ReconAfricaUSSecuritiesSettlement.com, or by toll-free phone at (888) 285-0673, or you may download the documents from the U.S. Settlement website, www.ReconAfricaUSSecuritiesSettlement.com.

19. NOTICE REGARDING ELECTRONIC FILES: Certain U.S. Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the U.S. Settlement website at www.ReconAfricaUSSecuritiesSettlement.com or you may email the U.S. Claims Administrator's electronic filing department at info@ReconAfricaUSSecuritiesSettlement.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the U.S. Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@ReconAfricaUSSecuritiesSettlement.com to inquire about your file and confirm it was received and acceptable.

20. NOTICE REGARDING ONLINE FILING: U.S. Claimants who are not Representative Filers may submit their claims online using the electronic version of the U.S. Claim Form hosted at www.ReconAfricaUSSecuritiesSettlement.com. If you are not acting as a Representative Filer, you do not need to contact the U.S. Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your U.S. Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the U.S. Claims Administrator at info@ReconAfricaUSSecuritiesSettlement.com or (888) 285-0673. If you are not a Representative Filer, but your claim contains a large number of transactions, the U.S. Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your U.S. Claim Form.

**IMPORTANT: PLEASE NOTE**

**YOUR U.S. CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE U.S. CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR U.S. CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE U.S. CLAIMS ADMINISTRATOR TOLL FREE AT (888) 285-0673.**

## PART III – SCHEDULE OF TRANSACTIONS IN RECONAFRICA SECURITIES ON THE U.S. OTC MARKET

Complete this Part III if and only if you purchased/acquired ReconAfrica Securities on the U.S. OTC market **under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF"** during the period from February 28, 2019 through and including September 7, 2021.  Please include proper documentation with your U.S. Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above.  Do not include information in this section regarding securities other than ReconAfrica Securities purchased on the U.S. OTC market.

---

**1.  BEGINNING HOLDINGS** – State the total number of shares of ReconAfrica Securities traded on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" held as of the close of trading on February 27, 2019.  (Must be documented.)  If none, write "zero" or "0."  _____

---

**2.  PURCHASES/ACQUISITIONS DURING THE U.S. SETTLEMENT CLASS PERIOD THROUGH DECEMBER 6, 2021** – Separately list each and every purchase/acquisition (including free receipts) of ReconAfrica Securities traded under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" on the U.S. OTC market from after the opening of trading on February 28, 2019, through and including the close of trading on December 6, 2021.  (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

---

| **3.  SALES DURING THE U.S. SETTLEMENT CLASS PERIOD THROUGH DECEMBER 6, 2021** – Separately list each and every sale/disposition (including free deliveries) of ReconAfrica Securities traded under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" on the U.S. OTC market from after the opening of trading on February 28, 2019, through and including the close of trading on December 6, 2021.  (Must be documented.) | **IF NONE, CHECK HERE** ○ |
|---|---|

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

**4.  ENDING HOLDINGS –** State the total number of shares of ReconAfrica Securities traded on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" held as of the close of trading on December 6, 2021.  (Must be documented.)  If none, write "zero" or "0." ___-_____

---

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX** ☐
**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED**
*PART VI – RELEASE OF U.S. CLAIMS AND SIGNATURE*

## YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN

## ON PAGE [  ] OF THIS U.S. CLAIM FORM.

I (we) hereby acknowledge that as of the Effective Date of the U.S. Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and on behalf of any other person or entity legally entitled to bring Released U.S. Plaintiff's Claims (as defined in the Stipulation and in the U.S. Notice) on behalf of myself (ourselves) in such capacity only, shall be deemed to have, and by operation of law and of the U.S. Judgment shall have, fully, finally and forever waived, released, discharged, and dismissed each and every Released U.S. Plaintiffs' Claim against Released Defendant Parties (as defined in the Stipulation and in the U.S. Notice) and shall forever be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum asserting any or all of the Released U.S. Plaintiffs' Claims against any Released Defendant Parties.

### CERTIFICATION

By signing and submitting this U.S. Claim Form, the U.S. Claimant(s) or the person(s) who represent(s) the U.S. Claimant(s) certifies (certify), as follows:

1.      that I (we) have read and understand the contents of the U.S. Notice and this U.S. Claim Form, including the releases provided for in the U.S. Settlement and the terms of the U.S. Plan of Allocation;

2.      that the U.S. Claimant(s) is a (are) U.S. Settlement Class Member(s), as defined in the U.S. Notice and in paragraph 2 on page 3 of this U.S. Claim Form, and is (are) not excluded from the U.S. Settlement Class by definition or pursuant to request as set forth in the U.S. Notice and in paragraph 3 on page 3 of this U.S. Claim Form;

3.      that I (we) own(ed) the ReconAfrica Securities identified in the U.S. Claim Form and have not assigned the claim against the Released Defendant Parties to another, or that, in signing and submitting this U.S. Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.      that the U.S. Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of ReconAfrica Securities and knows (know) of no other person having done so on the U.S. Claimant's (Claimants') behalf;

5.      that the U.S. Claimant(s) submit(s) to the jurisdiction of the U.S. Court with respect to U.S. Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6.      that I (we) agree to furnish such additional information with respect to this U.S. Claim Form as U.S. Lead Counsel, the U.S. Claims Administrator or the U.S. Court may require;

7.      that the U.S. Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the U.S. Court's summary disposition of the determination of the validity or amount of the claim made by this U.S. Claim Form;

8.      that I (we) acknowledge that the U.S. Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the U.S. Action; and

9.      that the U.S. Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the U.S. Claimant(s) is (are) exempt from backup withholding or (b) the U.S. Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the U.S. Claimant(s) that he/she/it is no longer subject to backup withholding.  **If the IRS has notified the U.S. Claimant(s) that he, she or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS U.S. CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

---

Signature of U.S. Claimant                                                    Date

---

Print your name here

---

Signature of joint U.S. Claimant, if any                                    Date

---

Print your name here

*If the U.S. Claimant is other than an individual, or is not the person completing this form, the following also must be provided:*

---

Signature of person signing on behalf of U.S. Claimant            Date

---

Print your name here

---

CAPACITY OF PERSON SIGNING ON BEHALF OF U.S. CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, *ETC*.  (MUST

PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF U.S. CLAIMANT – SEE PARAGRAPH 14 ON PAGE __ OF THIS U.S. CLAIM FORM.)

**<u>REMINDER CHECKLIST:</u>**

1. Please sign the above release and certification.  If this U.S. Claim Form is being made on behalf of joint U.S. Claimants, then both must sign.

2. Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3. Please do not highlight any portion of the U.S. Claim Form or any supporting documents.

4. Do not send original security certificates or documentation.  These items cannot be returned to you by the U.S. Claims Administrator.

5. Keep copies of the completed U.S. Claim Form and documentation for your own records.

6. The U.S. Claims Administrator will acknowledge receipt of your U.S. Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard.  **If you do not receive an acknowledgement postcard within 60 days, please call the U.S. Claims Administrator toll free at (888) 285-0673.**

7. If your address changes in the future, or if this U.S. Claim Form was sent to an old or incorrect address, please send the U.S. Claims Administrator written notification of your new address. If you change your name, please inform the U.S. Claims Administrator.

8. If you have any questions or concerns regarding your claim, please contact the U.S. Claims Administrator at the address below, by email at info@ReconAfricaUSSecuritiesSettlement.com, or toll-free at (888) 285-0673, or visit www.ReconAfricaUSSecuritiesSettlement.com.  Please DO NOT call ReconAfrica or any of the other Defendants or their counsel with questions regarding your claim.

THIS U.S. CLAIM FORM MUST BE MAILED TO THE U.S. CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN** _____**, 2024**, ADDRESSED AS FOLLOWS:

***In Re Reconnaissance Energy Africa Ltd. Securities Litigation***
c/o Epiq
P.O. Box 6929
Portland, OR 97228-6929

OR SUBMITTED ONLINE AT WWW.RECONAFRICAUSSECURITIESSETTLEMENT.COM **ON OR BEFORE \_\_\_\_\_, 2024**.

A U.S. Claim Form received by the U.S. Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before _____, 2024 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a U.S. Claim Form shall be deemed to have been submitted when actually received by the U.S. Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the

U.S. Claim Forms.  Please be patient and notify the U.S. Claims Administrator of any change of address.