# EXHIBIT 3

**Exhibit A-3**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities that purchased or otherwise acquired publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF," between February 28, 2019 and September 7, 2021, both dates inclusive, and were damaged thereby (the "U.S. Settlement Class"):[1]

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that the above-captioned litigation (the "U.S. Action") has been certified as a class action on behalf of the U.S. Settlement Class, except for certain persons and entities who are excluded from the U.S. Settlement Class by definition as set forth in the full Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "U.S. Notice").

YOU ARE ALSO NOTIFIED that the U.S. Lead Plaintiff in the Action has reached a proposed settlement of the U.S. Action for $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash (the "U.S. Settlement"), that, if approved, will resolve all claims in the U.S. Action. A related lawsuit against ReconAfrica in Canada is also being settled (the "Canadian Settlement"). These two settlements are part of a global settlement that is contingent upon the U.S. Settlement being approved by the U.S. Court, and the Canadian Settlement being approved by the Canadian Court.

---

[1] All capitalized terms used in this U.S. Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement dated February 26, 2024 (the "Stipulation"), which is available at www.ReconAfricaUSSecuritiesSettlement.com.

A hearing will be held on _____, 2024 at __:__ _.m., before the Honorable Nina R. Morrison in Courtroom 6E North, at the United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, to determine (i) whether the proposed U.S. Settlement should be approved as fair, reasonable, and adequate; (ii) whether the U.S. Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the U.S. Notice) should be granted; (iii) whether the proposed U.S. Plan of Allocation should be approved as fair and reasonable; and (iv) whether U.S. Lead Counsel's application for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses should be approved.

**If you are a member of the U.S. Settlement Class, your rights will be affected by the U.S. Settlement, and you may be entitled to share in the U.S. Settlement Fund**. The U.S. Notice and U.S. Proof of Claim and Release Form ("U.S. Claim Form"), can be downloaded from the website maintained by the U.S. Claims Administrator, www.ReconAfricaUSSecuritiesSettlement.com. You may also obtain copies of the U.S. Notice and U.S. Claim Form by contacting the U.S. Claims Administrator at *In re Reconnaissance Energy Africa Ltd. Securities Litigation*, c/o Epiq, P.O. Box 6929, Portland, OR 97228-6929, 1-888-285-0673.

If you are a member of the U.S. Settlement Class, in order to be eligible to receive a payment under the proposed U.S. Settlement, you must submit a U.S. Claim Form *postmarked* or online no later than _____, 2024. If you are a U.S. Settlement Class Member and do not submit a proper U.S. Claim Form, you will not be eligible to share in the distribution of the net proceeds of the U.S. Settlement, but you will nevertheless be bound by any judgments or orders entered by the U.S. Court in the U.S. Action.

If you are a member of the U.S. Settlement Class and wish to exclude yourself from the U.S. Settlement Class, you must submit a request for exclusion such that it is *received* no later than _____, 2024, in accordance with the instructions set forth in the U.S. Notice. If you properly exclude yourself from the U.S. Settlement Class, you will not be bound by any judgments or orders entered by the U.S. Court in the U.S. Action and you will not be eligible to share in the proceeds of the U.S. Settlement.

Any objections to the proposed U.S. Settlement, the proposed U.S. Plan of Allocation, or U.S. Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the U.S. Court and delivered to U.S. Lead Counsel and Defendants' Counsel such that they are *received* no later than _____, 2024, in accordance with the instructions set forth in the U.S. Notice.

**Please do not contact the U.S. Court, the Clerk's office, ReconAfrica, or its counsel regarding this notice. All questions about this notice, the proposed U.S. Settlement, or your eligibility to participate in the U.S. Settlement should be directed to U.S. Lead Counsel or the U.S. Claims Administrator.**

Inquiries, other than requests for the U.S. Notice and U.S. Claim Form, should be made to U.S. Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Garth Spencer, Esq.

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
info@glancylaw.com

Requests for the U.S. Notice and U.S. Claim Form should be made to:

*In re Reconnaissance Energy Africa Ltd. Securities Litigation*
c/o Epiq
P.O. Box 6929
Portland, OR 97228-6929
(888) 285-0673
www.ReconAfricaUSSecuritiesSettlement.com

By Order of the Court

3