# EXHIBIT 4

In re Reconnaissance Energy Africa Ltd.
Securities Litigation
PO Box 6929
Portland, OR 97228-6929

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re Reconnaissance Energy Africa Ltd. Securities Litigation,* No. 1:21-cv-06176-NRM-RML

Scan QR code for detailed notice regarding this Class Action.



<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

**THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT WWW.RECONAFRICAUSSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.**

There has been a proposed Settlement of claims against Reconnaissance Energy Africa Ltd. ("ReconAfrica") and certain executives and directors of ReconAfrica (collectively, the "Defendants"). The Settlement would resolve a U.S. lawsuit in which the Plaintiff alleges that Defendants disseminated materially false and misleading information to the investing public about ReconAfrica's business in violation of the federal securities laws, and would also resolve a related lawsuit against ReconAfrica in Canada. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired common stock of ReconAfrica common stock, or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" between February 28, 2019 and September 7, 2021, inclusive, and been damaged thereby.

Defendants have agreed to pay a U.S. Settlement Amount of $9,425,000 Canadian dollars (subject to certain exchange rate adjustments). The Settlement provides that the U.S. Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all U.S. Settlement Class Members who submit a valid U.S. Claim Form, in exchange for the settlement of the U.S. Action and the Releases by U.S. Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full U.S. Notice, available at www.ReconAfricaUSSecuritiesSettlement.com.**

Your share of the U.S. Settlement proceeds will depend on the number of valid U.S. Claims submitted, and the number, size and timing of your transactions in ReconAfrica common stock. If every eligible U.S. Settlement Class Member submits a valid U.S. Claim Form, the average recovery will be $0.26 U.S. dollars per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed U.S. Notice found on the U.S. Settlement website.

**To qualify for payment, you must submit a U.S. Claim Form.** The U.S. Claim Form can be found on the website www.ReconAfricaUSSecuritiesSettlement.com or will be mailed to you upon request to the U.S. Claims Administrator (888-285-0673). **U.S. Claim Forms must be postmarked or submitted online no later than _____.** If you do not want to be legally bound by the U.S. Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in the U.S. Action. If you exclude yourself, you cannot get money from this U.S. Settlement. If you want to object to the U.S. Settlement, you may file an objection by _____. The detailed U.S. Notice explains how to submit a U.S. Claim Form, exclude yourself or object.

The U.S. Court will hold a hearing in this case on _____, to consider whether to approve the U.S. Settlement and a request by the lawyers representing the U.S. Settlement Class for up to 33 1/3% of the U.S. Settlement Fund in attorneys' fees, plus actual expenses up to $143,000 U.S. dollars for litigating the case and negotiating the U.S. Settlement, which may include an application to reimburse of U.S. Lead Plaintiff's costs and expenses related to his representation of the U.S. Settlement Class in an amount not to exceed $12,000 U.S. dollars. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (888-285-0673) or visit the website www.ReconAfricaUSSecuritiesSettlement.com.