**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML<br><br>Honorable Nina R. Morrison |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND <u>PLAN OF ALLOCATION</u>**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 60), on December 19, 2024 at 10:30 a.m., before the Honorable Nina R. Morrison, Courtroom 6E North, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Court-appointed lead plaintiff Robert Partovy ("U.S. Lead Plaintiff")[1] will and hereby does move the Court to: (i) grant final approval of the U.S. Settlement in the above-captioned action on the terms set forth in the Stipulation; and (ii) approve the proposed U.S. Plan of Allocation for distribution of the U.S. Net Settlement Fund.

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Garth A. Spencer in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Defendants, as defined in the Stipulation, do not oppose this motion.

A proposed order will be submitted on reply.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement, dated as of February 27, 2024 ("Stipulation"). *See* ECF No. 55-1.

| | |
|---|---|
| Dated: November 14, 2024 | **GLANCY PRONGAY & MURRAY LLP**<br><br>By: _/s/ Garth A. Spencer_<br>Joseph D. Cohen (_pro hac vice_)<br>Ex Kano S. Sams II (_pro hac vice_)<br>Garth A. Spencer (GS-0298)<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>jcohen@glancylaw.com<br>esams@glancylaw.com<br>gspencer@glancylaw.com<br><br>Gregory B. Linkh (GL-0477)<br>230 Park Ave., Suite 530<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>glinkh@glancylaw.com<br><br>_Counsel for U.S. Lead Plaintiff Robert Partovy and the Proposed U.S. Settlement Class_ |

2

**PROOF OF SERVICE**

  I hereby certify that on this 14th day of November 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                   *s/ Garth Spencer*
                   Garth Spencer