**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML<br><br>Honorable Nina R. Morrison |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 60), on December 19, 2024 at 10:30 a.m., before the Honorable Nina R. Morrison, Courtroom 6E North, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Court-appointed lead counsel Glancy Prongay & Murray LLP ("U.S. Lead Counsel")[1] will and hereby do move the Court for entry of an Order awarding attorneys' fees in the amount of 33⅓% of the U.S. Settlement Fund (or $2,336,586.49, plus interest earned at the same rate as the U.S. Settlement Fund) and reimbursement of U.S. Litigation Expenses in the total amount of $108,332.37 (comprised of $96,332.37 in out-of-pocket costs incurred by U.S. Lead Counsel, as well as a total of $12,000 for U.S. Lead Plaintiff, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Garth A. Spencer in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Defendants, as defined in the Stipulation, take no position with respect to this motion.

A proposed order will be submitted on reply.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement, dated as of February 27, 2024 ("Stipulation"). *See* ECF No. 55-1.

Dated: November 14, 2024

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Garth A. Spencer*
Joseph D. Cohen (*pro hac vice*)
Ex Kano S. Sams II (*pro hac vice*)
Garth A. Spencer (GS-0298)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
jcohen@glancylaw.com
esams@glancylaw.com
gspencer@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
glinkh@glancylaw.com

*Counsel for U.S. Lead Plaintiff Robert Partovy and the Proposed U.S. Settlement Class*

2

**PROOF OF SERVICE**

I hereby certify that on this 14th day of November 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<i>s/ Garth Spencer</i>

Garth Spencer