# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RM |
| --- | --- |

**DECLARATION OF MORGAN KIMBALL REGARDING: (A) MAILING OF NOTICE; (B) PUBLICATION OF THE U.S. SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Morgan Kimball, declare and state as follows:

1. I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's August 13, 2024, Order Preliminary Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), Epiq was authorized to act as the U.S. Claims Administrator in connection with the U.S. Settlement of the above-captioned action (the "Action") (ECF No. 60, paragraph 7).[1] The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently hereto.

**DISSEMINATION OF NOTICE**

2. In accordance with paragraph 7(b) of the Preliminary Approval Order, as described below, Epiq mailed the U.S. Postcard Notice to potential U.S. Settlement Class Members via the United States Postal Service. A copy of the U.S. Postcard Notice is attached as Exhibit A.

3. On August 20, 2024, Epiq received the names and addresses of potential U.S. Settlement Class Members from ReconAfrica's transfer agent, as required by paragraph 7(a) of the Preliminary Approval Order. The data received resulted in 313 mailing records (the "Record Holder List").

4. Additionally, as in most securities class actions of this nature, the vast majority of potential U.S. Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees (collectively, "Nominees") in the name of the respective Nominees, on behalf of the beneficial purchasers. Epiq maintains a proprietary database with the names and

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Global Stipulation and Agreement of Settlement, dated February 27, 2024 (ECF No. 55-1) (the "Stipulation").

addresses of the largest and most common Nominees (the "Broker Mailing Database"). At the time of the initial mailing, Epiq's Broker Mailing Database contained 962 mailing records.

5. On September 11, 2024, Epiq mailed via first class U.S. mail, postage pre-paid, the U.S. Postcard Notice to the 313 mailing records on the Record Holder List.

6. On September 11, 2024, Epiq also mailed via first class U.S. mail, postage pre-paid, the U.S. Postcard Notice to the 962 mailing records in the Broker Mailing Database.

7. The U.S. Notice (at paragraph 94) directed those who purchased or otherwise acquired publicly traded common stock of Reconnaissance Energy Africa Ltd., or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD," and/or "LGDOF" during the period from February 28, 2019, through September 7, 2021, inclusive, for the beneficial interest of persons or organizations other than themselves to either: (a) within seven (7) calendar days of receipt of the U.S. Postcard Notice, request from the U.S. Claims Administrator sufficient copies of the U.S. Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those U.S. Postcard Notices forward them to all such beneficial owners; (b) request from the U.S. Claims Administrator a link to the U.S. Notice and the U.S. Claim Form (together, the "U.S. Notice Packet")[2] and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) within seven (7) calendar days of receipt of the U.S. Postcard Notice, provide a list of the names and addresses of all such beneficial owners to *In re Reconnaissance Energy Africa Ltd. Securities Litigation*, c/o Epiq Class Action & Claims Solutions, Inc., P.O. Box 6929, Portland, OR 97228-6929.

[2] A copy of the U.S. Notice Packet is attached as Exhibit B.

8. Through the date of this Declaration, Epiq has mailed an additional 3,434 U.S. Postcard Notices to potential U.S. Settlement Class Members whose names and addresses were provided to Epiq by individuals or Nominees requesting that U.S. Postcard Notices be mailed to such persons. Epiq has mailed another 13,135 U.S. Postcard Notices to Nominees who requested U.S. Postcard Notices to forward to their customers. Each of the requests was responded to in a timely manner, and Epiq will continue to timely respond to any additional requests received.

9. As of the date of this Declaration: (a) a total of 16,882 U.S. Postcard Notices have been disseminated to potential U.S. Settlement Class Members and their Nominees by first class U.S. mail, and (b) 962 U.S. Postcard Notices have been mailed to Nominees. Accordingly, as of the date of this Declaration, notice has been disseminated to 17,844 potential U.S. Settlement Class Members and Nominees.

**PUBLICATION OF THE U.S. SUMMARY NOTICE**

10. In accordance with paragraph 7(d) of the Preliminary Approval Order, on September 23, 2024, Epiq caused the U.S. Summary Notice to be published in *Investor's Business Daily* and transmitted once over the *PR Newswire*. Attached as Exhibit C is a Confirmation of Publication attesting to the publication of the U.S. Summary Notice in *Investor's Business Daily* and an image of the web page article attesting to the transmittal of the U.S. Summary Notice over *PR Newswire*.

**CALL CENTER SERVICES**

11. Epiq reserved a toll-free telephone number for the U.S. Settlement, (888) 285-0673, which was set forth in the U.S. Postcard Notice, U.S. Notice, U.S. Claim Form, U.S. Summary Notice, and on the website dedicated to the U.S. Settlement, www.ReconAfricaUSSecuritiesSettlement.com (the "Settlement Website").

12. The toll-free telephone number connects callers with an Interactive Voice Recording ("IVR"). The IVR provides potential U.S. Settlement Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded. The toll-free telephone line with pre-recorded information is available 24 hours-a-day, 7 days-a-week. Specifically, the pre-recorded message provides callers with a brief summary of the U.S. Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions. The IVR also allows callers to request a copy of the U.S. Notice Packet, or the caller may opt to speak live with a trained operator. Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they may have, Monday through Friday from 9:00 a.m. to 9:00 p.m. Eastern Time (excluding official holidays).

13. Epiq made the IVR available on September 11, 2024, the same date Epiq began mailing the U.S. Postcard Notices and U.S. Notice Packets.

14. As of the date of this Declaration, Epiq has received a total of 25 calls to the toll-free number dedicated to the U.S. Settlement, including 10 that were handled by a live operator. Epiq has promptly responded to each telephone inquiry and will continue to address potential U.S. Settlement Class Members' inquiries.

15. Additionally, as of the date of this Declaration, Epiq has mailed a total of four (4) U.S. Notice Packets via first class U.S. mail to persons who requested one by phone.

**THE SETTLEMENT WEBSITE**

16. In accordance with paragraph 7(c) of the Preliminary Approval Order, Epiq, in coordination with U.S. Lead Counsel, designed, implemented, and currently maintains the Settlement Website dedicated to the Action. The address for the Settlement Website is set forth in the U.S. Postcard Notice, U.S. Notice, U.S. Claim Form, and U.S. Summary Notice.

17. The Settlement Website became operational on September 11, 2024, and is accessible 24 hours-a-day, 7 days-a-week. Among other things, the Settlement Website provides information regarding the proposed U.S. Settlement, including the exclusion, objection, and claim-filing deadlines, and the date, time, and location of the Court's U.S. Settlement Hearing. The Settlement Website also includes a link to an online claim filing module through which U.S. Settlement Class Members can submit their claims. In addition, copies of the U.S. Notice, U.S. Claim Form, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for download. Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

18. As of the date of this Declaration, there have been 1,842 unique visitors to the Settlement Website and 7,278 pageviews.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

19. Pursuant to paragraph 13 of the Preliminary Approval Order, U.S. Settlement Class Members who wish to be excluded from the U.S. Settlement Class are required to mail their written request for exclusion to Epiq so that the request is received no later than November 28, 2024.[3] This deadline has not yet passed. As of the date of this Declaration, Epiq has not received any requests for exclusion. Epiq will submit a supplemental declaration after the November 28, 2024, deadline addressing any requests for exclusion.

---

[3] Information related to requesting exclusion, including the exclusion deadline, was set forth in the U.S. Notice and on the Settlement Website. The exclusion deadline was set forth in the U.S. Postcard Notice and U.S. Summary Notice, both of which directed U.S. Settlement Class Members to the U.S. Notice for more information on requesting exclusion or objecting.

20. Pursuant to the paragraph 17 of the Preliminary Approval Order, objections are to be filed with the Court on or before November 28, 2024, and served on both U.S. Lead Counsel and Defendants' Counsel no later than November 28, 2024. Epiq has not received any misdirected objections.

I declare under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on November 8, 2024, at Seattle, Washington.

Morgan Kimball

# EXHIBIT A

In re Reconnaissance Energy Africa Ltd.
Securities Litigation
P.O. Box 6929
Portland, OR 97228-6929

BARCODE NO-PRINT ZONE

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

*COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*In re Reconnaissance Energy Africa Ltd. Securities Litigation*,
No. 1:21-cv-06176-NRM-RML

Scan QR code for detailed notice regarding this Class Action.



Barcode No-Print Zone

**THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.**
**PLEASE VISIT WWW.RECONAFRICAUSSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.**

There has been a proposed Settlement of claims against Reconnaissance Energy Africa Ltd. ("ReconAfrica") and certain executives and directors of ReconAfrica (collectively, the "Defendants"). The Settlement would resolve a U.S. lawsuit in which the Plaintiff alleges that Defendants disseminated materially false and misleading information to the investing public about ReconAfrica's business in violation of the federal securities laws, and would also resolve a related lawsuit against ReconAfrica in Canada. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired common stock of ReconAfrica common stock, or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" between February 28, 2019 and September 7, 2021, inclusive, and been damaged thereby.

Defendants have agreed to pay a U.S. Settlement Amount of $9,425,000 Canadian dollars (subject to certain exchange rate adjustments). The Settlement provides that the U.S. Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all U.S. Settlement Class Members who submit a valid U.S. Claim Form, in exchange for the settlement of the U.S. Action and the Releases by U.S. Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full U.S. Notice, available at www.ReconAfricaUSSecuritiesSettlement.com.**

Your share of the U.S. Settlement proceeds will depend on the number of valid U.S. Claims submitted, and the number, size and timing of your transactions in ReconAfrica common stock. If every eligible U.S. Settlement Class Member submits a valid U.S. Claim Form, the average recovery will be $0.26 U.S. dollars per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed U.S. Notice found on the U.S. Settlement website.

**To qualify for payment, you must submit a U.S. Claim Form.** The U.S. Claim Form can be found on the website www.ReconAfricaUSSecuritiesSettlement.com or will be mailed to you upon request to the U.S. Claims Administrator (888-285-0673). **U.S. Claim Forms must be postmarked or submitted online no later than January 9, 2025.** If you do not want to be legally bound by the U.S. Settlement, you must exclude yourself by November 28, 2024, or you will not be able to sue the Defendants about the legal claims in the U.S. Action. If you exclude yourself, you cannot get money from this U.S. Settlement. If you want to object to the U.S. Settlement, you may file an objection by November 28, 2024. The detailed U.S. Notice explains how to submit a U.S. Claim Form, exclude yourself or object.

The U.S. Court will hold a hearing in the case on December 19, 2024, to consider whether to approve the U.S. Settlement and a request by the lawyers representing the U.S. Settlement Class for up to $33^{1/3}$% of the U.S. Settlement Fund in attorneys' fees, plus actual expenses up to $143,000 U.S. dollars for litigating the case and negotiating the U.S. Settlement, which may include an application to reimburse the U.S. Lead Plaintiff's costs and expenses related to his representation of the U.S. Settlement Class in an amount not to exceed $12,000 U.S. dollars. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (888-285-0673) or visit the website www.ReconAfricaUSSecuritiesSettlement.com.

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML |
|---|---|

# NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

***A Federal Court authorized this Notice. This is not a solicitation from a lawyer.***

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "U.S. Action")[1] pending in the United States District Court for the Eastern District of New York (the "U.S. Court"), if, during the period between February 28, 2019 and September 7, 2021, inclusive (the "U.S. Settlement Class Period"), you purchased or otherwise acquired publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp. ("Lund"), on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" ("ReconAfrica U.S. Stock"), and were damaged thereby (the "U.S. Settlement Class").

As used herein, the term "ReconAfrica Securities" means the common stock of ReconAfrica, or Lund, that was publicly traded on the TSXV market under the ticker symbol "RECO"; the Frankfurt market under the ticker symbol "0XD"; and the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF." While investors that purchased ReconAfrica Securities exclusively on the TSXV or Frankfurt markets are excluded from the U.S. Settlement Class, investors that purchased ReconAfrica Securities on the TSXV or Frankfurt markets in addition to the U.S. OTC market may be members of the U.S. Settlement Class; provided, however, ReconAfrica Securities purchased on the TSXV or Frankfurt markets may only be compensated from the Canadian Settlement Fund and are not eligible for compensation from the U.S. Settlement Fund. If you purchased or otherwise acquired publicly traded ReconAfrica Securities on the TSXV and/or Frankfurt markets, please visit https://bergermontague.ca/cases/reconnaissance-energy-africa-ltd/ to see if you are eligible to participate in the Canadian Settlement.

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed lead plaintiff, Robert Partovy ("U.S. Lead Plaintiff"), on behalf of himself and the U.S. Settlement Class (as defined in ¶27 below), has reached a proposed settlement of the U.S. Action for $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash that, if approved, will resolve all claims in the U.S. Action (the "U.S. Settlement").[2] The Settlement would also resolve a related lawsuit against ReconAfrica in Canada.

**PLEASE READ THIS NOTICE CAREFULLY. This U.S. Notice explains important rights you may have, including the possible receipt of cash from the U.S. Settlement. If you are a member of the U.S. Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this U.S. Notice, the proposed U.S. Settlement, or your eligibility to participate in the U.S. Settlement, please DO NOT contact ReconAfrica, any other Defendants in the U.S. Action, or their counsel. All questions should be directed to U.S. Lead Counsel or the U.S. Claims Administrator (*see* ¶ 95 below).**

1. **Description of the U.S. Action and the U.S. Settlement Class:** This U.S. Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants ReconAfrica, and James Jay Park, Scot Evans, Ian D. Brown, Carlos Escribano, Shiraz Dhanani, Mark Gerlitz, and James Granath (collectively, the "Individual Defendants"; and, together with ReconAfrica, the "Defendants"; and together with U.S. Lead Plaintiff, the "U.S. Parties") violated the federal securities laws by making false and misleading statements regarding ReconAfrica's business. A more detailed description of the U.S. Action is set forth in paragraphs 11-26 below. The proposed U.S. Settlement, if approved by the U.S. Court, will settle claims of the U.S. Settlement Class, as defined in paragraph 27 below.

[1] All capitalized terms used in this U.S. Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement dated February 27, 2024 (the "Stipulation"), which is available at www.ReconAfricaUSSecuritiesSettlement.com.

[2] Unless otherwise stated, all monetary amounts are in U.S. dollars.

AK4661 v.03

2. **Statement of the U.S. Settlement Class's Recovery:** Subject to U.S. Court approval, U.S. Lead Plaintiff, on behalf of himself and the U.S. Settlement Class, have agreed to settle the U.S. Action in exchange for a settlement payment of $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash (the "U.S. Settlement Amount") to be deposited into an escrow account. The U.S. Net Settlement Fund (*i.e.*, the U.S. Settlement Amount plus any and all interest earned thereon (the "U.S. Settlement Fund") less (a) any U.S. Taxes, (b) any U.S. Notice and Administration Costs, (c) any U.S. Litigation Expenses awarded by the U.S. Court, and (d) any attorneys' fees awarded by the U.S. Court) will be distributed in accordance with a plan of allocation that is approved by the U.S. Court, which will determine how the U.S. Net Settlement Fund shall be allocated among members of the U.S. Settlement Class. The proposed plan of allocation (the "U.S. Plan of Allocation") is set forth on pages 11-15 below.

3. **Estimate of Average Amount of Recovery Per Share:** Based on U.S. Lead Plaintiff's damages expert's estimates of the number of shares of ReconAfrica U.S. Stock purchased during the U.S. Settlement Class Period that may have been affected by the conduct at issue in the U.S. Action, and assuming that all U.S. Settlement Class Members elect to participate in the U.S. Settlement, the estimated average recovery (before the deduction of any U.S. Court-approved fees, expenses and costs as described herein) per eligible share is $0.26. U.S. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some U.S. Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, the number of shares of ReconAfrica U.S. Stock they purchased, when and at what prices they purchased/acquired or sold their ReconAfrica U.S. Stock, and the total number of valid U.S. Claim Forms submitted. Distributions to U.S. Settlement Class Members will be made based on the U.S. Plan of Allocation set forth herein (*see* pages 11-15 below) or such other plan of allocation as may be ordered by the U.S. Court.

4. **Average Amount of Damages Per Share:** The U.S. Parties do not agree on the average amount of damages per share that would be recoverable if U.S. Lead Plaintiff were to prevail in the U.S. Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the U.S. Settlement Class as a result of their conduct.

5. **Attorneys' Fees and Expenses Sought:** U.S. Plaintiffs' Counsel, which have been prosecuting the U.S. Action on a wholly contingent basis since its inception in 2021, have not received any payment of attorneys' fees for their representation of the U.S. Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. U.S. Court-appointed U.S. Lead Counsel, Glancy Prongay & Murray LLP, will apply to the U.S. Court for an award of attorneys' fees for all U.S. Plaintiffs' Counsel in an amount not to exceed 33⅓% of the U.S. Settlement Fund. In addition, U.S. Lead Counsel will apply for reimbursement of U.S. Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $143,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by U.S. Lead Plaintiff directly related to his representation of the U.S. Settlement Class. Any fees and expenses awarded by the U.S. Court will be paid from the U.S. Settlement Fund. U.S. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected ReconAfrica Security, if the U.S. Court approves U.S. Lead Counsel's fee and expense application, is $0.09 per eligible security.

6. **Identification of Attorneys' Representatives:** Lead Plaintiff and the U.S. Settlement Class are represented by Garth Spencer, Esq. of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, (888) 773-9224, settlements@glancylaw.com.

7. **Reasons for the U.S. Settlement:** U.S. Lead Plaintiff's principal reason for entering into the U.S. Settlement is the substantial immediate cash benefit for the U.S. Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the U.S. Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the U.S. Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the U.S. Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A U.S. CLAIM FORM POSTMARKED NO LATER THAN JANUARY 9, 2025.** | This is the only way to be eligible to receive a payment from the U.S. Settlement Fund. If you are a U.S. Settlement Class Member and you remain in the U.S. Settlement Class, you will be bound by the U.S. Settlement as approved by the U.S. Court and you will give up any Released U.S. Plaintiff's Claims (defined in ¶44 below) that you have against Defendants and the other Released Defendant Parties (defined in ¶45 below), so it is in your interest to submit a U.S. Claim Form. |
| **EXCLUDE YOURSELF FROM THE U.S. SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 28, 2024.** | If you exclude yourself from the U.S. Settlement Class, you will not be eligible to receive any payment from the U.S. Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Released Defendant Parties concerning the Released U.S. Plaintiff's Claims. |
| **OBJECT TO THE U.S. SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 28, 2024.** | If you do not like the proposed U.S. Settlement, the proposed U.S. Plan of Allocation, or the request for attorneys' fees and reimbursement of U.S. Litigation Expenses, you may write to the U.S. Court and explain why you do not like them. You cannot object to the U.S. Settlement, the U.S. Plan of Allocation or the fee and expense request unless you are a U.S. Settlement Class Member and do not exclude yourself from the U.S. Settlement Class. |
| **GO TO A HEARING ON DECEMBER 19, 2024 AT 10:30 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 28, 2024.** | Filing a written objection and notice of intention to appear by November 28, 2024 allows you to speak in the U.S. Court, at the discretion of the U.S. Court, about the fairness of the proposed U.S. Settlement, the U.S. Plan of Allocation, and/or the request for attorneys' fees and reimbursement of U.S. Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the U.S. Court, speak to the U.S. Court about your objection. |
| **DO NOTHING.** | If you are a member of the U.S. Settlement Class and you do not submit a valid U.S. Claim Form, you will not be eligible to receive any payment from the U.S. Settlement Fund. You will, however, remain a member of the U.S. Settlement Class, which means that you give up your right to sue about the claims that are resolved by the U.S. Settlement and you will be bound by any judgments or orders entered by the U.S. Court in the U.S. Action. |

## WHAT THIS NOTICE CONTAINS


Why Did I Get The U.S. Postcard Notice? .......... Page 4
What Is This Case About? .......... Page 4
How Do I Know If I Am Affected By The U.S. Settlement? Who Is Included In The U.S. Settlement Class? .......... Page 5
How Is The U.S. Settlement Related To The Canadian Settlement? .......... Page 6
What Are U.S. Lead Plaintiffs' Reasons For The U.S. Settlement? .......... Page 7
What Might Happen If There Were No U.S. Settlement? .......... Page 8
How Are U.S. Settlement Class Members Affected By The U.S. Action And The U.S. Settlement? .......... Page 8
How Do I Participate In The U.S. Settlement? What Do I Need To Do? .......... Page 9
How Much Will My Payment Be? .......... Page 10
What Payment Are The Attorneys For The U.S. Settlement Class Seeking? How Will The Lawyers Be Paid? .......... Page 15
What If I Do Not Want To Be A Member Of The U.S. Settlement Class? How Do I Exclude Myself? .......... Page 15
When And Where Will The U.S. Court Decide Whether To Approve The U.S. Settlement? Do I Have To Come To The Hearing? May I Speak At The Hearing If I Don't Like The U.S. Settlement? .......... Page 16
What If I Bought Shares On Someone Else's Behalf? .......... Page 17
Can I See The U.S. Court File? Whom Should I Contact If I Have Questions? .......... Page 17

## WHY DID I GET THE U.S. POSTCARD NOTICE?

8. The U.S. Court directed that the U.S. Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired publicly traded ReconAfrica U.S. Stock during the U.S. Settlement Class Period. The U.S. Court also directed that this Notice be posted online at www.ReconAfricaUSSecuritiesSettlement.com and mailed to you upon request by the U.S. Claims Administrator. The U.S. Court has directed us to disseminate these notices because, as a potential U.S. Settlement Class Member, you have a right to know about your options before the U.S. Court rules on the proposed U.S. Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the U.S. Court approves the U.S. Settlement, and the U.S. Plan of Allocation (or some other plan of allocation), the claims administrator selected by U.S. Lead Plaintiff and approved by the U.S. Court will make payments pursuant to the U.S. Settlement after any objections and appeals are resolved.

9. The purpose of this U.S. Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the U.S. Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed U.S. Settlement, and of a hearing to be held by the U.S. Court to consider the fairness, reasonableness, and adequacy of the U.S. Settlement, the proposed U.S. Plan of Allocation and the motion by U.S. Lead Counsel for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses (the "U.S. Settlement Hearing"). *See* paragraph 86 below for details about the U.S. Settlement Hearing, including the date and location of the hearing.

10. The issuance of the U.S. Postcard Notice is not an expression of any opinion by the U.S. Court concerning the merits of any claim in the U.S. Action, and the U.S. Court still has to decide whether to approve the U.S. Settlement. If the U.S. Court approves the U.S. Settlement and a plan of allocation, and the Canadian Court approves the Canadian Settlement, then payments to Authorized U.S. Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11. This litigation stems from alleged violations of the federal securities laws. The alleged violations arise out of Defendants' various statements concerning ReconAfrica's exploration for oil and gas in Namibia, which U.S. Lead Plaintiff alleged were false and/or misleading. Specifically, U.S. Lead Plaintiff alleged that Defendants failed to disclose to investors that: (1) ReconAfrica had not determined whether Namibia would allow hydraulic fracturing ("fracking"), which had never been done in Namibia; (2) after Namibia came out against fracking, ReconAfrica pretended it did not intend to frack, while fracking remained a key aspect of its plans; and (3) the results from ReconAfrica's first two test wells revealed poor prospects for a commercially viable oil or gas discovery.

12. The procedural history of this Action follows below.

13. On November 5, 2021, the initial complaint in the U.S. Action was filed in the United States District Court for the Eastern District of New York. On December 13, 2021, a related action styled *Huq v. Reconnaissance Energy Africa Ltd.*, Case No. 21-cv-06864, was filed in the United States District Court for the Eastern District of New York.

14. On February 17, 2022 lead plaintiff movants Robert Partovy, Jeff Owen, and Ahmed Huq filed a stipulation to consolidate the U.S. Action and the *Huq* action, appoint Robert Partovy as Lead Plaintiff, and approve Partovy's selection of Glancy Prongay & Murray LLP as Lead Counsel for the proposed class. On March 1, 2022 the U.S. Court granted that stipulation.

15. On April 11, 2022 the U.S. Plaintiff filed an Amended Class Action Complaint for Violations of the Federal Securities Laws ("U.S. Complaint") in the U.S. Action, alleging that Defendants made material misstatements and omissions in violation of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. The 82-page (335-paragraph) U.S. Complaint alleged, among other things, that Defendants made material omissions and misleading statements about: (i) ReconAfrica's lack of regulatory approval to use hydraulic fracturing to extract oil and gas in Namibia; (ii) ReconAfrica's intent to use hydraulic fracturing to extract oil and gas in Namibia; and (iii) the results of ReconAfrica's test wells in Namibia. According to the U.S. Complaint, the alleged misrepresentations proximately caused class member losses when the truth was revealed over a series of partial corrective disclosures throughout the class period.

16. On November 29, 2022, Defendants filed a motion to dismiss the U.S. Complaint in the U.S. Action. The U.S. Plaintiff opposed the motion to dismiss. Defendants served a reply in support of their motion to dismiss. Judge Morrison held oral argument on Defendants' motion to dismiss on April 26, 2023, and ruled from the bench denying the motion.

17. On May 23, 2023, Catherine Bowles ("Canadian Plaintiff") filed a Notice of Civil Claim in the action styled *Bowles v. Reconnaissance Energy Africa Ltd.*, Court File No. VLC-S-S-233808 ("Canadian Action", and together with the U.S. Action, the "Actions"), pending in the Supreme Court of British Columbia (the "Canadian Court"). The facts alleged in the Canadian Action are related to the facts alleged in the U.S. Action. The Canadian Plaintiff alleged causes of action against ReconAfrica for common law primary market liability, statutory law primary market liability under Section 131 of the British Columbia Securities Act ("BCSA"), statutory secondary market liability under Section 140.3 of the BCSA, and common law secondary market liability.

18. Defendants answered the U.S. Complaint in the U.S. Action on June 9, 2023.

19. Following the denial of Defendants' motion to dismiss the U.S. Complaint in the U.S. Action, and negotiation over the scope and manner of document production and the treatment of electronically stored information, the Defendants and the U.S. Lead Plaintiff began discovery pursuant to a stipulated confidentiality order and discovery protocol approved by the U.S. Court on May 18, 2023.

20. From May through October, 2023, Defendants and the U.S. Lead Plaintiff exchanged and responded to initial disclosures, document requests, and interrogatories. Defendants produced over 70,000 documents (totaling over 540,000 pages) to U.S. Lead Plaintiff, and U.S. Lead Plaintiff produced 20 documents (totaling 125 pages) to Defendants. Third parties produced over 11,000 documents in response to U.S. Lead Plaintiff's subpoenas. Among the documents produced were documents related to all major theories of liability in the case, Defendants' insurance policies, and U.S. Lead Plaintiff's transactions in ReconAfrica stock.

21. On October 18, 2023, U.S. Lead Plaintiff, Canadian Plaintiff, and the Defendants (together, the "Parties") held a full-day, in-person mediation session that was overseen by a well-respected mediator of complex actions, Jed Melnick, Esq. of JAMS. No agreement was reached on that day, and negotiations facilitated by Mr. Melnick over a potential settlement continued. On October 19, 2023, Mr. Melnick recommended that the Parties settle the Actions for a $14.5 million Canadian dollar cash payment, subject to certain adjustments, to be allocated among the U.S. Settlement Class and the Canadian Settlement Class, in return for releases of their claims against Defendants.

22. With Mr. Melnick's assistance, the U.S. Lead Plaintiff and the Canadian Plaintiff continued to negotiate concerning the allocation of settlement proceeds between the U.S. Settlement Class and the Canadian Settlement Class. On October 24, 2023 Mr. Melnick recommended that 65% of the proposed $14.5 million Canadian dollar settlement amount be allocated to the U.S. Settlement Class, and 35% to the Canadian Settlement Class. On October 25, 2023, the U.S. Lead Plaintiff and the Canadian Plaintiff accepted Mr. Melnick's recommendation concerning allocation of settlement proceeds, and all Parties accepted Mr. Melnick's recommendation concerning the $14.5 million Canadian dollar total settlement amount.

23. The Parties drafted proposed term sheets to memorialize the global settlement of the Actions, and continued to negotiate concerning such terms. The Parties executed the finalized term sheet dated December 20, 2023 (the "Term Sheet"), setting out certain components of the settlement in principle, and thereafter negotiated the terms of the Stipulation.

24. Based on the investigation, litigation and mediation of the case and U.S. Lead Plaintiff's direct oversight of the prosecution of this matter and with the advice of his counsel, U.S. Lead Plaintiff has agreed to settle and release the claims raised in the U.S. Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that U.S. Lead Plaintiff and the other members of the U.S. Settlement Class will receive under the proposed U.S. Settlement; and (b) the significant risks and costs of continued litigation and trial.

25. Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation. Each of the Defendants denies any fault, liability, or wrongdoing.

26. On August 13, 2024, the U.S. Court preliminarily approved the U.S. Settlement, authorized the U.S. Postcard Notice to be mailed to potential U.S. Settlement Class Members and this U.S. Notice to be posted online and mailed to potential U.S. Settlement Class Members upon request, and scheduled the U.S. Settlement Hearing to consider whether to grant final approval to the U.S. Settlement.

## HOW DO I KNOW IF I AM AFFECTED BY THE U.S. SETTLEMENT? WHO IS INCLUDED IN THE U.S. SETTLEMENT CLASS?

27. If you are a member of the U.S. Settlement Class, you are subject to the U.S. Settlement, unless you timely request to be excluded. The U.S. Settlement Class consists of:

all persons and entities that purchased or otherwise acquired publicly traded ReconAfrica Securities on the U.S. OTC market, between February 28, 2019 and September 7, 2021, both dates inclusive ("U.S. Settlement Class Period"), and were damaged thereby.

The only ReconAfrica Securities eligible to participate in the U.S. Settlement are those that traded on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF." Excluded from the U.S. Settlement Class are: (a) persons who suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of ReconAfrica and/or its predecessor Lund Enterprises Corp. during the U.S. Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of ReconAfrica and/or Lund; (iv) any entity in which the Defendants have or had a controlling interest; (v) any trust of which an Individual Defendant is the settler or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; (vi) Defendants' liability insurance carriers; and (vii) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. Also excluded from the U.S. Settlement Class are any persons and entities who or which submit a request for exclusion from the U.S. Settlement Class that is accepted by the U.S. Court. For the avoidance of doubt, "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants. *See* "What If I Do Not Want To Be A Member Of The U.S. Settlement Class? How Do I Exclude Myself?" on page 15 below.

**PLEASE NOTE: RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A U.S. SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE U.S. SETTLEMENT.**

**If you are a U.S. Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the U.S. Settlement, you are required to submit the U.S. Claim Form that is available online at www.ReconAfricaUSSecuritiesSettlement.com or which can be mailed to you upon request by the U.S. Claims Administrator, and the required supporting documentation as set forth therein, postmarked no later than January 9, 2025.**

## HOW IS THE U.S. SETTLEMENT RELATED TO THE CANADIAN SETTLEMENT?

28. The U.S. Action and the Canadian Action are separate lawsuits pending in different courts, which involve certain common factual allegations, and both name ReconAfrica as a defendant. In addition to the proposed settlement of the U.S. Action for $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash that, if approved, will resolve all claims in the U.S. Action, pursuant to the Stipulation the Canadian Plaintiff and Defendants have entered into a proposed settlement of the Canadian Action for $5,075,000 Canadian dollars in cash that, if approved, will resolve all claims in the Canadian Action ("Canadian Settlement"). Please note, this is a global settlement that is contingent upon the U.S. Settlement being approved by the U.S. Court, and the Canadian Settlement being approved by the Canadian Court.

29. The U.S. Action is brought on behalf of the U.S. Settlement Class of persons and entities that purchased or otherwise acquired publicly traded common stock of ReconAfrica, or its predecessor Lund, on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF," during the U.S. Settlement Class Period between February 28, 2019 and September 7, 2021, both dates inclusive.

30. The Canadian Action is brought on behalf of the Canadian Settlement Class, consisting of all investors, except excluded investors, that purchased ReconAfrica Securities between May 30, 2020 and September 7, 2021 ("Canadian Settlement Class Period"), and held all or some of those purchased ReconAfrica Securities after September 7, 2021. Excluded investors are defined as: (a) any officer or director of ReconAfrica; (b) his/her Immediate Family; (c) any member of Advanced Media Solutions Ltd., Bull Market Media GmbH, Digitonic Ltd., or Quester Advisors; (d) any officer or director of Canaccord Genuity Group Inc.; and (e) any investor that purchased ReconAfrica Securities exclusively on the U.S. OTC Market. For the avoidance of doubt, while investors that purchased ReconAfrica Securities exclusively on the U.S. OTC Market are excluded from the Canadian Settlement Class, investors that purchased ReconAfrica Securities on the U.S. OTC market in addition to the TSXV or Frankfurt market may be members of the Canadian Settlement Class; provided, however, ReconAfrica Securities purchased on the TSXV or Frankfurt markets may only be compensated from the Canadian Settlement Fund and are not eligible for compensation from the U.S. Settlement Fund.

31. Depending on when you purchased ReconAfrica Securities and where those securities were listed for trading, you may be a member of only the U.S. Settlement Class, only the Canadian Settlement Class, both Settlement Classes, or neither Settlement Class. If you are a member of both the U.S. Settlement Class and the Canadian Settlement Class,

you may be eligible to participate in both the U.S. Settlement and the Canadian Settlement. If you wish to participate in both the U.S. Settlement and the Canadian Settlement, you must submit a U.S. Claim Form to the U.S. Claims Administrator as set forth in this U.S. Notice, **and** you must submit a Canadian Claim Form to the Canadian Claims Administrator in accordance with the requirements applicable to the Canadian Action.

For further information about the Canadian Action, eligibility to participate in the Canadian Settlement, and the requirements for submitting a Canadian Claim Form, please see https://bergermontague.ca/cases/reconnaissance-energy-africa-ltd/, or contact the Canadian Claims Administrator or Canadian Plaintiff's Counsel:

**Canadian Claims Administrator**

Berger Montague (Canada) PC
Attn: Andrew Morganti, Esq.
330 Bay Street, Suite 1302
Toronto, Ontario M5H 2S8
Telephone: 647-598-8772
Telephone: 215-875-3000
Email: amorganti@bm.net

**Canadian Plaintiff's Counsel**

Berger Montague (Canada) PC
Attn: Andrew Morganti, Esq.
330 Bay Street, Suite 1302
Toronto, Ontario M5H 2S8
Telephone: 647-598-8772
Telephone: 215-875-3000
Email: amorganti@bm.net

## WHAT ARE U.S. LEAD PLAINTIFF'S REASONS FOR THE U.S. SETTLEMENT?

32. U.S. Lead Plaintiff and U.S. Lead Counsel believe that the claims asserted against the Defendants have merit. They recognize, however, many offsetting factors such as the expense and length of the continued proceedings necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. For instance, as discussed above, U.S. Lead Plaintiff alleged that Defendants made material omissions and misleading statements about: (i) ReconAfrica's lack of regulatory approval to use hydraulic fracturing to extract oil and gas in Namibia; (ii) ReconAfrica's intent to use hydraulic fracturing to extract oil and gas in Namibia; and (iii) the results of ReconAfrica's test wells in Namibia. Defendants argued, and would likely continue to argue that Namibia's regulatory approvals for oil and gas exploration were public information and therefore already known to investors, that their statements concerning whether ReconAfrica employed fracking were accurate because it was merely in the exploration stage, and that Defendants had accurately disclosed the results of their initial test wells.

33. More broadly, for U.S. Lead Plaintiff to prevail at trial, he would have to *prove* each of the following elements: (i) falsity (*i.e*., that the Defendants made false statements); (ii) materiality (that the Defendants made false statements about a *material* fact); (iii) scienter (that there was a strong, or cogent inference that the Defendants made such materially false statements on purpose, or recklessly); (iv) loss causation (that the Defendants' materially false statements proximately caused the decline in ReconAfrica's stock price); and (v) damages. Defendants need only negate one element for U.S. Lead Plaintiff and the class to lose. Each element had its respective risks, including the risks to establishing falsity as discussed above.

34. In addition to proving liability and damages, U.S. Lead Plaintiff would have to show that the U.S. Action was entitled to proceed as a class action. While U.S. Lead Counsel believes that class certification in the U.S. Action is warranted, Defendants likely would have contested this issue as well. Even if the hurdles to establishing liability and class certification were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested. Defendants argued, and would likely continue to argue, that U.S. Lead Plaintiff could not show that investors' losses were caused by the revelation of any previously concealed information, as opposed to other factors.

35. In addition, even if, years in the future, U.S. Lead Plaintiff prevailed through trial and appeals to obtain a judgment against Defendants, his ability to collect on that judgment would not be certain. ReconAfrica is a startup company in the risky industry of oil and gas exploration, and there is no guarantee that it would have sufficient funds to pay a judgment years in the future. Similarly, there is no guarantee that the Individual Defendants, many of whom reside outside of the United States, would have sufficient funds to pay a substantial judgment. While ReconAfrica has insurance policies that may contribute to payment of a judgment, the amounts available under those policies were being continually reduced by Defendants' expenses from the ongoing litigation of the Actions.

36. Simply put, if the litigation were to continue, U.S. Lead Plaintiff would need to prevail on multiple elements, and at several stages—motions for class certification, summary judgment, and trial—in order to recover anything. And if he prevailed at all those stages, he would likely face appeals. Thus, there were very significant risks attendant to the continued prosecution of the U.S. Action, and even if U.S. Lead Plaintiff prevailed, it would be several years in the future, and there would still be uncertainty as to whether any judgment could fully be collected from Defendants.

37. In light of these risks and other considerations, the amount of the U.S. Settlement and the immediacy of recovery to the U.S. Settlement Class, U.S. Lead Plaintiff and U.S. Lead Counsel believe that the proposed U.S. Settlement is fair, reasonable and adequate, and in the best interests of the U.S. Settlement Class. U.S. Lead Plaintiff and U.S. Lead Counsel believe that the U.S. Settlement provides a substantial benefit to the U.S. Settlement Class, namely $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash (less the various deductions described in this U.S. Notice), as compared to the risk that the claims in the U.S. Action would produce a smaller, or no recovery after class certification, summary judgment, trial and appeals, possibly years in the future.

38. The Defendants have denied the claims asserted against them in the U.S. Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. The Defendants have agreed to the U.S. Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the U.S. Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO U.S. SETTLEMENT?

39. If there were no U.S. Settlement and U.S. Lead Plaintiff failed to establish any essential legal or factual element of their claims against Defendants, neither U.S. Lead Plaintiff, nor the other members of the U.S. Settlement Class, would recover anything from Defendants. Also, if Defendants managed to prove any of their defenses, either at summary judgment, at trial or on appeal, the U.S. Settlement Class could recover substantially less than that provided by the U.S. Settlement, or perhaps nothing at all.

## HOW ARE U.S. SETTLEMENT CLASS MEMBERS AFFECTED BY THE U.S. ACTION AND THE U.S. SETTLEMENT?

40. As a U.S. Settlement Class Member, you are represented by U.S. Lead Plaintiff and U.S. Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The U.S. Court Decide Whether To Approve The U.S. Settlement?," on page 16 below.

41. If you are a U.S. Settlement Class Member and do not wish to remain a U.S. Settlement Class Member, you may exclude yourself from the U.S. Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The U.S. Settlement Class? How Do I Exclude Myself?," on page 15 below.

42. If you are a U.S. Settlement Class Member and you wish to object to the U.S. Settlement, the U.S. Plan of Allocation, or U.S. Lead Counsel's application for attorneys' fees and reimbursement of U.S. Litigation Expenses, and if you do not exclude yourself from the U.S. Settlement Class, you may present your objections by following the instructions in the section entitled "When And Where Will The U.S. Court Decide Whether To Approve The U.S. Settlement?" below.

43. If you are a U.S. Settlement Class Member and you do not exclude yourself from the U.S. Settlement Class, you will be bound by any orders issued by the U.S. Court. If the U.S. Settlement is approved, the U.S. Court will enter a judgment (the "U.S. Judgment"). The U.S. Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the U.S. Settlement, U.S. Lead Plaintiff and each of the other U.S. Settlement Class Members, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released U.S. Plaintiff's Claims (as defined in ¶44 below) on behalf of the respective U.S. Settlement Class Member in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released U.S. Plaintiff's Claim against the Defendants and the other Released Defendant Parties (as defined in ¶45 below), and shall forever be barred and enjoined from prosecuting any or all of the Released U.S. Plaintiff's Claims against any of the Released Defendant Parties.

44. "Released U.S. Plaintiff's Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that U.S. Lead Plaintiff or any other member of the U.S. Settlement Class: (i) asserted in the U.S. Complaint; or (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the U.S. Complaint and that relate to the purchase and/or acquisition of publicly traded ReconAfrica Securities during the U.S. Settlement Class Period. Released U.S. Plaintiff's Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any claims asserted in the Canadian Action that are separately released pursuant to this Stipulation; or (iii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the U.S. Court.

45. "Released Defendant Parties" means: (i) any Defendant in the Actions; (ii) the Immediate Family of the Individual Defendants in the U.S. Action; (iii) direct or indirect parent entities, subsidiaries, related entities, and affiliates of ReconAfrica; (iv) any trust of which any Individual Defendant is the settler or which is for the benefit of any Individual Defendant and/or his or her immediate family members; (v) for any of the entities listed in parts (i) through (iv), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, reinsurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; and (vi) any entity in which a Defendant has a controlling interest; all in their capacities as such.

46. "Unknown Claims" means any Released U.S. Plaintiff's Claims which U.S. Lead Plaintiff, any other U.S. Settlement Class Member, or any other person or entity legally entitled to bring Released U.S. Plaintiff's Claims on behalf of any U.S. Settlement Class Member in such capacity only, does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant, or any other person or entity legally entitled to bring Released Defendants' Claims on behalf of the Defendants in such capacity only, does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date, U.S. Lead Plaintiff and Defendants shall expressly waive, and each of the other U.S. Settlement Class Members and each of the other releasing parties shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

U.S. Lead Plaintiff and Defendants acknowledge, and each of the other releasing parties shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

47. The Judgment will also provide that, upon the Effective Date of the U.S. Settlement, Defendants, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released Defendants' Claims (as defined in ¶48 below) on behalf of the Defendants in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim against U.S. Lead Plaintiff and the other Released Plaintiff Parties (as defined in ¶49 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Released Plaintiff Parties.

48. "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, provincial, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Actions against the Defendants. Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the U.S. Settlement Class that is accepted by the Court.

49. "Released Plaintiff Parties" means: (i) the Canadian Plaintiff in the Canadian Action; (ii) the U.S. Lead Plaintiff and all U.S. Settlement Class members, and (iii) each of their respective counsel, attorneys, family members, partners, general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; all in their capacities as such.

## HOW DO I PARTICIPATE IN THE U.S. SETTLEMENT? WHAT DO I NEED TO DO?

50. To be eligible for a payment from the proceeds of the U.S. Settlement, you must be a member of the U.S. Settlement Class and you must timely complete and return the U.S. Claim Form with adequate supporting documentation **online or postmarked no later than January 9, 2025**. A U.S. Claim Form is available on the website maintained by the U.S. Claims Administrator for the U.S. Settlement, www.ReconAfricaUSSecuritiesSettlement.com, or you may request that a U.S. Claim Form be mailed to you by calling the U.S. Claims Administrator toll free at

1-888-285-0673. Please retain all records of your ownership of and transactions in ReconAfrica Securities, as they may be needed to document your U.S. Claim. If you request exclusion from the U.S. Settlement Class or do not submit a timely and valid U.S. Claim Form, you will not be eligible to share in the U.S. Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

51. At this time, it is not possible to make any determination as to how much any individual U.S. Settlement Class Member may receive from the U.S. Settlement.

52. Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash. The U.S. Settlement Amount will be deposited into an escrow account. The U.S. Settlement Amount plus any interest earned thereon is referred to as the "U.S. Settlement Fund." If the U.S. Settlement is approved by the U.S. Court and the Effective Date occurs, the "U.S. Net Settlement Fund" (that is, the U.S. Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the U.S. Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the U.S. Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to U.S. Settlement Class Members and administering the U.S. Settlement on behalf of U.S. Settlement Class Members; and (c) any attorneys' fees and U.S. Litigation Expenses awarded by the U.S. Court) will be distributed to U.S. Settlement Class Members who submit valid U.S. Claim Forms, in accordance with the proposed U.S. Plan of Allocation or such other plan of allocation as the U.S. Court may approve.

53. The U.S. Net Settlement Fund will not be distributed unless and until the U.S. Court has approved the U.S. Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

54. Neither Defendants nor any other person or entity that paid any portion of the U.S. Settlement Amount on their behalf are entitled to get back any portion of the U.S. Settlement Fund once the U.S. Court's order or judgment approving the U.S. Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the U.S. Settlement, the disbursement of the U.S. Net Settlement Fund or the plan of allocation.

55. Approval of the U.S. Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the U.S. Settlement, if approved.

56. Unless the U.S. Court otherwise orders, any U.S. Settlement Class Member who fails to submit a U.S. Claim Form online or postmarked on or before January 9, 2025 shall be fully and forever barred from receiving payments pursuant to the U.S. Settlement but will in all other respects remain a U.S. Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any U.S. Judgment entered and the releases given.

57. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in ReconAfrica Securities held through the ERISA Plan in any U.S. Claim Form that they may submit in this U.S. Action. They should include ONLY those shares that they purchased or acquired outside the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of ReconAfrica Securities during the U.S. Settlement Class Period may be made by the plan's trustees. If any of the Defendants or any of the other persons or entities excluded from the U.S. Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

58. The U.S. Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the U.S. Claim of any U.S. Settlement Class Member.

59. Each U.S. Claimant shall be deemed to have submitted to the jurisdiction of the U.S. Court with respect to his, her or its U.S. Claim Form.

60. Only U.S. Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired ReconAfrica Securities on the U.S. OTC market during the U.S. Settlement Class Period and were damaged as a result of such purchases or acquisitions will be eligible to share in the distribution of the U.S. Net Settlement Fund. Persons and entities that are excluded from the U.S. Settlement Class by definition or that exclude themselves from the U.S. Settlement Class pursuant to request will not be eligible to receive a distribution from the U.S. Net Settlement Fund and should not submit U.S. Claim Forms. ReconAfrica Securities publicly traded on the U.S. OTC market are the only securities included in the U.S. Settlement.

**PROPOSED U.S. PLAN OF ALLOCATION**

61. The objective of the U.S. Plan of Allocation is to equitably distribute the U.S. Settlement proceeds to those U.S. Settlement Class members who suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the U.S. Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that U.S. Settlement Class members might have been able to recover after a trial. Nor are the calculations pursuant to the U.S. Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized U.S. Claimants pursuant to the U.S. Settlement. The computations under the U.S. Plan of Allocation are only a method to weigh the claims of Authorized U.S. Claimants against one another for the purposes of making *pro rata* allocations of the U.S. Net Settlement Fund.

62. The U.S. Plan of Allocation generally measures the amount of loss that a U.S. Settlement Class member can claim for purposes of making *pro rata* allocations of the cash in the U.S. Net Settlement Fund to Authorized U.S. Claimants. The U.S. Plan of Allocation is not a formal damage analysis. Recognized Loss Amounts are based primarily on the price declines observed over the period which Plaintiff alleges corrective information was entering the marketplace. In the U.S. Action, U.S. Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the U.S. Settlement Class Period (*i.e.*, February 28, 2019 through September 7, 2021, inclusive) which had the effect of artificially inflating the price of ReconAfrica Securities.[3] The estimated alleged artificial inflation in the price of publicly traded common stock of ReconAfrica, or its predecessor Lund, on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" ("ReconAfrica U.S. Stock") during the U.S. Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of ReconAfrica U.S. Stock during the U.S. Settlement Class Period is based on certain misrepresentations alleged by U.S. Lead Plaintiff and the price change in the security, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by U.S. Lead Plaintiff.

63. In order to have recoverable damages, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of ReconAfrica U.S. Stock. In the U.S. Action, U.S. Lead Plaintiff alleges that corrective disclosures removed the artificial inflation from the price of ReconAfrica U.S. Stock on the following dates: June 24, 2021; June 25, 2021; July 14, 2021; July 15, 2021; August 5, 2021; August 6, 2021; August 9, 2021; August 16, 2021; August 17, 2021; and September 7, 2021 (the "Corrective Disclosure Dates"). Accordingly, in order to have a Recognized Loss Amount, ReconAfrica U.S. Stock must have been purchased or acquired during the U.S. Settlement Class Period and held through at least one of the Corrective Disclosure Dates.

64. To the extent a U.S. Claimant does not satisfy the conditions set forth in the preceding paragraph, his, her or its Recognized Loss Amount for those transactions will be zero.

| Table 1<br>Artificial Inflation in ReconAfrica U.S. Stock* | | |
|---|---|---|
| **From** | **To** | **Per-Security Price Inflation** |
| February 28, 2019 | June 23, 2021 | $7.57 |
| June 24, 2021 | June 24, 2021 | $7.33 |
| June 25, 2021 | July 13, 2021 | $5.38 |
| July 14, 2021 | July 14, 2021 | $4.96 |
| July 15, 2021 | August 4, 2021 | $4.32 |
| August 5, 2021 | August 5, 2021 | $3.18 |
| August 6, 2021 | August 8, 2021 | $2.76 |
| August 9, 2021 | August 15, 2021 | $1.75 |
| August 16, 2021 | August 16, 2021 | $1.08 |
| August 17, 2021 | September 3, 2021 | $0.66 |
| September 7, 2021 | Thereafter | $0.00 |

* For each day during the U.S. Settlement Class Period, the artificial inflation in ReconAfrica U.S. Stock shall be limited to that day's closing price.

[3] On September 6, 2019, the Company completed a 2-for-1 reverse split of its common stock. Herein, references to ReconAfrica Security prices and quantities have been adjusted for this split.

65. The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss Amount for ReconAfrica U.S. Stock. The limitations on the calculation of the Recognized Loss Amount imposed by the PSLRA are applied such that losses on ReconAfrica U.S. Stock purchased during the U.S. Settlement Class Period and held as of the close of the 90-day period subsequent to the U.S. Settlement Class Period (the "90-Day Lookback Period"[4]) cannot exceed the difference between the purchase price paid for such security and its average closing price during the 90-Day Lookback Period. The Recognized Loss Amount on ReconAfrica U.S. Stock purchased during the U.S. Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such security and its rolling average closing price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

66. In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero. Any transactions in ReconAfrica U.S. Stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

67. Based on the formula set forth below, a "Recognized Loss Amount" shall be calculated for each purchase or acquisition of ReconAfrica U.S. Stock during the U.S. Settlement Class Period (*i.e.*, February 28, 2019 through September 7, 2021, inclusive) that is listed in the U.S. Claim Form and for which adequate documentation is provided.

I. For each share of ReconAfrica U.S. Stock that was purchased during the period from February 28, 2019 through September 7, 2021, inclusive:

a. that was sold prior to June 24, 2021, the Recognized Loss Amount is $0.00.

b. that was subsequently sold during the period June 24, 2021 through September 3, 2021,[5] inclusive, the Recognized Loss Amount is *the lesser of*:

i. the amount of per-security price inflation on the date of purchase as appears in Table 1 above *minus* the amount of per-security price inflation on the date of sale as appears in Table 1 above; or

ii. the purchase price *minus* the sale price.

c. that was subsequently sold during the period September 7, 2021 through December 6, 2021, inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss Amount is *the lesser of*:

i. the amount of per-security price inflation on the date of purchase as appears in Table 1; or

ii. the purchase price *minus* the sale price; or

iii. the purchase price *minus* the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

d. that was still held as of the close of trading on December 6, 2021, the Recognized Loss Amount is *the lesser of*:

i. the amount of per-security price inflation on the date of purchase as appears in Table 1; or

ii. the purchase price *minus* the average closing price for ReconAfrica U.S. Stock during the 90-Day Lookback Period, which is $4.93.

[4] The 90-Day Lookback Period is from September 7, 2021 through December 6, 2021, both dates inclusive.

[5] Friday, September 3, 2021 is the last trading day before the final Corrective Disclosure Date, which is Tuesday, September 7, 2021.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| **Sale/ Disposition Date** | **90-Day Lookback Value** | **Sale/ Disposition Date** | **90-Day Lookback Value** | **Sale/ Disposition Date** | **90-Day Lookback Value** |
| 9/7/2021 | $4.65 | 10/7/2021 | $5.08 | 11/8/2021 | $4.89 |
| 9/8/2021 | $4.78 | 10/8/2021 | $5.08 | 11/9/2021 | $4.90 |
| 9/9/2021 | $4.78 | 10/11/2021 | $5.09 | 11/10/2021 | $4.91 |
| 9/10/2021 | $4.82 | 10/12/2021 | $5.08 | 11/11/2021 | $4.92 |
| 9/13/2021 | $4.95 | 10/13/2021 | $5.08 | 11/12/2021 | $4.93 |
| 9/14/2021 | $5.09 | 10/14/2021 | $5.08 | 11/15/2021 | $4.93 |
| 9/15/2021 | $5.19 | 10/15/2021 | $5.08 | 11/16/2021 | $4.93 |
| 9/16/2021 | $5.23 | 10/18/2021 | $5.08 | 11/17/2021 | $4.94 |
| 9/17/2021 | $5.25 | 10/19/2021 | $5.07 | 11/18/2021 | $4.94 |
| 9/20/2021 | $5.22 | 10/20/2021 | $5.07 | 11/19/2021 | $4.94 |
| 9/21/2021 | $5.21 | 10/21/2021 | $5.06 | 11/22/2021 | $4.94 |
| 9/22/2021 | $5.20 | 10/22/2021 | $5.05 | 11/23/2021 | $4.95 |
| 9/23/2021 | $5.18 | 10/25/2021 | $5.04 | 11/24/2021 | $4.95 |
| 9/24/2021 | $5.17 | 10/26/2021 | $5.01 | 11/26/2021 | $4.95 |
| 9/27/2021 | $5.16 | 10/27/2021 | $4.98 | 11/29/2021 | $4.95 |
| 9/28/2021 | $5.15 | 10/28/2021 | $4.96 | 11/30/2021 | $4.95 |
| 9/29/2021 | $5.14 | 10/29/2021 | $4.93 | 12/1/2021 | $4.94 |
| 9/30/2021 | $5.13 | 11/1/2021 | $4.90 | 12/2/2021 | $4.94 |
| 10/1/2021 | $5.11 | 11/2/2021 | $4.88 | 12/3/2021 | $4.93 |
| 10/4/2021 | $5.10 | 11/3/2021 | $4.87 | 12/6/2021 | $4.93 |
| 10/5/2021 | $5.08 | 11/4/2021 | $4.86 | | |
| 10/6/2021 | $5.06 | 11/5/2021 | $4.87 | | |

## ADDITIONAL PROVISIONS

68. The U.S. Net Settlement Fund will be allocated among all Authorized U.S. Claimants whose Distribution Amount (defined in paragraph 76 below) is $10.00 or greater.

69. **FIFO Matching:** If a U.S. Settlement Class member has more than one purchase/acquisition or sale of ReconAfrica U.S. Stock, all purchases/acquisitions and sales shall be matched on a First In, First Out ("FIFO") basis. U.S. Settlement Class Period sales will be matched first against any holdings at the beginning of the U.S. Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the U.S. Settlement Class Period.

70. **Calculation of U.S. Claimant's "Recognized Claim":** A U.S. Claimant's "Recognized Claim" under the U.S. Plan of Allocation shall be the sum of his, her or its Recognized Loss Amounts for all ReconAfrica U.S. Stock.

71. **"Purchase/Sale" Dates:** Purchases or acquisitions and sales of ReconAfrica U.S. Stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of ReconAfrica U.S. Stock during the U.S. Settlement Class Period shall not be deemed a purchase, acquisition or sale of ReconAfrica U.S. Stock for the calculation of an Authorized U.S. Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of any ReconAfrica U.S. Stock unless (i) the donor or decedent purchased or otherwise acquired such ReconAfrica U.S. Stock during the U.S. Settlement Class Period; (ii) no U.S. Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such ReconAfrica U.S. Stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

72. **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of ReconAfrica U.S. Stock. The date of a "short sale" is deemed to be the date of sale of ReconAfrica U.S. Stock. Under the U.S. Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero. In the event that a U.S. Claimant has an opening short position in ReconAfrica U.S. Stock, the earliest U.S. Settlement Class Period purchases or acquisitions shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

73. **Options Contracts:** Option contracts are not securities eligible to participate in the U.S. Settlement. With respect to ReconAfrica U.S. Stock purchased through the exercise of an option, the purchase date of the security shall be the exercise date of the option, and the purchase price of the security shall be the closing price of ReconAfrica U.S. Stock on the date of exercise. Any Recognized Loss Amount arising from purchases of ReconAfrica U.S. Stock acquired during the U.S. Settlement Class Period through the exercise of an option on ReconAfrica U.S. Stock shall be computed as provided for other purchases of ReconAfrica U.S. Stock in the U.S. Plan of Allocation.

74. **Market Gains and Losses:** To the extent a U.S. Claimant had a market gain with respect to his, her, or its overall transactions in ReconAfrica U.S. Stock during the U.S. Settlement Class Period, the value of the U.S. Claimant's Recognized Claim shall be zero. To the extent that a U.S. Claimant suffered an overall market loss with respect to his, her, or its overall transactions in ReconAfrica U.S. Stock during the U.S. Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the U.S. Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

75. For purposes of determining whether a U.S. Claimant had a market gain with respect to his, her, or its overall transactions in ReconAfrica U.S. Stock during the U.S. Settlement Class Period or suffered a market loss, the U.S. Claims Administrator shall determine the difference between (i) the Total Purchase Amount[6] and (ii) the sum of the Total Sales Proceeds[7] and the Holding Value.[8] If the U.S. Claimant's Total Purchase Amount *minus* the sum of the Total Sales Proceeds and the Holding Value is a positive number, that number will be the U.S. Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the U.S. Claimant's market gain on such securities.

76. **Determination of Distribution Amount:** The U.S. Net Settlement Fund will be distributed to Authorized U.S. Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized U.S. Claimant, which shall be the Authorized U.S. Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized U.S. Claimants, multiplied by the total amount in the U.S. Net Settlement Fund. If any Authorized U.S. Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized U.S. Claimant.

77. After the initial distribution of the U.S. Net Settlement Fund, the U.S. Claims Administrator shall make reasonable and diligent efforts to have Authorized U.S. Claimants cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if U.S. Lead Counsel, in consultation with the U.S. Claims Administrator, determines that it is cost-effective to do so, the U.S. Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the U.S. Settlement, including for such re-distribution, to Authorized U.S. Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized U.S. Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if U.S. Lead Counsel, in consultation with the U.S. Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the U.S. Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by U.S. Lead Counsel and approved by the Court.

---

[6] The "Total Purchase Amount" is the total amount the U.S. Claimant paid (excluding commissions and other charges) for all ReconAfrica U.S. Stock purchased or acquired during the U.S. Settlement Class Period.

[7] The U.S. Claims Administrator shall match any sales of ReconAfrica U.S. Stock during the U.S. Settlement Class Period, first against the U.S. Claimant's opening position in ReconAfrica U.S. Stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of ReconAfrica U.S. Stock sold during the U.S. Settlement Class Period shall be the "Total Sales Proceeds."

[8] The U.S. Claims Administrator shall ascribe a "Holding Value" to ReconAfrica U.S. Stock purchased or acquired during the U.S. Settlement Class Period and still held as of the close of trading on September 7, 2021, which shall be $4.65 (*i.e.*, the closing price of the security that day). The total calculated holding values for all ReconAfrica U.S. Stock shall be the U.S. Claimant's "Total Holding Value."

78. Payment pursuant to the U.S. Plan of Allocation, or such other plan of allocation as may be approved by the U.S. Court, shall be conclusive against all Authorized U.S. Claimants. No person shall have any claim against U.S. Lead Plaintiff, U.S. Plaintiff's Counsel, U.S. Lead Plaintiff's consulting damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the U.S. Claims Administrator or other agent designated by U.S. Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the U.S. Court, or further Orders of the U.S. Court. U.S. Lead Plaintiff, Defendants and their respective counsel, and all other Released Defendant Parties, shall have no responsibility or liability whatsoever for the investment or distribution of the U.S. Settlement Fund, the U.S. Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any U.S. Claim Form or nonperformance of the U.S. Claims Administrator, the payment or withholding of taxes owed by the U.S. Settlement Fund, or any losses incurred in connection therewith.

79. The U.S. Plan of Allocation set forth herein is the plan that is being proposed to the U.S. Court for its approval by U.S. Lead Plaintiff after consultation with his damages expert. The U.S. Court may approve this plan as proposed or it may modify the U.S. Plan of Allocation without further notice to the U.S. Settlement Class. Any Orders regarding any modification of the U.S. Plan of Allocation will be posted on the settlement website, www.ReconAfricaUSSecuritiesSettlement.com.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE U.S. SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

80. U.S. Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the U.S. Settlement Class, nor have U.S. Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the U.S. Settlement, U.S. Lead Counsel will apply to the U.S. Court for an award of attorneys' fees for all U.S. Plaintiffs' Counsel in an amount not to exceed 33⅓% of the U.S. Settlement Fund. At the same time, U.S. Lead Counsel also intends to apply for reimbursement of U.S. Litigation Expenses in an amount not to exceed $143,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by U.S. Lead Plaintiff directly related to his representation of the U.S. Settlement Class in an amount not to exceed $12,000. The U.S. Court will determine the amount of any award of attorneys' fees or reimbursement of U.S. Litigation Expenses. Such sums as may be approved by the U.S. Court will be paid from the U.S. Settlement Fund. U.S. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE U.S. SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

81. Each U.S. Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the U.S. Settlement Class, addressed to *In Re Reconnaissance Energy Africa Ltd. Securities Litigation,* EXCLUSIONS, c/o Epiq, P.O. Box 6929, Portland, OR 97228-6929. The exclusion request must be ***received*** no later than November 28, 2024. You will not be able to exclude yourself from the U.S. Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Reconnaissance Energy Africa Ltd. Securities Litigation*, No. 1:21-cv-06176-NRM-RML"; (c) state the number of shares of ReconAfrica Securities that the person or entity requesting exclusion purchased/acquired and/or sold on the U.S. OTC market during the U.S. Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the U.S. Court.

82. If you do not want to be part of the U.S. Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released U.S. Plaintiff's Claim against any of the Released Defendant Parties.

83. If you ask to be excluded from the U.S. Settlement Class, you will not be eligible to receive any payment out of the U.S. Net Settlement Fund.

84. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the U.S. Settlement Class and/or the Canadian Settlement Class in an amount that exceeds an amount agreed to by U.S. Lead Plaintiff, Canadian Plaintiff, and Defendants.

## WHEN AND WHERE WILL THE U.S. COURT DECIDE WHETHER TO APPROVE THE U.S. SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE U.S. SETTLEMENT?

85. **U.S. Settlement Class Members do not need to attend the U.S. Settlement Hearing. The U.S. Court will consider any submission made in accordance with the provisions below even if a U.S. Settlement Class Member does not attend the hearing. You can participate in the U.S. Settlement without attending the U.S. Settlement Hearing**.

86. The U.S. Settlement Hearing will be held on December 19, 2024 at 10:30 a.m., before the Honorable Nina R. Morrison, in Courtroom 6E North, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. The U.S. Court reserves the right to approve the U.S. Settlement, the U.S. Plan of Allocation, U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses and/or any other matter related to the U.S. Settlement at or after the U.S. Settlement Hearing without further notice to the members of the U.S. Settlement Class.

87. Any U.S. Settlement Class Member who or which does not request exclusion may object to the U.S. Settlement, the proposed U.S. Plan of Allocation or U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Eastern District of New York at the address set forth below on or before November 28, 2024. You must also serve the papers on U.S. Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are ***received*** **on or before November 28, 2024**.

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court<br>Eastern District of New York<br>Clerk of the Court<br>United States Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | **Glancy Prongay & Murray LLP**<br>Garth Spencer, Esq.<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067 | **Neal Gerber Eisenberg LLP**<br>Karl Barnickol, Esq.<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 |

88. Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the U.S. Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the U.S. Settlement Class Member wishes to bring to the U.S. Court's attention; and (c) must include documents sufficient to prove membership in the U.S. Settlement Class, including the number of shares of publicly traded ReconAfrica Securities that the objecting U.S. Settlement Class Member purchased/acquired and/or sold on the U.S. OTC market during the U.S. Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale. You may not object to the U.S. Settlement, the U.S. Plan of Allocation or U.S. Lead Counsel's motion for attorneys' fees and reimbursement of U.S. Litigation Expenses if you exclude yourself from the U.S. Settlement Class or if you are not a member of the U.S. Settlement Class.

89. You may file a written objection without having to appear at the U.S. Settlement Hearing. You may not, however, appear at the U.S. Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the U.S. Court orders otherwise.

90. If you wish to be heard orally at the hearing in opposition to the approval of the U.S. Settlement, the U.S. Plan of Allocation or U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on U.S. Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is ***received*** **on or before November 28, 2024**. Persons who intend to object and desire to present evidence at the U.S. Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the U.S. Court.

91. You are not required to hire an attorney to represent you in making written objections or in appearing at the U.S. Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the U.S. Court and serve it on U.S. Lead Counsel and Defendants' Counsel at the addresses set forth in ¶87 above so that the notice is ***received*** **on or before November 28, 2024.**

92. The U.S. Settlement Hearing may be adjourned by the U.S. Court without further written notice to the U.S. Settlement Class. If you intend to attend the U.S. Settlement Hearing, you should confirm the date and time with U.S. Lead Counsel.

93. **Unless the U.S. Court orders otherwise, any U.S. Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed U.S. Settlement, the proposed U.S. Plan of Allocation or U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses. U.S. Settlement Class Members do not need to appear at the U.S. Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

94. If you purchased or otherwise acquired publicly traded ReconAfrica Securities on the U.S. OTC market between February 28, 2019 and September 7, 2021, inclusive, for the beneficial interest of persons or entities other than yourself, you must either: (a) within seven (7) calendar days of receipt of the U.S. Postcard Notice, request from the U.S. Claims Administrator sufficient copies of the U.S. Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those U.S. Postcard Notices forward them to all such beneficial owners; (b) request from the U.S. Claims Administrator a link to the U.S. Notice and U.S. Claim Form and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) within seven (7) calendar days of receipt of the U.S. Postcard Notice, provide a list of the names and addresses of all such beneficial owners to *In Re Reconnaissance Energy Africa Ltd. Securities Litigation*, c/o Epiq, P.O. Box 6929, Portland, OR 97228-6929. If you choose the third option, the U.S. Claims Administrator will send a copy of the U.S. Postcard Notice to the beneficial owners. Upon full compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred up to a maximum of $0.03 per name and address provided to the U.S. Claims Administrator; up to $0.03 per U.S. Postcard Notice actually mailed, plus postage at the rate used by U.S. Claims Administrator; or up to $0.03 per link to the U.S. Notice and U.S. Claim Form transmitted by email, by providing the U.S. Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF. POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR.**

## CAN I SEE THE U.S. COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

95. This U.S. Notice contains only a summary of the terms of the proposed U.S. Settlement. For more detailed information about the matters involved in this U.S. Action, you are referred to the papers on file in the U.S. Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201. Additionally, copies of the Stipulation and any related orders entered by the U.S. Court will be posted on the website maintained by the U.S. Claims Administrator, www.ReconAfricaUSSecuritiesSettlement.com.

All inquiries concerning this U.S. Notice and the U.S. Claim Form should be directed to the U.S. Claims Administrator or U.S. Lead Counsel at:

*In re Reconnaissance Energy Africa Ltd.*
*Securities Litigation*
c/o Epiq
P.O. Box 6929
Portland, OR 97228-6929
888-285-0673
www.ReconAfricaUSSecuritiesSettlement.com

and/or

Garth Spencer, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
settlements@glancylaw.com

**DO NOT CALL OR WRITE THE U.S. COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: September 11, 2024

By Order of the Court
United States District Court
Eastern District of New York

***In Re Reconnaissance Energy Africa Ltd. Securities Litigation***
**c/o Epiq**
**P.O. Box 6929**
**Portland, OR 97228-6929**
**Toll Free Number: (888) 285-0673**
**Settlement Website: www.ReconAfricaUSSecuritiesSettlement.com**
**Email: info@ReconAfricaUSSecuritiesSettlement.com**

# U.S. PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the U.S. Net Settlement Fund in connection with the U.S. Settlement of this U.S. Action, you must be a U.S. Settlement Class Member and complete and sign this U.S. Proof of Claim and Release Form ("U.S. Claim Form") and submit it online at www.ReconAfricaUSSecuritiesSettlement.com or mail it by first-class mail to the above address, **submitted online or postmarked no later than January 9, 2025.**

Failure to submit your U.S. Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the U.S. Settlement.

**Do not mail or deliver your U.S. Claim Form to the U.S. Court, the settling parties or their counsel. Submit your U.S. Claim Form only to the U.S. Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I – CLAIMANT INFORMATION | 2 |
| PART II – GENERAL INSTRUCTIONS | 3 |
| PART III – SCHEDULE OF TRANSACTIONS IN RECONAFRICA SECURITIES ON THE U.S. OTC MARKET | 6 |
| PART IV – RELEASE OF U.S. CLAIMS AND SIGNATURE | 7 |

## PART I – CLAIMANT INFORMATION

(Please read General Instructions below before completing this page.)

The U.S. Claims Administrator will use this information for all communications regarding this U.S. Claim Form. If this information changes, you MUST notify the U.S. Claims Administrator in writing at the address above.

Beneficial Owner's First Name | MI | Beneficial Owner's Last Name

Co-Beneficial Owner's First Name | MI | Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Address1 (street name and number)

Address2 (apartment, unit or box number)

City | State | ZIP Code –

Foreign Country (only if not USA)

Last four digits of Social Security Number or Taxpayer Identification Number

Telephone Number (home) – –

Telephone Number (work) – –

Email address (Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

Account Number (account(s) through which the securities were traded)[1]:

Claimant Account Type (check appropriate box)

- ☐ Individual
- ☐ Pension Plan
- ☐ Trust
- ☐ Corporation
- ☐ Estate
- ☐ IRA/401K
- ☐ Other ______________________ (please specify)

[1] If the account number is unknown, you may leave blank. If the same legal entity traded through more than one account you may write "multiple." Please see paragraph 11 of the General Instructions for more information on when to file separate U.S. Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

## PART II – GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "U.S. Notice") that accompanies this U.S. Claim Form, including the U.S. Plan of Allocation of the U.S. Net Settlement Fund set forth in the U.S. Notice. The U.S. Notice describes the proposed U.S. Settlement, how U.S. Settlement Class Members are affected by the U.S. Settlement, and the manner in which the U.S. Net Settlement Fund will be distributed if the U.S. Settlement and U.S. Plan of Allocation are approved by the U.S. Court. The U.S. Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this U.S. Claim Form. By signing and submitting this U.S. Claim Form, you will be certifying that you have read and that you understand the U.S. Notice, including the terms of the releases described therein and provided for herein.

2. This U.S. Claim Form is directed to all persons and entities who or which purchased or otherwise acquired the publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp. ("Lund"), on the U.S. OTC market under the ticker symbol "RECAF," "LGDOD" and/or "LGDOF," during the period between February 28, 2019 and September 7, 2021, inclusive (the "U.S. Settlement Class Period"), and were damaged thereby (the "U.S. Settlement Class"). All persons and entities that are members of the U.S. Settlement Class are referred to as "U.S. Settlement Class Members."

3. Excluded from the U.S. Settlement Class are: (a) persons who suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of ReconAfrica and/or its predecessor Lund Enterprises Corp. during the U.S. Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of ReconAfrica and/or Lund; (iv) any entity in which the Defendants have or had a controlling interest; (v) any trust of which an Individual Defendant is the settler or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; (vi) Defendants' liability insurance carriers; and (vii) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. Also excluded from the U.S. Settlement Class are any persons and entities who or which submit a request for exclusion from the U.S. Settlement Class that is accepted by the U.S. Court. For the avoidance of doubt: (a) "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants; and (b) while investors that purchased ReconAfrica Securities exclusively on the TSXV or Frankfurt markets are excluded from the U.S. Settlement Class, investors that purchased ReconAfrica Securities on the TSXV or Frankfurt markets in addition to the U.S. OTC market may be members of the U.S. Settlement Class; provided, however, ReconAfrica Securities purchased on the TSXV or Frankfurt markets may only be compensated from the Canadian Settlement Fund and are not eligible for compensation from the U.S. Settlement Fund.

4. If you are not a U.S. Settlement Class Member do not submit a U.S. Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE U.S. SETTLEMENT IF YOU ARE NOT A U.S. SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE U.S. SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY U.S. CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5. If you are a U.S. Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the U.S. Action WHETHER OR NOT YOU SUBMIT A U.S. CLAIM FORM, unless you submit a request for exclusion from the U.S. Settlement Class. Thus, if you are a U.S. Settlement Class Member, the U.S. Judgment will release, and you will be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum, asserting each and every Released U.S. Plaintiff's Claims (including Unknown Claims) against Released Defendant Parties.

6. You are eligible to participate in the distribution of the U.S. Net Settlement Fund only if you are a member of the U.S. Settlement Class and if you complete and return this form as specified below. If you fail to submit a timely, properly addressed, and completed U.S. Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the U.S. Net Settlement Fund.

7. Submission of this U.S. Claim Form does not guarantee that you will share in the proceeds of the U.S. Settlement. The distribution of the U.S. Net Settlement Fund will be governed by the U.S. Plan of Allocation set forth in the U.S. Notice, if it is approved by the U.S. Court, or by such other plan of allocation approved by the U.S. Court.

8. Use the Schedules of Transactions in Part III of this U.S. Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable ReconAfrica Securities. On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions

and sales of the applicable ReconAfrica Securities, whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9. Please note: Only ReconAfrica Securities purchased/acquired on the U.S. OTC market during the U.S. Settlement Class Period (*i.e.*, between February 28, 2019 and September 7, 2021, inclusive) are eligible under the U.S. Settlement. However, because the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(e), provides for a "90-Day Lookback Period" (described in the U.S. Plan of Allocation set forth in the U.S. Notice), you must provide documentation related to your purchases and sales of ReconAfrica Securities on the U.S. OTC market during the period from February 28, 2019 through and including December 6, 2021, (*i.e.*, the end of the 90-Day Lookback Period) in order for the U.S. Claims Administrator to calculate your Recognized Loss Amount under the U.S. Plan of Allocation and process your claim.

10. You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable ReconAfrica Securities on the U.S. OTC market set forth in the Schedules of Transactions in Part III of this U.S. Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the U.S. Claims Administrator do not independently have information about your investments in ReconAfrica Securities. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR U.S. CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the U.S. Claims Administrator. Also, please do not highlight any portion of the U.S. Claim Form or any supporting documents.**

11. Separate U.S. Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single U.S. Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one U.S. Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one U.S. Claim Form).

12. All joint beneficial owners must sign this U.S. Claim Form. If you purchased or otherwise acquired ReconAfrica Securities during the U.S. Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this U.S. Claim Form to participate in the U.S. Settlement. If, however, you purchased or otherwise acquired ReconAfrica Securities during the U.S. Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this U.S. Claim Form.

13. Agents, executors, administrators, guardians, and trustees must complete and sign the U.S. Claim Form on behalf of persons represented by them, and they must:

(a) expressly state the capacity in which they are acting;

(b) identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the ReconAfrica Securities; and

(c) furnish herewith evidence of their authority to bind to the U.S. Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a U.S. Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14. By submitting a signed U.S. Claim Form, you will be swearing that you:

(a) own(ed) the ReconAfrica Securities you have listed in the U.S. Claim Form; or

(b) are expressly authorized to act on behalf of the owner thereof.

15. By submitting a signed U.S. Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16. If the U.S. Court approves the U.S. Settlement, payments to eligible Authorized U.S. Claimants pursuant to the U.S. Plan of Allocation (or such other plan of allocation as the U.S. Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17. PLEASE NOTE: As set forth in the U.S. Plan of Allocation, each Authorized U.S. Claimant shall receive his, her or its pro rata share of the U.S. Net Settlement Fund. If the prorated payment to any Authorized U.S. Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized U.S. Claimant.

18. If you have questions concerning the U.S. Claim Form, or need additional copies of the U.S. Claim Form or the U.S. Notice, you may contact the U.S. Claims Administrator, Epiq at P.O. Box 6929, Portland, OR 97228-6929 by email at info@ReconAfricaUSSecuritiesSettlement.com, or by toll-free phone at (888) 285-0673, or you may download the documents from the U.S. Settlement website, www.ReconAfricaUSSecuritiesSettlement.com.

19. NOTICE REGARDING ELECTRONIC FILES: Certain U.S. Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. To obtain the mandatory electronic filing requirements and file layout, you may visit the U.S. Settlement website at www.ReconAfricaUSSecuritiesSettlement.com or you may email the U.S. Claims Administrator's electronic filing department at info@ReconAfricaUSSecuritiesSettlement.com. Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the U.S. Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information. Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@ReconAfricaUSSecuritiesSettlement.com to inquire about your file and confirm it was received and acceptable.

20. NOTICE REGARDING ONLINE FILING: U.S. Claimants who are not Representative Filers may submit their claims online using the electronic version of the U.S. Claim Form hosted at www.ReconAfricaUSSecuritiesSettlement.com. If you are not acting as a Representative Filer, you do not need to contact the U.S. Claims Administrator prior to filing; you will receive an automated email confirming receipt once your U.S. Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the U.S. Claims Administrator at info@ReconAfricaUSSecuritiesSettlement.com or (888) 285-0673. If you are not a Representative Filer, but your claim contains a large number of transactions, the U.S. Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your U.S. Claim Form.

**IMPORTANT: PLEASE NOTE**

**YOUR U.S. CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD. THE U.S. CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR U.S. CLAIM FORM BY MAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE U.S. CLAIMS ADMINISTRATOR TOLL FREE AT (888) 285-0673.**

## PART III – SCHEDULE OF TRANSACTIONS IN RECONAFRICA SECURITIES ON THE U.S. OTC MARKET

Complete this Part III if and only if you purchased/acquired ReconAfrica Securities on the U.S. OTC market **under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF"** during the period from February 28, 2019 through and including September 7, 2021. Please include proper documentation with your U.S. Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Transaction data must be submitted on a post 9/6/2019 2:1 reverse split basis.

**If you sold ReconAfrica Securities on a non-U.S. exchange between February 28, 2019 and December 6, 2021, inclusive, under the ticker symbols "RECO" and/or "0XD," please include your non-U.S. purchase and sale transactions in this Part III.**

**1. BEGINNING HOLDINGS** – State the total number of shares of ReconAfrica Securities traded on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" held as of the close of trading on February 27, 2019. (Must be documented.) If none, write "zero" or "0."

☐☐☐☐☐☐☐₋ . ☐☐

**2. PURCHASES/ACQUISITIONS DURING THE U.S. SETTLEMENT CLASS PERIOD THROUGH DECEMBER 6, 2021** – Separately list each and every purchase/acquisition (including free receipts) of ReconAfrica Securities traded under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" on the U.S. OTC market from after the opening of trading on February 28, 2019, through and including the close of trading on December 6, 2021. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share in USD | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) in USD |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**3. SALES DURING THE U.S. SETTLEMENT CLASS PERIOD THROUGH DECEMBER 6, 2021** – Separately list each and every sale/disposition (including free deliveries) of ReconAfrica Securities traded under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" on the U.S. OTC market from after the opening of trading on February 28, 2019, through and including the close of trading on December 6, 2021. (Must be documented.)

**IF NONE, CHECK HERE** ☐

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share in USD | Total Sale Price (excluding taxes, commissions, and fees) in USD |
|---|---|---|---|
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |
| | | $ . | $ . |

**4. ENDING HOLDINGS** – State the total number of shares of ReconAfrica Securities traded on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF" held as of the close of trading on December 6, 2021. (Must be documented.) If none, write "zero" or "0."

☐☐☐☐☐☐☐☐ . ☐☐

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX** ☐

**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED.**

## PART IV – RELEASE OF U.S. CLAIMS AND SIGNATURE

***YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE 8 OF THIS U.S. CLAIM FORM.***

I (we) hereby acknowledge that as of the Effective Date of the U.S. Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and on behalf of any other person or entity legally entitled to bring Released U.S. Plaintiff's Claims (as defined in the Stipulation and in the U.S. Notice) on behalf of myself (ourselves) in such capacity only, shall be deemed to have, and by operation of law and of the U.S. Judgment shall have, fully, finally and forever waived, released, discharged, and dismissed each and every Released U.S. Plaintiffs' Claim against Released Defendant Parties (as defined in the Stipulation and in the U.S. Notice) and shall forever be barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal or administrative forum asserting any or all of the Released U.S. Plaintiffs' Claims against any Released Defendant Parties.

### CERTIFICATION

By signing and submitting this U.S. Claim Form, the U.S. Claimant(s) or the person(s) who represent(s) the U.S. Claimant(s) certifies (certify), as follows:

1. that I (we) have read and understand the contents of the U.S. Notice and this U.S. Claim Form, including the releases provided for in the U.S. Settlement and the terms of the U.S. Plan of Allocation;

2. that the U.S. Claimant(s) is a (are) U.S. Settlement Class Member(s), as defined in the U.S. Notice and in paragraph 2 on page 3 of this U.S. Claim Form, and is (are) not excluded from the U.S. Settlement Class by definition or pursuant to request as set forth in the U.S. Notice and in paragraph 3 on page 3 of this U.S. Claim Form;

3. that I (we) own(ed) the ReconAfrica Securities identified in the U.S. Claim Form and have not assigned the claim against the Released Defendant Parties to another, or that, in signing and submitting this U.S. Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4. that the U.S. Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions of ReconAfrica Securities and knows (know) of no other person having done so on the U.S. Claimant's (Claimants') behalf;

5. that the U.S. Claimant(s) submit(s) to the jurisdiction of the U.S. Court with respect to U.S. Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6. that I (we) agree to furnish such additional information with respect to this U.S. Claim Form as U.S. Lead Counsel, the U.S. Claims Administrator or the U.S. Court may require;

7. that the U.S. Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the U.S. Court's summary disposition of the determination of the validity or amount of the claim made by this U.S. Claim Form;

8. that I (we) acknowledge that the U.S. Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the U.S. Action; and

9. that the U.S. Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the U.S. Claimant(s) is (are) exempt from backup withholding or (b) the U.S. Claimant(s) has (have) not been notified by the IRS that he/she/it is subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the U.S. Claimant(s) that he/she/it is no longer subject to backup withholding. **If the IRS has notified the U.S. Claimant(s) that he, she or it is subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS U.S. CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Signature of U.S. Claimant

Date: __ __ – __ __ – __ __ __ __
MM DD YYYY

Print your name here

Signature of joint U.S. Claimant, if any

Date: __ __ – __ __ – __ __ __ __
MM DD YYYY

Print your name here

***If the U.S. Claimant is other than an individual, or is not the person completing this form, the following also must be provided:***

Signature of person signing on behalf of U.S. Claimant

Date: __ __ – __ __ – __ __ __ __
MM DD YYYY

Print your name here

CAPACITY OF PERSON SIGNING ON BEHALF OF U.S. CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, *ETC*. (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF U.S. CLAIMANT – SEE PARAGRAPH 13 ON PAGE 4 OF THIS U.S. CLAIM FORM.)

**REMINDER CHECKLIST:**

1. Please sign the above release and certification. If this U.S. Claim Form is being made on behalf of joint U.S. Claimants, then both must sign.

2. Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3. Please do not highlight any portion of the U.S. Claim Form or any supporting documents.

4. Do not send original security certificates or documentation. These items cannot be returned to you by the U.S. Claims Administrator.

5. Keep copies of the completed U.S. Claim Form and documentation for your own records.

6. The U.S. Claims Administrator will acknowledge receipt of your U.S. Claim Form by mail, within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard. **If you do not receive an acknowledgement postcard within 60 days, please call the U.S. Claims Administrator toll free at (888) 285-0673.**

7. If your address changes in the future, or if this U.S. Claim Form was sent to an old or incorrect address, please send the U.S. Claims Administrator written notification of your new address. If you change your name, please inform the U.S. Claims Administrator.

8. If you have any questions or concerns regarding your claim, please contact the U.S. Claims Administrator at the address below, by email at info@ReconAfricaUSSecuritiesSettlement.com, or toll-free at (888) 285-0673, or visit www.ReconAfricaUSSecuritiesSettlement.com. Please DO NOT call ReconAfrica or any of the other Defendants or their counsel with questions regarding your claim.

THIS U.S. CLAIM FORM MUST BE MAILED TO THE U.S. CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN JANUARY 9, 2025**, ADDRESSED AS FOLLOWS:

***In Re Reconnaissance Energy Africa Ltd. Securities Litigation***
c/o Epiq
P.O. Box 6929
Portland, OR 97228-6929

OR SUBMITTED ONLINE AT WWW.RECONAFRICAUSSECURITIESSETTLEMENT.COM **ON OR BEFORE JANUARY 9, 2025**.

A U.S. Claim Form received by the U.S. Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before January 9, 2025 is indicated on the envelope and it is mailed First Class, and addressed in accordance with the above instructions. In all other cases, a U.S. Claim Form shall be deemed to have been submitted when actually received by the U.S. Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the U.S. Claim Forms. Please be patient and notify the U.S. Claims Administrator of any change of address.

# EXHIBIT C

# CONFIRMATION OF PUBLICATION

**IN THE MATTER OF:** ***In re Reconnaissance Energy Africa Ltd. Securities Litigation***

I, Kathleen Komraus, hereby certify that

(a) I am the Media & Design Manager at Epiq Class Action & Claims Solutions, a noticing administrator, and;

(b) The Notice of which the annexed is a copy was published/released in the following publication(s) on the following dates:

***9.23.2024 – Investor's Business Weekly***
***9.23.2024 – PR Newswire***

**X** Kathleen Komraus
**(Signature)**

Media & Design Manager
**(Title)**

Case 1:21-cv-06176-NRM-RML Document 68-1 Filed 11/14/24 Page 41 of 45 PageID #: 1465



| 36 Mo Performance Rating | Fund | YTD % Chg | 12Wk % Chg | 5 Yr After Tax Rtn | Net Asset Value | NAV Chg |
|---|---|---|---|---|---|---|
| B+ | Cap Appr | +17 | +5 | +7 | 45.73 | 0.72 |
| A | Core Equity | +22 | +3 | +10 | 55.39 | 0.88 |
| A | Div & Gro | +14 | +5 | +9 | 37.10 | 0.37 |
| A | Equity Inc | +12 | +8 | +8 | 22.21 | 0.22 |
| C+ | Growth Opps | +29 | +0 | +10 | 54.10 | 1.33 |
| A+ | MidCap Val | +13 | +10 | +8 | 17.92 | 0.25 |
| E | MidCap | +5 | +5 | +3 | 26.53 | 0.48 |
| | **Hartford Funds I** | | | | | |
| | $26.2 bil 888-843-7824 | | | | | |
| A | Intl Value | +12 | +8 | +9 | 19.82 | 0.31 |
| E | Schr EM E | +11 | +1 | +4 | 17.30 | 0.33 |
| C+ | SchrIntlStk | +14 | +6 | +9 | 18.95 | 0.36 |
| | **Heartland Funds** | | | | | |
| | $1.5 bil 800-432-7856 | | | | | |
| A | MdCp Val | +10 | +8 | +10 | 15.20 | 0.13 |
| A | Value | +14 | +12 | +10 | 51.22n | 0.77 |
| | **Hennessy Funds** | | | | | |
| | $4.0 bil 800-966-4354 | | | | | |
| A+ | Crnst Gro | +33 | +9 | +16 | 36.27 | 0.79 |
| A+ | Crnst MdCp | +32 | +11 | +20 | 27.46 | 0.77 |
| A | Crnst Val | +12 | +7 | +9 | 21.69 | 0.15 |
| A+ | Gas Utility | +18 | +12 | +5 | 26.87 | -0.06 |
| | **Hillman** | | | | | |
| | $231 mil 800-773-3863 | | | | | |
| A- | HillmanValu | +6 | +4 | +9 | 32.92n | 0.22 |
| | **Homestead Funds** | | | | | |
| | $2.2 bil 800-258-3030 | | | | | |
| A+ | Stock Index | +21 | +5 | +12 | 41.57n | 0.70 |
| A | Value | +16 | +5 | +10 | 55.38n | 0.81 |
| | **Hotchkis and Wiley** | | | | | |
| | $3.1 bil 866-493-8637 | | | | | |
| A+ | Lg Cap Val | +14 | +7 | +10 | 46.31 | 0.68 |
| A+ | Mid Cap Val | +7 | +8 | +13 | 57.11 | 1.03 |
| A+ | Sm Cap Val | +6 | +7 | +12 | 80.94 | 1.70 |
| A+ | Value Opps | +12 | +7 | +12 | 41.03 | 0.66 |
| | **IFP US Equity Fund** | | | | | |
| | $1.9 bil 855-233-0437 | | | | | |
| A | FranchPrtnr | +19 | +13 | +11 | 21.93 | 0.09 |
| | **Invesco Funds A** | | | | | |
| | $122 bil 800-959-4246 | | | | | |
| A- | Cap Appr | +26 | +11 | +11 | 81.13 | 1.99 |
| A | Charter | +20 | +5 | +9 | 20.45 | 0.34 |
| A+ | ComstockSlc | +12 | +5 | +9 | 36.01 | 0.51 |
| A+ | Comstock | +15 | +6 | +10 | 31.08 | 0.38 |
| E | DiscvryMCG | +18 | +5 | +6 | 27.73 | 0.60 |
| D | Div Inc | +12 | +7 | +6 | 27.36 | 0.21 |
| A | Dvsfd Div | +13 | +6 | +6 | 19.76 | 0.19 |
| A+ | Energy | +7 | +0 | +11 | 29.96 | 0.49 |
| B+ | Eq & Income | +11 | +6 | +6 | 11.11 | 0.10 |
| A- | Eq-Wtd 500 | +14 | +8 | +8 | 78.44 | 0.86 |
| D+ | Global Fd | +17 | +2 | +8 | 104.75 | 2.64 |
| A | Gold & SM | +27 | +15 | +5 | 28.96 | 0.71 |
| A | Gr & Income | +15 | +7 | +8 | 23.09 | 0.32 |
| D- | HY Mun | +6 | +3 | +1 | 8.75 | -0.01 |
| A | Main SAC | +23 | +5 | +11 | 28.08 | 0.51 |
| B+ | Main St MC | +14 | +9 | +7 | 30.50 | 0.48 |
| A | Main Street | +21 | +4 | +9 | 60.16 | 1.03 |
| D- | Muni Income | +4 | +2 | +1 | 12.18 | -0.01 |
| A+ | Rising Div | +18 | +4 | +9 | 27.06 | 0.35 |
| D | RO Muni Opp | +5 | +2 | +2 | 6.98 | -0.01 |
| D- | Ro NY Mun | +3 | +2 | +1 | 15.48 | -0.03 |
| A+ | S&P 500 Idx | +21 | +5 | +11 | 60.62 | 1.02 |
| A+ | SC Value | +19 | +6 | +16 | 24.07 | 0.63 |
| A+ | SP MLP Al | +28 | +8 | +10 | 7.87 | -0.01 |
| A+ | SP MLP In | +19 | +4 | +9 | 5.74 | -0.02 |
| | **Invesco Funds P** | | | | | |
| | $2.8 bil 800-959-4246 | | | | | |
| B- | Summit | +24 | +1 | +11 | 28.06 | 0.71 |
| | **Invesco Funds Y** | | | | | |
| | $28.6 bil 800-959-4246 | | | | | |
| E | Dev Mkt | +4 | +1 | +1 | 40.13 | 0.77 |
| E | OppenIntlGro | +9 | +5 | +6 | 39.01 | 1.08 |
| A+ | SP MLP SI | +21 | +5 | +10 | 8.92 | -0.01 |
| | **Ivy Funds** | | | | | |
| | $32.3 bil 800-523-1918 | | | | | |
| A+ | Core Equity | +24 | +6 | +11 | 18.76 | 0.34 |
| A- | Glbl Growth | +19 | +3 | +8 | 37.03 | 0.79 |
| A | LargeCapGro | +20 | +4 | +13 | 39.29 | 0.64 |
| E | MidCapGrowt | +6 | +4 | +8 | 32.24 | 0.67 |
| A- | Science&Tec | +27 | +0 | +11 | 58.33 | 1.82 |
| | **–J–K–L–** | | | | | |
| | **Janus Henderson A** | | | | | |
| | $29.8 bil 877-335-2687 | | | | | |
| A- | Gl Eq Inc | +10 | +3 | +5 | 6.40 | 0.06 |
| | **Janus Henderson C** | | | | | |
| | $29.8 bil 877-335-2687 | | | | | |
| B- | Balanced | +14 | +3 | +6 | 47.32 | 0.47 |
| | **JHF III DispVal** | | | | | |
| | $36.9 bil 888-972-8696 | | | | | |
| A+ | Ds Val | +16 | +5 | +10 | 25.64 | 0.35 |
| A | DVMC | +12 | +7 | +9 | 30.61 | 0.46 |
| | **JHIIFunLgCpCorFd** | | | | | |
| | $3.2 bil 800-225-5291 | | | | | |
| A- | HancockFdmn | +18 | +6 | +11 | 73.68 | 1.27 |
| | **John Hancock** | | | | | |
| | $24.8 bil 800-225-5291 | | | | | |
| D- | HancockBond | +6 | +5 | 0 | 13.99 | 0.02 |
| C+ | HancockClsc | +4 | +5 | +8 | 36.21 | 0.49 |
| A | GlsYd | +19 | +10 | +7 | 12.65 | 0.11 |
| A | IntG | +15 | +5 | +5 | 28.42 | 0.67 |
| | **John Hancock Funds 1** | | | | | |
| | $24.3 bil 800-344-1029 | | | | | |
| B+ | BC Gro | +28 | +2 | +11 | 60.71 | 1.42 |
| A- | MM Ls Ag | +15 | +5 | +8 | 15.05 | 0.26 |
| C | MM Ls Bl | +11 | +5 | +5 | 13.77 | 0.15 |
| C+ | MM Ls Gr | +13 | +5 | +7 | 14.59 | 0.21 |
| | **John Hancock Funds A** | | | | | |
| | $16.6 bil 800-225-5291 | | | | | |
| B | HancockBala | +13 | +2 | +6 | 29.28 | 0.29 |
| | **JPMorgan A Class** | | | | | |
| | $51.9 bil 800-480-4111 | | | | | |
| B- | Inv Bal | +12 | +5 | +5 | 16.63 | 0.16 |
| C- | Inv Csv Gr | +9 | +5 | +2 | 12.99 | 0.08 |
| B | Inv Gr&Inc | +14 | +5 | +6 | 20.23 | 0.25 |
| A | Inv Growth | +16 | +5 | +8 | 26.19 | 0.42 |
| A | Itl Val | +16 | +7 | +7 | 15.20 | 0.26 |
| A | US Value | +16 | +7 | +9 | 80.34 | 0.97 |
| | **JPMorgan I Class** | | | | | |
| | $106 bil 800-480-4111 | | | | | |
| A+ | Equity Idx | +21 | +5 | +13 | 85.94 | 1.44 |
| A | Equity Inc | +14 | +8 | +8 | 25.87 | 0.25 |
| A | Gro Advtg | +24 | +2 | +16 | 40.24 | 0.96 |
| A+ | LgCp Gro | +27 | +2 | +15 | 76.29 | 1.71 |
| A+ | LgCp Val | +15 | +9 | +11 | 21.51 | 0.24 |
| D- | MdCp Gro | +9 | +3 | +9 | 50.66 | 0.97 |
| D | Mtge Secs | +6 | +5 | 0 | 10.51 | 0.00 |
| A+ | US Eq | +22 | +5 | +14 | 25.83 | 0.52 |
| A+ | US LCC | +26 | +4 | +14 | 21.84 | 0.40 |
| A | Val Advtg | +17 | +10 | +9 | 41.52 | 0.39 |
| | **JPMorgan L Class** | | | | | |
| | $7.1 bil 800-480-4111 | | | | | |
| A | MdCp Val | +14 | +9 | +8 | 41.07 | 0.48 |
| | **JPMorgan R Class** | | | | | |
| | $61.2 bil 800-480-4111 | | | | | |
| D- | Core Bond | +6 | +5 | 0 | 10.60 | 0.00 |
| D- | Core Pl Bd | +6 | +5 | 0 | 7.02 | 0.00 |
| C+ | High Yield | +8 | +6 | +2 | 6.64 | 0.02 |
| C | Sh Dur Bd | +5 | +3 | +1 | 10.94 | 0.01 |
| A+ | US Res EnEq | +22 | +5 | +14 | 44.75 | 0.77 |
| | **Kinetics Funds** | | | | | |
| | $1.4 bil 800-930-3828 | | | | | |
| A+ | Internet | +50 | +13 | +15 | 82.34n | 2.75 |
| A+ | Paradigm | +56 | +17 | +16 | 114.36n | 3.87 |
| A+ | SC Opty | +48 | +18 | +18 | 154.16n | 4.44 |
| | **Laudus Funds** | | | | | |
| | $2.2 bil 800-648-5300 | | | | | |
| B | SelectLgCap | +24 | +2 | +11 | 26.35n | 0.62 |
| | **Lazard Instl** | | | | | |
| | $16.2 bil 800-823-6300 | | | | | |
| B | Emg Mkt Eq | +13 | +3 | +6 | 19.32 | 0.20 |
| A | GlLstdInfr | +9 | +9 | +6 | 16.48 | -0.15 |
| D+ | Int Str Eq | +8 | +4 | +5 | 16.73 | 0.31 |
| | **Legg Mason I** | | | | | |
| | $4.8 bil 877-721-1926 | | | | | |
| D+ | Intl Gro | +15 | +7 | +6 | 70.24 | 1.54 |
| A+ | Value Trust | +14 | +4 | +11 | 132.71 | 2.17 |
| | **Loomis Sayles Fds** | | | | | |
| | $7.8 bil 800-633-3330 | | | | | |
| D+ | Bond | +8 | +6 | 0 | 12.11 | 0.02 |
| A | SCV | +12 | +7 | +8 | 24.97 | 0.52 |
| | **Lord Abbett A** | | | | | |
| | $40.6 bil 888-522-2388 | | | | | |
| E | Affiliated | +17 | +7 | +7 | 19.49 | 0.24 |
| A+ | Dev Gro | +22 | +6 | +9 | 23.58 | 0.31 |
| A | Fund Eq | +18 | +6 | +8 | 15.79 | 0.21 |
| D- | HI Muni | +7 | +3 | +1 | 11.11 | -0.01 |
| D- | Int TxFr | +3 | +2 | +1 | 10.77 | -0.01 |
| A | MdCp Stk | +16 | +7 | +8 | 37.15 | 0.49 |
| D- | Natl TF | +4 | +2 | +1 | 10.67 | -0.01 |
| A- | SmCp Vl | +13 | +10 | +6 | 16.88 | 0.35 |
| | **Lord Abbett I** | | | | | |
| | $46.2 bil 888-522-2388 | | | | | |
| D | Bond Deb | +8 | +4 | +1 | 7.26 | 0.02 |
| B+ | Flt Rte | +6 | +2 | +2 | 8.15 | 0.00 |
| C- | Sh Dur | +5 | +3 | +1 | 3.90 | 0.00 |
| | **–M–N–O–** | | | | | |
| | **MainStay Fds A** | | | | | |
| | $8.7 bil 800-624-6782 | | | | | |
| C+ | MK HY CB | +7 | +4 | +1 | 5.29 | 0.02 |
| A | WMC End C | +16 | +10 | +10 | 40.03 | 0.62 |
| A | WMC Val | +13 | +9 | +9 | 31.45 | 0.33 |
| A- | Wnslw LCG | +23 | +1 | +11 | 11.03 | 0.27 |
| | **MainStay Fds I** | | | | | |
| | $3.2 bil 800-624-6782 | | | | | |
| A+ | Epoch Gl Eq | +19 | +9 | +8 | 24.46 | 0.27 |
| A+ | S&P500 Idx | +21 | +5 | +11 | 63.69 | 1.06 |
| | **Mairs&Power** | | | | | |
| | $6.7 bil 800-304-7404 | | | | | |
| A | &PowerGrowt | +19 | +3 | +11 | 173.77n | 2.90 |
| | **Marsico Funds** | | | | | |
| | $1.7 bil 888-860-8686 | | | | | |
| A | Foc | +33 | +2 | +15 | 29.52n | 0.73 |
| | **Mass Mutual** | | | | | |
| | $3.2 bil 888-309-3539 | | | | | |
| A- | Bl Ch | +25 | +3 | +12 | 22.11 | 0.50 |
| | **MassMutual Select** | | | | | |
| | $11.7 bil 888-309-3539 | | | | | |
| A | Eq Op | +14 | +7 | +9 | 19.57 | 0.13 |
| A | Fnd V | +16 | +6 | +9 | 8.46 | 0.09 |
| D+ | MCG | +11 | +7 | +7 | 21.95 | 0.37 |
| A+ | S&P500 | +21 | +5 | +12 | 18.45 | 0.31 |
| | **Matthews Asian Funds** | | | | | |
| | $2.8 bil 800-789-2742 | | | | | |
| A | India | +20 | +9 | +11 | 31.74n | 0.15 |
| | **Mercury Funds A** | | | | | |
| | $214 mil 888-456-9518 | | | | | |
| A- | HouseGrowth | +26 | +4 | +13 | 83.20n | 1.92 |
| | **Metropolitan West** | | | | | |
| | $49.2 bil 800-241-4671 | | | | | |
| E | Total Rtn | +5 | +5 | -1.0 | 9.39 | 0.01 |
| C- | Uncons Bd | +7 | +4 | +1 | 10.53 | 0.02 |
| | **MFS Funds A** | | | | | |
| | $60.4 bil 800-225-2606 | | | | | |
| A | Core Equity | +17 | +4 | +10 | 53.31 | 0.90 |
| C- | IntlIntrVal | +15 | +7 | +5 | 43.14 | 0.94 |
| A- | MassInvGro | +16 | +3 | +10 | 45.67 | 0.74 |
| A- | Mass Inv Tr | +18 | +3 | +9 | 40.09 | 0.62 |
| D- | Muni Income | +4 | +3 | +1 | 8.36 | -0.01 |
| A- | Technology | +27 | +1 | +12 | 66.41 | 2.01 |
| D- | TotRetBond | +6 | +5 | -1.0 | 9.48 | 0.01 |
| B- | TotalReturn | +10 | +6 | +5 | 20.74 | 0.16 |
| A- | Utilities | +16 | +12 | +4 | 24.03 | -0.19 |
| | **MFS Funds I** | | | | | |
| | $60.3 bil 800-225-2606 | | | | | |
| A- | Growth | +26 | +0 | +12 | 215.85 | 4.64 |
| B+ | Intl Equity | +12 | +6 | +8 | 36.98 | 0.81 |
| D | MidCapGrowt | +12 | +4 | +7 | 32.42 | 0.65 |
| A | MidCapValue | +16 | +9 | +10 | 35.71 | 0.45 |
| A | Research | +17 | +4 | +10 | 64.41 | 1.09 |
| A | Value | +16 | +8 | +9 | 54.49 | 0.46 |
| | **Mondrian** | | | | | |
| | $254 mil 888-832-4386 | | | | | |
| A- | MndrnIntlVE | +15 | +11 | +6 | 16.75n | 0.16 |
| | **Morgan Stanley Inst** | | | | | |
| | $173 bil 800-548-7786 | | | | | |
| B | Gl Fr | +12 | +8 | +7 | 38.34 | 0.24 |
| | **MorganStanleyPathway** | | | | | |
| | $5.7 bil 888-673-9950 | | | | | |
| E | Core Fl | +4 | +5 | -1.0 | 7.03n | -0.01 |
| A- | Lg Cap Eq | +19 | +6 | +10 | 26.06n | 0.41 |
| | **Muhlenkmp** | | | | | |
| | $251 mil 800-860-3863 | | | | | |
| A+ | Fund | +15 | +6 | +13 | 71.74n | 1.07 |
| | **Munder Funds** | | | | | |
| | $2.8 bil 800-539-3863 | | | | | |
| D- | Intl SmCp | +14 | +8 | +6 | 16.47 | 0.36 |
| | **Munder Funds Cl A** | | | | | |
| | $885 mil 800-539-3863 | | | | | |
| A+ | Multi-Cap | +22 | +5 | +11 | 57.57 | 1.23 |
| | **Nationwide Fds R6** | | | | | |
| | $1.6 bil 800-848-0920 | | | | | |
| A | BNYM DUSC | +20 | +5 | +11 | 16.44 | 0.27 |
| A- | MC Mkt Idx | +13 | +7 | +9 | 18.17 | 0.31 |
| | **Nationwide Funds** | | | | | |
| | $977 mil 800-848-0920 | | | | | |
| A+ | S&P 500 | +21 | +5 | +12 | 27.25 | 0.45 |
| | **Natixis Funds** | | | | | |
| | $24.7 bil 800-225-5478 | | | | | |
| D | Inv GB | +6 | +5 | +1 | 10.21 | -0.01 |
| A+ | LS Growth | +22 | +4 | +13 | 28.30 | 0.64 |
| A+ | Oakmark | +14 | +8 | +12 | 30.80 | 0.41 |
| A | US Eq Opp | +17 | +6 | +11 | 42.86 | 0.76 |
| | **Neuberger Berman Fds** | | | | | |
| | $29.8 bil 800-366-6264 | | | | | |
| B- | LngSh | +5 | +2 | | 18.39 | 0.11 |
| A | Eqty Inc | +15 | +7 | +6 | 14.41 | 0.13 |
| B+ | LC Value | +15 | +7 | +10 | 47.33 | 0.30 |
| C- | Str Inc | +7 | +5 | +2 | 10.13 | 0.02 |
| A+ | Sus Eqty | +22 | +5 | +12 | 48.91 | 0.73 |
| | **Neuberger Berman Inv** | | | | | |
| | $7.9 bil 800-877-9700 | | | | | |
| A | Guardian | +18 | +4 | +14 | 29.57n | 0.57 |
| | **Neuberger Berman Tr** | | | | | |
| | $6.3 bil 800-877-9700 | | | | | |
| B- | Genesis | +13 | +10 | +8 | 68.76 | 1.50 |
| | **New Covenant Funds** | | | | | |
| | $1.3 bil 877-835-4531 | | | | | |
| A- | Growth | +19 | +5 | +12 | 67.75n | 1.17 |
| | **Nicholas Group** | | | | | |
| | $6.1 bil 800-544-6547 | | | | | |
| A- | Equity Inc | +13 | +7 | +8 | 22.55n | 0.16 |
| A+ | Fund | +16 | +5 | +12 | 95.98n | 1.33 |
| | **North Square** | | | | | |
| | $492 mil 855-551-5521 | | | | | |
| A | DynSmallCap | +16 | +12 | +11 | 16.10 | 0.39 |
| | **Northern Funds** | | | | | |
| | $37.5 bil 800-595-9111 | | | | | |
| E | Bond Index | +5 | +5 | -1.0 | 9.48n | 0.00 |
| C+ | HY Fxd Inc | +8 | +5 | +2 | 6.16n | 0.02 |
| B | Intl Eq Idx | +13 | +6 | +6 | 15.54n | 0.32 |
| A+ | Lg Cp Core | +22 | +5 | +12 | 29.82n | 0.53 |
| A- | Mid Cap Idx | +14 | +7 | +9 | 22.65n | 0.38 |
| A- | Sm Cap Val | +10 | +11 | +7 | 21.39n | 0.43 |
| A+ | Stock Idx | +21 | +5 | +12 | 58.87n | 0.99 |
| | **Nuveen Funds A** | | | | | |
| | $14.9 bil 800-257-8787 | | | | | |
| E | All-Am Muni | +4 | +2 | 0 | 10.31 | -0.01 |
| A | Div Value | +15 | +5 | +6 | 15.81 | 0.16 |
| | **Nuveen Funds I** | | | | | |
| | $9.9 bil 800-257-8787 | | | | | |
| D- | HY Muni | +6 | +0 | +3 | 15.18 | -0.02 |
| D | IntDurMuni | +3 | +1 | +2 | 8.97 | -0.01 |
| D- | LtdTrmMuni | +3 | +1 | +2 | 11.00 | -0.01 |
| A | MidCpValue | +13 | +6 | +9 | 58.60 | 0.92 |
| A+ | MultiCapVal | +17 | +8 | +11 | 54.89 | 0.65 |
| A+ | SC Val Opp | +19 | +14 | +10 | 63.07 | 0.90 |
| | **Oak Associates Funds** | | | | | |
| | $1.3 bil 888-462-5386 | | | | | |
| A | OakTechnolo | +22 | -1 | +13 | 47.92n | 1.13 |
| | **Oakmark Funds Invest** | | | | | |
| | $22.6 bil 800-625-6275 | | | | | |
| B | Eqty & Inc | +9 | +6 | +7 | 36.29n | 0.32 |
| A+ | Fund | +14 | +8 | +14 | 150.78n | 1.97 |
| D+ | Internatl | +2 | +5 | +5 | 27.33n | 0.15 |
| A- | Select | +8 | +9 | +12 | 75.82n | 1.33 |
| | **Oberweis Funds** | | | | | |
| | $1.1 bil 800-245-7311 | | | | | |
| A- | Micro-Cap | +29 | +10 | +17 | 45.56 | 1.24 |
| | **Oberweis:SmCap Opp** | | | | | |
| | $792 mil 800-245-7311 | | | | | |
| A+ | Sm-Cap Opp | +20 | +5 | +16 | 27.13 | 0.57 |
| | **Old Westbury Fds** | | | | | |
| | $45.6 bil 800-607-2200 | | | | | |
| A- | All Cp Core | +20 | +6 | +11 | 27.56n | 0.46 |
| E | Credit Inc | +6 | +5 | | 8.23n | 0.01 |
| B- | LC Strat | +19 | +4 | +8 | 20.67n | 0.35 |
| D | Muni Bd | +2 | +2 | +1 | 11.61n | -0.01 |
| E | Sm&Md Cp St | +10 | +7 | +4 | 16.95n | 0.27 |
| | **Optimum Funds Inst** | | | | | |
| | $8.6 bil 800-914-0278 | | | | | |
| E | Fxd Inc | +5 | +5 | 0 | 8.61 | 0.00 |
| B | Lg Cp Gro | +23 | +2 | +11 | 24.73 | 0.57 |
| A | Lg Cp Val | +16 | +7 | +9 | 20.31 | 0.21 |
| | **Osterweis Strat Income** | | | | | |
| | $5.6 bil 866-236-0050 | | | | | |
| B- | StratIncome | +6 | +3 | +3 | 11.20n | 0.02 |
| | **–P–Q–R–** | | | | | |
| | **PACE Funds Cl P** | | | | | |
| | $4.3 bil 800-647-1568 | | | | | |
| A- | Lg Co Gr | +22 | +2 | +11 | 19.28 | 0.35 |
| A | Lg Co Vl | +14 | +7 | +8 | 22.27 | 0.26 |
| | **Parnassus Fds** | | | | | |
| | $14.6 bil 800-999-3505 | | | | | |
| A | Core Eqty | +22 | +5 | +12 | 64.67n | 0.87 |
| | **Paydenfunds** | | | | | |
| | $3.0 bil 800-572-9336 | | | | | |
| A- | Eqty Inc | +16 | +6 | +6 | 18.99n | 0.19 |
| | **Pear Tree** | | | | | |
| | $4.5 bil 800-326-2151 | | | | | |
| C+ | Foreign V | +9 | +5 | +5 | 25.11 | 0.35 |
| | **Perm Port Funds** | | | | | |
| | $3.4 bil 800-531-5142 | | | | | |
| A | Perm | +17 | +6 | +8 | 60.12n | 0.63 |
| | **PGIM Funds A** | | | | | |
| | $17.6 bil 800-225-1852 | | | | | |
| D- | Tot Rtn Bnd | +6 | +5 | -1.0 | 12.38 | 0.00 |
| | **PGIM Jenn Funds A** | | | | | |
| | $17.6 bil 800-225-1852 | | | | | |
| A | JennDvsfdGr | +25 | +0 | +13 | 20.22 | 0.49 |
| B | Jenn Growth | +22 | +1 | +13 | 62.61 | 1.45 |
| A+ | JennNtrlRes | +6 | -3 | +11 | 54.10 | 1.18 |
| A- | JennUtility | +24 | +10 | +5 | 15.89 | -0.06 |
| A+ | Jenn Value | +19 | +7 | +8 | 23.79 | 0.28 |
| | **PGIM Quant Funds A** | | | | | |
| | $17.6 bil 800-225-1852 | | | | | |
| A+ | Quant LCC | +22 | +4 | +10 | 22.59 | 0.40 |
| | **PIMCO Fds Instl** | | | | | |
| | $139 bil 800-927-4648 | | | | | |
| C | All Asset | +7 | +5 | +4 | 11.39 | 0.05 |
| C | Comm RR Str | +4 | -2 | +4 | 13.17 | 0.14 |
| D | Div Income | +7 | +5 | 0 | 9.87 | 0.02 |
| C | High Yield | +7 | +5 | +2 | 8.17 | 0.03 |
| D | HY Muni Bd | +6 | +3 | +3 | 8.69 | 0.00 |
| D+ | IntlBd(DH) | +4 | +3 | 0 | 9.99 | 0.00 |
| E | Lng-TmCrBd | +7 | +7 | -2.0 | 9.41 | 0.01 |
| E | Long Dur TR | +6 | +7 | -2.0 | 7.66 | -0.01 |
| D+ | Low Dur | +5 | +3 | +1 | 9.35 | 0.01 |
| C | MtgOpp&Bd | +7 | +4 | +1 | 9.51 | 0.01 |
| D | Real Return | +6 | +4 | +1 | 10.36 | 0.04 |
| A | S+ Intl(DH) | +14 | +1 | +8 | 8.52 | 0.11 |
| C | Short-Term | +4 | +1 | +2 | 9.64 | 0.00 |
| B- | ShtAsstInv | +4 | +1 | +1 | 9.95 | 0.01 |
| A | Stk+Abs Rtn | +22 | +5 | +11 | 12.95 | 0.24 |
| A | StocksPLUS | +21 | +5 | +11 | 13.35 | 0.24 |
| D- | Tot Rtn | +6 | +5 | 0 | 8.88 | 0.01 |
| C | TRENDS MFS | -3 | -3 | +2 | 10.48 | 0.04 |
| | **PIMCO Funds A** | | | | | |
| | $31.0 bil 800-927-4648 | | | | | |
| C | RAE PLUS | +13 | +2 | +7 | 17.80 | 0.25 |
| | **PIMCO Funds I2** | | | | | |
| | $75.2 bil 888-877-4626 | | | | | |
| D- | Inv Grd Cr | +6 | +5 | 0 | 9.29 | 0.01 |
| C+ | Low Dur Inc | +7 | +3 | +2 | 8.17 | 0.02 |
| | **PIMCO Funds Instl** | | | | | |
| | $103 bil 888-877-4626 | | | | | |
| A+ | Comm+ Strat | +5 | -5 | +7 | 6.60 | 0.07 |
| C- | Dynmc Bd | +6 | +3 | +1 | 10.00 | 0.03 |
| C | Income | +7 | +4 | +2 | 10.83 | 0.02 |
| | **Pioneer Funds A** | | | | | |
| | $17.1 bil 800-225-6292 | | | | | |
| B+ | Core Eqty | +12 | +5 | +8 | 23.17 | 0.35 |
| A | Disc Gro | +16 | +6 | +11 | 18.89 | 0.31 |
| A- | Disc Val | +13 | +9 | +6 | 15.42 | 0.13 |
| A | Fund | +23 | +3 | +12 | 44.63 | 0.93 |
| A | Mid Cap Val | +10 | +8 | +7 | 25.54 | 0.35 |
| | **Pioneer Funds Y** | | | | | |
| | $7.9 bil 800-225-6292 | | | | | |
| D- | Bond | +6 | +6 | 0 | 8.57 | 0.00 |
| D+ | StratIncome | +8 | +6 | +1 | 9.90 | 0.00 |
| | **Price Funds** | | | | | |
| | $312 bil 800-638-5660 | | | | | |
| B- | PriceQMUSSC | +16 | +9 | +8 | 47.55n | 0.95 |
| A | AllCp Opp | +23 | +4 | +14 | 78.53n | 1.47 |
| B- | Balanced | +14 | +5 | +6 | 28.37n | 0.34 |
| B | BlueChipGro | +27 | +2 | +11 | 190.25n | 4.41 |
| D- | CommTech | +26 | +5 | +10 | 150.96n | 3.04 |
| A | Div Gr | +17 | +6 | +10 | 82.12n | 0.98 |
| A+ | Eq Inc | +14 | +6 | +9 | 38.16n | 0.38 |
| A+ | EqIndex500 | +21 | +5 | +13 | 150.67n | 2.52 |
| A+ | Financial | +22 | +10 | +12 | 43.22n | 0.67 |
| C- | Glbl Stck | +18 | +3 | +11 | 67.69n | 1.58 |
| E | Glbl Tech | +26 | -1 | +10 | 19.68n | 0.62 |
| C | GrowthStock | +22 | +2 | +10 | 106.05n | 2.46 |
| D+ | Hlth Sci | +16 | +10 | +10 | 102.19n | 1.03 |
| D | Intl Disc | +10 | +5 | +6 | 69.17n | 1.49 |
| C | Intl Val E1 | +15 | +8 | +8 | 18.65n | 0.35 |
| D+ | MdCp Growth | +10 | +7 | +7 | 109.84n | 1.66 |
| A+ | MdCp Val | +16 | +8 | +11 | 36.34n | 0.45 |
| A | New Era | +9 | +2 | +8 | 40.49n | 0.68 |
| E | NewHorizons | +4 | +9 | +5 | 58.38n | 1.25 |
| C+ | OverseasStc | +11 | +6 | +7 | 13.85n | 0.29 |
| C | 2015 | +10 | +4 | +5 | 13.25n | 0.12 |
| C | 2020 | +11 | +5 | +5 | 19.66n | 0.18 |
| C+ | 2025 | +11 | +5 | +6 | 17.46n | 0.17 |
| C+ | 2030 | +12 | +5 | +6 | 26.89n | 0.31 |
| B- | 2035 | +14 | +5 | +7 | 21.90n | 0.30 |
| B | 2040 | +15 | +5 | +8 | 31.72n | 0.48 |
| B | 2045 | +16 | +5 | +8 | 23.01n | 0.38 |
| B | 2050 | +16 | +5 | +9 | 19.55n | 0.32 |
| B | 2055 | +16 | +5 | +9 | 20.52n | 0.35 |
| B+ | Sci&Tch | +27 | -1 | +12 | 50.94n | 1.40 |
| D | SmCp Stk | +11 | +11 | +7 | 64.18n | 0.99 |
| E | SmCp Val | +12 | +13 | +7 | 58.18n | 1.03 |
| B+ | DE | +17 | +5 | +9 | 27.14n | 0.43 |
| D | SumtMunInt | +2 | +2 | +1 | 11.47n | 0.00 |
| D | Tot Eq Mk | +20 | +5 | +12 | 61.12n | 1.04 |
| A- | Tx-Ef Eq | +24 | +3 | +13 | 71.11n | 1.64 |
| A+ | US ER | +22 | +4 | +13 | 56.82n | 1.03 |
| A+ | USLgCpCore | +22 | +2 | +12 | 43.40n | 0.66 |
| A- | Value | +18 | +6 | +9 | 49.36n | 0.49 |
| | **Price Funds Advisor** | | | | | |
| | $11.8 bil 800-225-5132 | | | | | |
| A- | Cap App | +12 | +5 | +8 | 37.44 | 0.42 |
| | **Price Funds I** | | | | | |
| | $312 bil 800-638-5660 | | | | | |
| A- | Flt Rate | +6 | +2 | +3 | 9.46 | 0.00 |
| B+ | I LC Cor Gr | +28 | +2 | +11 | 76.43 | 1.76 |
| D+ | I MCEq Gr | +10 | +7 | +7 | 69.22 | 1.07 |
| D+ | I SC Stk | +11 | +11 | +7 | 29.48 | 0.46 |
| A- | LgCp Gro | +25 | +3 | +13 | 81.94 | 1.76 |
| A | LgCp Val | +14 | +6 | +9 | 25.67 | 0.24 |
| | **PRIMECAP Odyssey Fds** | | | | | |
| | $18.7 bil 800-729-2307 | | | | | |
| D | OdysseyAgGr | +7 | +1 | +7 | 45.88n | 0.96 |
| B+ | OdysseyGrow | +9 | +1 | +10 | 39.98n | 0.72 |
| A | OdysseyStoc | +14 | +2 | +11 | 39.87n | 0.71 |
| | **Principal Funds A** | | | | | |
| | $61.5 bil 800-222-5852 | | | | | |
| A+ | Cap App | +22 | +4 | +11 | 80.68 | 1.33 |
| A- | Eqty Inc | +17 | +9 | +7 | 43.31 | 0.38 |
| A- | MidCap | +19 | +10 | +8 | 43.59 | 0.68 |
| B- | SAM Bal | +13 | +5 | +4 | 17.24 | 0.18 |
| | **Principal Funds Inst** | | | | | |
| | $61.5 bil 800-222-5852 | | | | | |
| C | Hi In | +7 | +5 | +2 | 8.44 | 0.02 |
| E | Infl Prt | +5 | +4 | +1 | 8.05 | 0.02 |
| A+ | LC S&P500 | +21 | +5 | +12 | 28.17 | 0.47 |
| C+ | LCV III | +15 | +7 | +8 | 20.65 | 0.23 |
| C+ | LT 2030 | +11 | +5 | +5 | 14.96 | 0.16 |
| B- | LT 2040 | +13 | +6 | +7 | 17.22 | 0.24 |
| B | LT 2050 | +15 | +6 | +8 | 18.26 | 0.29 |
| A | MCV I | +15 | +9 | +9 | 18.76 | 0.24 |
| C | Real Est | +14 | +17 | +4 | 30.98 | -0.32 |
| D+ | Sp Prf Sl | +10 | +5 | +2 | 9.37 | 0.02 |
| | **ProFunds Inv Class** | | | | | |
| | $2.6 bil 888-776-3637 | | | | | |
| A+ | Semiconduct | +84 | -18 | +45 | 329.96n | 18.8 |
| A+ | UltraNASDAQ | +30 | -2 | +24 | 104.69n | 5.10 |
| | **Prospector Funds** | | | | | |
| | $307 mil 877-734-7862 | | | | | |
| A | Opportunity | +16 | +8 | +9 | 79.79n | 0.43 |
| | **Putnam Funds Class A** | | | | | |
| | $43.1 bil 800-225-1581 | | | | | |
| A- | Putnam Bal | +16 | +5 | +6 | 26.39 | 0.31 |
| A | D AAG | +19 | +5 | +7 | 21.50 | 0.33 |
| A | GlHealthCr | +17 | +7 | +10 | 67.68 | 0.41 |
| A | GrowthOppty | +24 | +1 | +13 | 67.67 | 1.55 |
| A+ | Research | +23 | +4 | +12 | 55.24 | 0.99 |
| A+ | Sstnbl Ldrs | +24 | +3 | +11 | 133.95 | 2.46 |
| | **Putnam Funds Class Y** | | | | | |
| | $28.1 bil 800-225-1581 | | | | | |
| A+ | LargeCpVal | +22 | +7 | +12 | 37.20 | 0.40 |
| A- | RetRdy 2035 | +14 | +4 | +5 | 29.58 | 0.33 |
| B- | UltShtDurl | +4 | +2 | +2 | 10.15 | 0.00 |
| | **RBB Fund** | | | | | |
| | $782 mil 888-261-4073 | | | | | |
| A- | BP SCV2 | +12 | +10 | +8 | 29.11 | 0.48 |
| | **Royce Funds** | | | | | |
| | $5.4 bil 800-221-4268 | | | | | |
| A- | PA Mut | +10 | +6 | +9 | 10.08n | 0.23 |
| A- | SC Tot Ret | +7 | +7 | +7 | 7.91n | 0.17 |
| | **Russell Funds S** | | | | | |
| | $16.9 bil 800-787-7354 | | | | | |
| A- | Global Eq | +17 | +6 | +10 | 10.85 | 0.18 |
| D | Tax Ex Bond | +3 | +2 | +2 | 22.23 | -0.01 |
| A | TM US Lg Cp | +19 | +5 | +11 | 83.60 | 1.36 |
| | **Rydex Dynamic Fds** | | | | | |
| | $1.2 bil 800-820-0888 | | | | | |
| A- | NASDAQ 2x | +30 | -2 | +25 | 530.12 | 25.9 |
| A+ | S&P 500 2x | +37 | +7 | +18 | 326.96 | 10.70 |
| | **Rydex Investor Class** | | | | | |
| | $2.4 bil 800-820-0888 | | | | | |
| A | NASDAQ-100 | +18 | +0 | +16 | 83.33n | 2.09 |
| A+ | Nova Fund | +29 | +6 | +14 | 143.18n | 3.54 |
| | **–S–T–U–** | | | | | |
| | **Schwab Funds** | | | | | |
| | $332 bil 800-345-2550 | | | | | |
| A+ | Core Eqty | +22 | +4 | +10 | 24.49n | 0.43 |
| A+ | Div Eq | +16 | +9 | +7 | 16.41n | 0.07 |
| A- | Fdm Itl LCI | +11 | +6 | +8 | 11.65n | 0.21 |
| A+ | Fdm US LCI | +16 | +7 | +12 | 28.27n | 0.38 |
| B+ | FdmUSSmCoI | +9 | +10 | +9 | 18.06n | 0.32 |
| A+ | Intl Idx | +12 | +6 | +7 | 25.35n | 0.54 |
| A+ | Lg-Cap Gro | +23 | +2 | +14 | 34.10n | 0.75 |
| A- | MktTrk Al E | +16 | +9 | +9 | 25.32n | 0.43 |
| A+ | S&P 500 Idx | +21 | +5 | +13 | 88.44n | 1.48 |
| C- | SC Idx | +12 | +8 | +8 | 36.50n | 0.75 |
| A+ | Sm-Cap Eq | +13 | +10 | +9 | 22.65n | 0.45 |
| A- | Tot Stk Mkt | +20 | +5 | +12 | 96.94n | 1.66 |
| A | 1000 Index | +20 | +5 | +12 | 123.08n | 2.09 |
| D- | TRSInflPSI | +5 | +4 | +1 | 10.57n | 0.03 |
| | **SEI Inst F** | | | | | |
| | $22.5 bil 800-858-7233 | | | | | |
| E | CoreFxdInc | +5 | +5 | -1.0 | 9.85 | 0.00 |
| A | Lg Cap Gro | +24 | +3 | +13 | 48.97 | 1.01 |
| A | Lg Cap Val | +14 | +7 | +8 | 27.69 | 0.29 |
| A+ | S&P 500 | +21 | +5 | +12 | 102.17 | 1.71 |
| A | Tx-Mgd LgCp | +15 | +5 | +10 | 38.53 | 0.54 |
| A | USMgdVltIty | +16 | +9 | +6 | 16.13 | 0.10 |
| | **SEI Inst Intl F** | | | | | |
| | $22.5 bil 800-858-7233 | | | | | |
| B- | Intl Eq | +13 | +6 | +7 | 13.15 | 0.19 |
| | **Selected Funds** | | | | | |
| | $1.8 bil 800-243-1575 | | | | | |
| A- | AmericanShs | +18 | +3 | +10 | 42.17n | 0.90 |
| | **Shelton Funds** | | | | | |
| | $1.3 bil 800-955-9988 | | | | | |
| A+ | Eqty Income | +15 | +5 | +7 | 17.72n | 0.21 |
| A+ | S&P 500 Id | +21 | +5 | +12 | 81.16n | 1.36 |
| | **Sit Funds** | | | | | |
| | $1.5 bil 800-332-5580 | | | | | |
| A | DividendGro | +17 | +5 | +10 | 17.39 | 0.21 |
| A | LargeCapGro | +20 | +2 | +14 | 75.63n | 1.59 |
| | **SmeadFds** | | | | | |
| | $5.0 bil 877-807-4122 | | | | | |
| A+ | Value | +13 | +7 | +12 | 85.77 | 1.40 |
| | **Spirit of America** | | | | | |
| | $492 mil 800-452-4892 | | | | | |
| A+ | Energy | +15 | +3 | +5 | 12.59 | 0.07 |
| | **Sprott Funds Trust** | | | | | |
| | $595 mil 800-940-4653 | | | | | |
| A- | Gold Equity | +32 | +17 | +4 | 56.44n | 0.66 |
| | **SSgA Funds** | | | | | |
| | $1.6 bil 800-997-7327 | | | | | |
| A+ | SSS&P500Ind | +21 | +5 | +12 | 270.83n | 4.55 |
| | **State Street Institu** | | | | | |
| | $1.0 bil 800-242-0134 | | | | | |
| A+ | US Equity | +23 | +4 | +13 | 13.82 | 0.23 |
| | **TCW Funds** | | | | | |
| | $5.2 bil 800-248-4486 | | | | | |
| D- | EmMktsIncom | +9 | +6 | -1.0 | 6.77n | 0.03 |
| A+ | RelativeVal | +18 | +6 | +10 | 16.49n | 0.22 |
| | **Third Avenue** | | | | | |
| | $1.3 bil 800-443-1021 | | | | | |
| A+ | Value | +7 | +0 | +15 | 69.21 | 1.32 |
| | **Thivent Funds A** | | | | | |
| | $7.0 bil 800-847-4836 | | | | | |
| A- | LC Gro | +24 | +4 | +13 | 18.56 | 0.44 |
| | **Thivent Funds S** | | | | | |
| | $6.0 bil 800-847-4836 | | | | | |
| A | LC Val | +13 | +5 | +10 | 31.41n | 0.33 |
| C+ | MC Stk | +10 | +6 | +10 | 37.69n | 0.60 |
| | **Thornburg Fds** | | | | | |
| | $16.7 bil 800-847-0200 | | | | | |
| A+ | Inc Bldr | +16 | +6 | +6 | 26.84 | 0.16 |
| C- | Ltd Inc | +6 | +4 | +1 | 13.16 | 0.01 |
| D+ | Ltd Muni | +2 | +2 | +1 | 13.68 | -0.01 |
| | **TIAACREF Inst** | | | | | |
| | $153 bil 877-518-9161 | | | | | |
| E | Bond Indx | +5 | +5 | -1.0 | 9.92 | 0.01 |
| D- | Core Bond | +6 | +5 | 0 | 9.42 | 0.00 |
| A | Eq Idx | +20 | +5 | +12 | 40.31 | 0.69 |
| C | Intl Eq | +12 | +4 | +8 | 14.56 | 0.34 |
| B | Itl Eq Ix | +12 | +6 | +7 | 24.59 | 0.52 |
| C+ | LC Id 2020 | +10 | +5 | +5 | 20.45 | 0.18 |
| C+ | LC Id 2025 | +11 | +5 | +5 | 22.88 | 0.22 |
| B | LC Id 2035 | +13 | +5 | +7 | 27.87 | 0.35 |
| B+ | LC Id 2040 | +14 | +5 | +8 | 30.21 | 0.44 |
| B+ | LC Id 2045 | +15 | +5 | +9 | 31.73 | 0.51 |
| A+ | LCG Idx | +24 | +2 | +15 | 64.09 | 1.49 |
| A | LCV Idx | +16 | +8 | +8 | 26.63 | 0.27 |
| A+ | LCV | +16 | +6 | +10 | 23.23 | 0.25 |
| B | Lfcy 2040 | +14 | +4 | +7 | 11.58 | 0.17 |
| A | MCV | +15 | +7 | +7 | 18.97 | 0.29 |
| A- | Qnt SCE | +17 | +11 | +9 | 20.50 | 0.46 |
| D | Real Est | +13 | +18 | +3 | 19.55 | -0.01 |
| A+ | S&P500 Idx | +21 | +5 | +13 | 62.96 | 1.05 |
| C- | SCB Idx | +12 | +12 | +7 | 25.49 | 0.53 |
| A | Soc Ch Eq | +18 | +5 | +11 | 30.40 | 0.50 |
| | **TIAACREF Retail** | | | | | |
| | $9.3 bil 877-518-9161 | | | | | |
| A+ | Gro & Inc | +26 | +5 | +11 | 27.74 | 0.46 |
| | **Tocqueville Funds** | | | | | |
| | $485 mil 800-697-3863 | | | | | |
| A | Tocq Fd | +17 | +3 | +10 | 49.04n | 0.83 |
| | **Torray Fund** | | | | | |
| | $349 mil 855-753-8174 | | | | | |
| A+ | Fund | +18 | +5 | +8 | 57.69n | 0.76 |
| | **Tortoise Capital** | | | | | |
| | $3.2 bil 855-822-3863 | | | | | |
| A+ | MLP&EnInc | +16 | +5 | +9 | 8.47 | 0.03 |
| A+ | MLP&Pipe | +28 | +10 | +10 | 17.50 | -0.03 |
| | **Touchstone Family Fd** | | | | | |
| | $7.9 bil 800-543-0407 | | | | | |
| A- | Focused | +16 | +6 | +13 | 73.22 | 1.30 |
| A | SmCap | +9 | +9 | +9 | 15.45 | 0.24 |
| | **Touchstone Funds Gro** | | | | | |
| | $4.7 bil 800-543-0407 | | | | | |
| A | Mid Cap | +10 | +8 | +8 | 57.48 | 1.01 |
| | **Touchstone Strategic** | | | | | |
| | $2.5 bil 800-543-0407 | | | | | |
| A | Lrg Cp Foc | +17 | +6 | +11 | 69.55 | 1.22 |
| A+ | Value | +17 | +8 | +9 | 12.66 | 0.17 |
| | **Transamerica A** | | | | | |
| | $5.0 bil 888-233-4339 | | | | | |
| A- | Sm/Md Cap V | +10 | +8 | +7 | 29.81 | 0.34 |
| | **Trust for Professional Manager** | | | | | |
| | $9.0 bil 866-273-7223 | | | | | |
| A+ | Rock Qlt LC | +16 | +5 | +11 | 24.07 | 0.18 |
| D | TrStratBond | +6 | +4 | 0 | 20.29 | -0.04 |
| | **Tweedy Browne Fds** | | | | | |
| | $6.6 bil 800-432-4789 | | | | | |
| B+ | Intl Val | +8 | +1 | +5 | 29.47n | 0.38 |
| A- | Value | +7 | +2 | +6 | 19.87n | 0.26 |
| | **Ultimus** | | | | | |
| | $1.2 bil 888-884-8099 | | | | | |
| A | US Val Eqty | +16 | +10 | +12 | 26.59 | 0.47 |
| A- | Qual Val | +12 | +6 | +7 | 14.69 | 0.12 |
| | **UM Funds** | | | | | |
| | $3.7 bil 800-480-4111 | | | | | |
| A+ | Beh Val | +12 | +11 | +11 | 89.07 | 1.34 |
| | **USAA Aggressive Gr** | | | | | |
| | $71.5 bil 800-235-8396 | | | | | |
| A- | AggressiveG | +25 | +1 | +12 | 65.69n | 1.55 |
| | **USAA Glbl Mgd Vol** | | | | | |
| | $71.5 bil 800-235-8396 | | | | | |
| A- | GlblMgdVol | +16 | +5 | +8 | 11.61 | 0.18 |
| | **USAA Group** | | | | | |
| | $71.5 bil 800-235-8396 | | | | | |
| A+ | 500 Index | +21 | +5 | +13 | 72.87n | 1.23 |
| A | CapitalGrow | +19 | +5 | +10 | 14.44n | 0.28 |
| A- | Cornerstone | +16 | +5 | +8 | 18.15n | 0.32 |
| C+ | Cornerstone | +11 | +4 | +5 | 28.62n | 0.34 |
| A | Growth&Inc | +20 | +5 | +10 | 27.73n | 0.42 |
| A | Growth | +23 | +3 | +12 | 39.41n | 0.91 |
| A+ | IncomeStock | +16 | +7 | +9 | 21.06n | 0.23 |
| A | NASDAQ-100I | +18 | +1 | +17 | 49.79n | 1.25 |
| A | PrecMet&Min | +27 | +17 | +5 | 21.59n | 0.26 |
| A- | SustainWorl | +19 | +5 | +9 | 31.76n | 0.65 |
| D | Tax-ExInt-T | +3 | +2 | +2 | 12.72n | -0.01 |
| A+ | Value | +17 | +7 | +9 | 21.37n | 0.27 |
| | **USAA Income** | | | | | |
| | $71.5 bil 800-235-8396 | | | | | |
| D- | Income | +6 | +5 | 0 | 11.87 | 0.01 |
| | **USAA IntmTerm Bd** | | | | | |
| | $71.5 bil 800-235-8396 | | | | | |
| D | Intm-TermBd | +6 | +5 | +1 | 9.46 | 0.00 |
| | **–V–W–X–** | | | | | |
| | **Value Line Funds** | | | | | |
| | $2.4 bil 800-243-2729 | | | | | |
| A+ | LineMdCpFoc | +15 | +9 | +10 | 37.13n | 0.51 |
| A | LineSelGro | +16 | +8 | +10 | 39.68n | 0.40 |
| | **VanEck Funds** | | | | | |
| | $1.2 bil 800-544-4653 | | | | | |
| A | Intl Gold | +26 | +16 | +4 | 12.73 | 0.21 |
| | **Vanguard Funds Adm** | | | | | |
| | $2496 bil 800-662-2739 | | | | | |
| A+ | 500 Idx | +21 | +5 | +13 | 528.73n | 8.85 |
| B | Bal Idx | +14 | +5 | +7 | 49.95n | 0.53 |
| D+ | CA Intm-Trm | +3 | +2 | +1 | 11.53n | -0.01 |
| D | CA Lng-Trm | +3 | +3 | +2 | 11.66n | -0.01 |
| B+ | Cap Opp | +13 | +1 | +12 | 202.61n | 3.86 |
| A | Cnsmr Stp | +16 | +7 | +8 | 107.51n | -0.46 |
| B- | Dev Mkt | +11 | +6 | +7 | 16.90n | 0.34 |
| A+ | Div A I | +17 | +7 | +10 | 53.69n | 0.57 |
| D- | EM St I | +11 | +3 | +4 | 37.81n | 0.76 |
| A+ | Energy Idx | +8 | -1 | +12 | 62.14n | 0.80 |
| A+ | Energy | +14 | +5 | +6 | 95.71n | 0.26 |
| A+ | Equity Inc | +15 | +7 | +9 | 95.52n | 1.01 |
| B | Euro S | +13 | +5 | +7 | 88.96n | 1.69 |
| D+ | Explorer | +11 | +8 | +9 | 114.98n | 2.04 |
| D+ | Ext MI | +12 | +10 | +8 | 138.78n | 2.75 |
| A | Finl Indx | +22 | +11 | +10 | 55.71n | 0.73 |
| C+ | FTSE xUS | +12 | +6 | +6 | 38.58n | 0.78 |
| A- | Gl Min Vol | +15 | +6 | +5 | 32.45n | 0.15 |
| D- | GNMA | +4 | +5 | 0 | 9.51n | 0.01 |
| A+ | Gro & Inc | +21 | +4 | +12 | 108.92n | 1.88 |
| A | Gro Idx | +23 | +2 | +15 | 196.64n | 4.63 |
| A- | Health Care | +15 | +8 | +10 | 98.38n | 0.64 |
| D | Hi Yld TxEx | +4 | +2 | +2 | 10.88n | -0.01 |
| B | Hlth Cr Idx | +15 | +8 | +10 | 143.22n | 0.69 |
| C+ | HY Corp | +7 | +5 | +2 | 5.53n | 0.01 |
| A+ | Indus Idx | +18 | +9 | +11 | 132.44n | 2.51 |
| D- | Infl-Prot | +5 | +4 | +1 | 23.90n | 0.07 |
| A+ | InfoTch Idx | +20 | +0 | +19 | 296.86n | 8.66 |
| D- | Int Trs | +5 | +5 | 0 | 20.46n | 0.01 |
| D- | Int-T B | +5 | +5 | 0 | 10.62n | 0.00 |
| D | Int-Tm Inv | +6 | +6 | 0 | 8.94n | 0.01 |
| D- | Int-Tm Trs | +5 | +5 | 0 | 10.17n | 0.00 |
| D+ | Int-Tm TxEx | +3 | +2 | +2 | 13.80n | -0.01 |
| E | Intl Gro | +13 | +4 | +8 | 115.37n | 3.01 |
| A+ | Lg-Cp I | +21 | +5 | +13 | 132.27n | 2.24 |
| E | Lg-Tm Inv | +5 | +7 | -2.0 | 8.25n | 0.00 |
| E | Lg-Tm Trs | +4 | +7 | -4.0 | 8.82n | -0.03 |
| D | Lg-Tm Tx-Ex | +3 | +2 | +2 | 11.05n | -0.02 |
| C- | Ltd-Tm TxEx | +3 | +2 | +2 | 10.94n | -0.01 |
| D | MC G I | +10 | +4 | +8 | 103.56n | 1.77 |
| A | MC V I | +16 | +11 | +9 | 86.54n | 0.83 |
| B- | Md-Cp I | +13 | +8 | +9 | 324.40n | 4.18 |
| A- | Mtrls Idx | +11 | +7 | +10 | 106.17n | 1.89 |
| D | NJ Lng-Trm | +3 | +2 | +2 | 11.56n | -0.01 |
| D | NY Lng-Trm | +3 | +2 | +2 | 11.05n | -0.01 |
| D | PA Lng-Trm | +3 | +2 | +2 | 10.97n | -0.01 |
| D+ | Pac Stk | +9 | +7 | +5 | 96.80n | 2.21 |
| A | PRIMECAP | +15 | +1 | +12 | 179.94n | 3.30 |
| D+ | RE Idx | +13 | +19 | +3 | 139.11n | 0.04 |
| B- | S-C Id | +12 | +10 | +8 | 113.90n | 1.96 |
| E | SC G Id | +11 | +8 | +6 | 94.00n | 1.69 |
| A | SC V I | +13 | +11 | +9 | 86.60n | 1.44 |
| D+ | Sh-Tm B | +5 | +3 | +1 | 10.31n | 0.00 |
| D+ | Sh-Tm Fed | +5 | +3 | +1 | 10.30n | 0.01 |
| C- | Sh-Tm Inv | +5 | +4 | +1 | 10.47n | 0.00 |
| D+ | Sh-Tm Trs | +4 | +3 | 0 | 9.98n | 0.01 |
| C- | Sh-Tm Tx-Ex | +3 | +2 | +2 | 15.84n | -0.01 |
| C- | ST Corp Bd | +5 | +4 | +1 | 21.62n | 0.02 |
| C | ST IPSI | +5 | +3 | +2 | 24.73n | 0.06 |
| D+ | ST Trs | +4 | +3 | +1 | 19.69n | 0.01 |
| B | TM Bal | +11 | +4 | +7 | 45.19n | 0.37 |
| A | TM Cp App | +20 | +5 | +12 | 294.18n | 5.06 |
| B- | TM SmCp | +10 | +12 | +8 | 95.73n | 1.92 |
| E | Tot Bd | +5 | +5 | 0 | 9.91n | 0.00 |
| D- | Tot Intl BI | +3 | +3 | -1.0 | 20.06n | 0.00 |
| A | TSM Idx | +20 | +5 | +12 | 137.30n | 2.33 |
| C- | US Growth | +23 | +4 | +12 | 181.15n | 4.43 |
| A | Util Indx | +25 | +13 | +5 | 84.62n | -0.46 |
| A+ | Val Idx | +18 | +8 | +10 | 67.82n | 0.60 |
| C | Wellesley | +9 | +6 | +3 | 64.45n | 0.30 |
| B+ | Wellington | +13 | +4 | +7 | 80.06n | 0.91 |
| A | Windsor II | +16 | +5 | +12 | 87.27n | 1.32 |
| A+ | Windsor | +11 | +7 | +11 | 79.61n | 0.97 |
| | **Vanguard Funds Ins** | | | | | |
| | $992 bil 800-662-7447 | | | | | |
| A+ | Rus 1000 Gl | +24 | +2 | +15 | 739.06 | 17.1 |
| A | Rus 1000 Id | +20 | +5 | +12 | 501.64 | 8.48 |
| A | Rus 1000 Vl | +16 | +8 | +9 | 324.17 | 3.26 |
| A | Rus 3000 Id | +20 | +5 | +12 | 489.52 | 8.37 |
| | **Vanguard Funds InsP** | | | | | |
| | $992 bil 800-662-2739 | | | | | |
| A+ | Instl Indx | +21 | +5 | +13 | 471.52 | 7.90 |
| | **Vanguard Funds Inst** | | | | | |
| | $992 bil 800-662-7447 | | | | | |
| A | FTSE Soc | +21 | +4 | +13 | 39.12 | 0.72 |
| E | LT Trs | +3 | +7 | -4.0 | 26.51 | -0.06 |
| A+ | Mega Cap | +22 | +4 | +13 | 405.35 | 7.17 |
| A- | S&P MC400 | +14 | +7 | +10 | 422.82 | 7.18 |
| B- | S&P SC600 | +10 | +12 | +8 | 437.70 | 8.74 |
| A- | T Wld Stk | +17 | +5 | +10 | 242.48 | 4.40 |
| E | Tot Bd II | +5 | +5 | -1.0 | 9.79 | 0.01 |
| | **Vanguard Funds InstP** | | | | | |
| | $992 bil 800-662-2739 | | | | | |
| A | Ins T StMk | +20 | +5 | +12 | 97.78 | 1.67 |
| | **Vanguard Funds Inv** | | | | | |
| | $1533 bil 800-662-2739 | | | | | |
| A- | Div Eqty | +18 | +5 | +11 | 51.69n | 0.95 |
| A | Div Gro | +14 | +8 | +9 | 41.54n | 0.23 |
| A- | Explorer Va | +14 | +11 | +8 | 48.93n | 0.90 |
| A+ | Gl Cap Cyc | +11 | +4 | +12 | 13.56n | 0.24 |
| C+ | Glbl Eqty | +15 | +6 | +8 | 37.57n | 0.81 |
| B- | Intl Val | +8 | +5 | +6 | 43.79n | 0.84 |
| C- | LS Cons Gro | +9 | +5 | +3 | 21.94n | 0.17 |
| B | LS Growth | +14 | +5 | +7 | 46.73n | 0.69 |
| D | LS Income | +7 | +5 | +1 | 15.95n | 0.07 |
| C+ | LS Mod Gro | +11 | +5 | +5 | 33.56n | 0.38 |
| D | MA Tax-Ex | +3 | +2 | +1 | 10.31n | -0.02 |
| D- | Mid-CapGrth | +14 | +9 | +6 | 26.46n | 0.54 |
| A+ | Mkt Neut | +9 | +5 | | 14.39n | 0.06 |
| A | PrmCp Cre | +14 | +1 | +11 | 36.23n | 0.66 |
| A+ | Sel Value | +11 | +10 | +10 | 32.11n | 0.55 |
| C | STAR | +11 | +5 | +6 | 29.56n | 0.36 |
| A | Str SC Eq | +15 | +12 | +11 | 42.94n | 0.90 |
| A | Strat Eqty | +16 | +10 | +10 | 39.87n | 0.72 |
| C- | Tgt Ret Inc | +8 | +5 | +3 | 13.88n | 0.09 |
| C | Tgt Ret2020 | +9 | +5 | +4 | 29.30n | 0.22 |
| C+ | Tgt Ret2025 | +11 | +5 | +5 | 20.33n | 0.20 |
| B- | Tgt Ret2030 | +12 | +5 | +6 | 39.65n | 0.46 |
| B- | Tgt Ret2035 | +13 | +5 | +7 | 24.93n | 0.32 |
| B | Tgt Ret2040 | +14 | +5 | +7 | 44.64n | 0.63 |
| B | Tgt Ret2045 | +14 | +5 | +8 | 30.52n | 0.47 |
| B+ | Tgt Ret2050 | +15 | +5 | +9 | 51.15n | 0.84 |
| B+ | Tgt Ret2055 | +15 | +5 | +9 | 57.09n | 0.94 |
| B+ | Tgt Ret2060 | +15 | +5 | +9 | 52.60n | 0.87 |
| C | TotIntlStk | +11 | +6 | +6 | 20.49 | 0.41 |
| | **Victory Funds** | | | | | |
| | $13.7 bil 800-539-3863 | | | | | |
| A+ | Dvsd Stock | +22 | +5 | +11 | 23.30 | 0.51 |
| A | RS Growth | +26 | +2 | +11 | 31.08 | 0.78 |
| A+ | RSLgCpAlpha | +21 | +7 | +8 | 65.16 | 0.81 |
| | **Victory:Estab Val** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A+ | Estab Val | +14 | +9 | +11 | 52.67 | 0.75 |
| | **Victory:Global En Tran** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A+ | GlobalEnTra | +13 | +3 | +26 | 31.85 | 0.73 |
| | **Victory:Integ SMCV** | | | | | |
| | $22.7 bil 800-235-8396 | | | | | |
| A | Integ SMCV | +11 | +8 | +10 | 24.09 | 0.43 |
| | **Victory:Integrity SCV** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A | IntegritySC | +7 | +9 | +9 | 37.78 | 0.72 |
| | **Victory:RS Global** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A | RS Global | +21 | +6 | +12 | 24.65 | 0.53 |
| | **Victory:RS Partners** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A+ | RS Partners | +17 | +14 | +10 | 33.18 | 0.62 |
| | **Victory:Sm Co Opp** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| A- | Sm Co Opp | +5 | +8 | +8 | 50.90 | 0.79 |
| | **VictoryII:Mkt Neu I** | | | | | |
| | $22.7 bil 800-539-3863 | | | | | |
| C+ | Mkt Neu I | +0 | +1 | | 8.50 | -0.02 |
| | **Virtus Equity Trust** | | | | | |
| | $3.5 bil 800-243-1574 | | | | | |
| E | KAR Sm-Cp G | +10 | +16 | +5 | 36.62 | 0.79 |
| | **VirtusFunds** | | | | | |
| | $5.5 bil 800-243-1574 | | | | | |
| A+ | Silvant FG | +28 | +1 | +14 | 84.78 | 1.85 |
| | **VirtusFunds Cl I** | | | | | |
| | $8.5 bil 800-243-1574 | | | | | |
| A+ | KAR SmCp Cr | +15 | +12 | +12 | 59.92 | 1.40 |
| C | NwfleetMSST | +6 | +3 | +1 | 4.58 | 0.01 |
| | **Voya Fds** | | | | | |
| | $7.3 bil 800-992-0180 | | | | | |
| A- | GlHiDivLwVo | +15 | +9 | +6 | 46.59 | 0.31 |
| D- | Intmdt Bd | +6 | +5 | 0 | 9.01 | 0.00 |
| A- | Large-CapGr | +24 | +1 | +11 | 57.74 | 1.31 |
| | **Wasatch** | | | | | |
| | $5.6 bil 800-551-1700 | | | | | |
| C | Core Gro | +13 | +12 | +10 | 97.10n | 2.01 |
| A | Sm Cap Val | +16 | +11 | +10 | 11.87n | 0.26 |
| | **WCM Focus Funds** | | | | | |
| | $18.8 bil 888-988-9801 | | | | | |
| D- | FocusedItlG | +17 | +5 | +8 | 26.53 | 0.62 |
| | **Weitz Funds** | | | | | |
| | $5.4 bil 888-859-0698 | | | | | |
| D+ | CorePlusInc | +6 | +4 | +1 | 9.93 | 0.00 |
| | **Western Asset** | | | | | |
| | $48.0 bil 877-721-1926 | | | | | |
| E | Core Bond | +5 | +5 | -1.0 | 10.97 | 0.00 |
| E | CorePlusBon | +4 | +5 | -1.0 | 9.62 | 0.00 |
| D | ManagedMuni | +3 | +2 | +1 | 15.25 | -0.02 |
| E | SMAShSeries | -1 | +3 | -4.0 | 6.00n | 0.02 |
| | **Westwood Quality Sma** | | | | | |
| | $518 mil 877-386-3944 | | | | | |
| A- | Qualty SC | +10 | +13 | +8 | 22.44 | 0.39 |
| | **Wilmington Funds** | | | | | |
| | $15.0 bil 800-836-2211 | | | | | |
| A | LC Str | +20 | +5 | +12 | 32.77 | 0.56 |
| | **Wilshire Funds** | | | | | |
| | $525 mil 866-591-1568 | | | | | |
| A | 5000 Index | +19 | +5 | +11 | 32.60 | 0.55 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities that purchased or otherwise acquired publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF," between February 28, 2019 and September 7, 2021, both dates inclusive, and were damaged thereby (the "U.S. Settlement Class"):[1]**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that the above-captioned litigation (the "U.S. Action") has been certified as a class action on behalf of the U.S. Settlement Class, except for certain persons and entities who are excluded from the U.S. Settlement Class by definition as set forth in the full Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "U.S. Notice").

YOU ARE ALSO NOTIFIED that the U.S. Lead Plaintiff in the Action has reached a proposed settlement of the U.S. Action for $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash (the "U.S. Settlement"), that, if approved, will resolve all claims in the U.S. Action. A related lawsuit against ReconAfrica in Canada is also being settled (the "Canadian Settlement"). These two settlements are part of a global settlement that is contingent upon the U.S. Settlement being approved by the U.S. Court, and the Canadian Settlement being approved by the Canadian Court.

A hearing will be held on December 19, 2024 at 10:30 a.m., before the Honorable Nina R. Morrison in Courtroom 6E North, at the United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, to determine (i) whether the proposed U.S. Settlement should be approved as fair, reasonable, and adequate; (ii) whether the U.S. Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the U.S. Notice) should be granted; (iii) whether the proposed U.S. Plan of Allocation should be approved as fair and reasonable; and (iv) whether U.S. Lead Counsel's application for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses should be approved.

**If you are a member of the U.S. Settlement Class, your rights will be affected by the U.S. Settlement, and you may be entitled to share in the U.S. Settlement Fund.** The U.S. Notice and U.S. Proof of Claim and Release Form ("U.S. Claim Form"), can be downloaded from the website maintained by the U.S. Claims Administrator, www.ReconAfricaUSSecuritiesSettlement.com. You may also obtain copies of the U.S. Notice and U.S. Claim Form by contacting the U.S. Claims Administrator at *In re Reconnaissance Energy Africa Ltd. Securities Litigation*, c/o Epiq, P.O. Box 6929, Portland, OR 97228-6929, 1-888-285-0673.

If you are a member of the U.S. Settlement Class, in order to be eligible to receive a payment under the proposed U.S. Settlement, you must submit a U.S. Claim Form *postmarked* or online no later than **January 9, 2025**. If you are a U.S. Settlement Class Member and do not submit a proper U.S. Claim Form, you will not be eligible to share in the distribution of the net proceeds of the U.S. Settlement, but you will nevertheless be bound by any judgments or orders entered by the U.S. Court in the U.S. Action.

If you are a member of the U.S. Settlement Class and wish to exclude yourself from the U.S. Settlement Class, you must submit a request for exclusion such that it is *received* no later than **November 28, 2024**, in accordance with the instructions set forth in the U.S. Notice. If you properly exclude yourself from the U.S. Settlement Class, you will not be bound by any judgments or orders entered by the U.S. Court in the U.S. Action and you will not be eligible to share in the proceeds of the U.S. Settlement.

Any objections to the proposed U.S. Settlement, the proposed U.S. Plan of Allocation, or U.S. Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the U.S. Court and delivered to U.S. Lead Counsel and Defendants' Counsel such that they are *received* no later than **November 28, 2024**, in accordance with the instructions set forth in the U.S. Notice.

**Please do not contact the U.S. Court, the Clerk's office, ReconAfrica, or its counsel regarding this notice. All questions about this notice, the proposed U.S. Settlement, or your eligibility to participate in the U.S. Settlement should be directed to U.S. Lead Counsel or the U.S. Claims Administrator.**

Inquiries, other than requests for the U.S. Notice and U.S. Claim Form, should be made to U.S. Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Garth Spencer, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
info@glancylaw.com

Requests for the U.S. Notice and U.S. Claim Form should be made to:

*In re Reconnaissance Energy Africa Ltd. Securities Litigation*
c/o Epiq
P.O. Box 6929
Portland, OR 97228-6929
(888) 285-0673
www.ReconAfricaUSSecuritiesSettlement.com

By Order of the Court

[1] All capitalized terms used in this U.S. Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement dated February 26, 2024 (the "Stipulation"), which is available at www.ReconAfricaUSSecuritiesSettlement.com.





Master the Skills to Succeed in Options Trading

Become a better options trader with Investor's Business Daily®, the leader in investing education for nearly 40 years.

These video lessons give you a streamlined options education that you can watch at your own pace on any device.

Learn more at:
Investors.com/OptionsOnline

All IBD Online Courses are now 50% off!

Online Courses BY INVESTOR'S BUSINESS DAILY

© 2024 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.


©2024 Investor's Business Daily, LLC. All rights reserved.

# Glancy Prongay & Murray LLP Announces Pendency of Class Action and Proposed Settlement Involving Purchasers of the Common Stock of Reconnaissance Energy Africa Ltd. or its Predecessor Lund Enterprises Corp., on the U.S. OTC Market

---

NEWS PROVIDED BY
**Glancy Prongay & Murray LLP →**
Sep 23, 2024, 08:00 ET

---

NEW YORK, Sept. 23, 2024 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| IN RE RECONNAISSANCE ENERGY AFRICA LTD. SECURITIES LITIGATION | Case No. 1:21-cv-06176-NRM-RML |
|---|---|

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities that purchased or otherwise acquired publicly traded common stock of Reconnaissance Energy Africa Ltd. ("ReconAfrica"), or its predecessor Lund Enterprises Corp., on the U.S. OTC market under the ticker symbols "RECAF," "LGDOD" and/or "LGDOF," between February 28, 2019 and September 7, 2021, both dates inclusive, and were damaged thereby (the "U.S. Settlement Class"):[1]**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York, that the above-captioned litigation (the "U.S. Action") has been certified as a class action on behalf of the U.S. Settlement Class, except for certain persons and entities who are excluded from the U.S. Settlement Class by definition as set forth in the full Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "U.S. Notice").

YOU ARE ALSO NOTIFIED that the U.S. Lead Plaintiff in the Action has reached a proposed settlement of the U.S. Action for $9,425,000 Canadian dollars (subject to certain exchange rate adjustments) in cash (the "U.S. Settlement"), that, if approved, will resolve all claims in the U.S. Action.  A related lawsuit against ReconAfrica in Canada is also being settled (the "Canadian Settlement"). These two settlements are part of a global settlement that is contingent upon the U.S. Settlement being approved by the U.S. Court, and the Canadian Settlement being approved by the Canadian Court.

A hearing will be held on December 19, 2024 at 10:30 a.m., before the Honorable Nina R. Morrison in Courtroom 6E North, at the United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, to determine (i) whether the proposed U.S. Settlement should be approved as fair, reasonable, and adequate; (ii) whether the U.S. Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the U.S. Notice) should be granted; (iii) whether the proposed U.S. Plan of Allocation should be approved as fair and reasonable; and (iv) whether U.S. Lead Counsel's application for an award of attorneys' fees and reimbursement of U.S. Litigation Expenses should be approved.

**If you are a member of the U.S. Settlement Class, your rights will be affected by the U.S. Settlement, and you may be entitled to share in the U.S. Settlement Fund**. The U.S. Notice and U.S. Proof of Claim and Release Form ("U.S. Claim Form"), can be downloaded from the website maintained by the U.S. Claims Administrator, **www.ReconAfricaUSSecuritiesSettlement.com**. You may also obtain copies of the U.S. Notice and U.S. Claim Form by contacting the U.S. Claims Administrator at *In re Reconnaissance Energy Africa Ltd. Securities Litigation*, c/o Epiq, P.O. Box 6929, Portland, OR 97228-6929, 1-888-285-0673.

If you are a member of the U.S. Settlement Class, in order to be eligible to receive a payment under the proposed U.S. Settlement, you must submit a U.S. Claim Form *postmarked* or online no later than **January 9, 2025**. If you are a U.S. Settlement Class Member and do not submit a proper U.S. Claim Form, you will not be eligible to share in the distribution of the net proceeds of the U.S. Settlement, but you will nevertheless be bound by any judgments or orders entered by the U.S. Court in the U.S. Action.

If you are a member of the U.S. Settlement Class and wish to exclude yourself from the U.S. Settlement Class, you must submit a request for exclusion such that it is *received* no later than **November 28, 2024**, in accordance with the instructions set forth in the U.S. Notice. If you properly exclude yourself from the U.S. Settlement Class, you will not be bound by any judgments or orders entered by the U.S. Court in the U.S. Action and you will not be eligible to share in the proceeds of the U.S. Settlement.

Any objections to the proposed U.S. Settlement, the proposed U.S. Plan of Allocation, or U.S. Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the U.S. Court and delivered to U.S. Lead Counsel and Defendants' Counsel such that they are *received* no later than **November 28, 2024**, in accordance with the instructions set forth in the U.S. Notice.

**Please do not contact the U.S. Court, the Clerk's office, ReconAfrica, or its counsel regarding this notice. All questions about this notice, the proposed U.S. Settlement, or your eligibility to participate in the U.S. Settlement should be directed to U.S. Lead Counsel or the U.S. Claims Administrator.**

Inquiries, other than requests for the U.S. Notice and U.S. Claim Form, should be made to U.S. Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Garth Spencer, Esq.
1925 Century Park East, Suite 2100

Los Angeles, CA 90067

(310) 201-9150

**info@glancylaw.com**

Requests for the U.S. Notice and U.S. Claim Form should be made to:

*In re Reconnaissance Energy Africa Ltd. Securities Litigation*

c/o Epiq

P.O. Box 6929

Portland, OR 97228-6929

(888) 285-0673

**www.ReconAfricaUSSecuritiesSettlement.com**

By Order of the Court

[1] All capitalized terms used in this U.S. Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Global Stipulation and Agreement of Settlement dated February 26, 2024 (the "Stipulation"), which is available at www.ReconAfricaUSSecuritiesSettlement.com.

URL: **www.ReconAfricaUSSecuritiesSettlement.com**

SOURCE Glancy Prongay & Murray LLP

WANT YOUR COMPANY'S NEWS

**FEATURED ON PRNEWSWIRE.COM?**

**GET STARTED**