# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE RECONNAISSANCE ENERGY
AFRICA LTD. SECURITIES
LITIGATION

Case No. 1:21-cv-06176-NRM-RML

Honorable Nina R. Morrison

**DECLARATION OF U.S. LEAD PLAINTIFF ROBERT PARTOVY IN SUPPORT OF:**
**(1) U.S. LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION**
**SETTLEMENT AND PLAN OF ALLOCATION; AND (2) U.S. LEAD COUNSEL'S**
**MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF**
**<u>LITIGATION EXPENSES</u>**

I, Robert Partovy, declare as follows:

1.      I am the Court-appointed lead plaintiff ("U.S. Lead Plaintiff") in the above-captioned securities class action (the "U.S. Action").[1]  I respectfully submit this declaration in support of: (a) U.S. Lead Plaintiff's motion for final approval of the proposed U.S. Settlement and approval of the proposed U.S. Plan of Allocation; and (b) U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the U.S. Settlement Class in the prosecution of this U.S. Action.

2.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4.  I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the U.S. Action, as well as the negotiations leading to the U.S. Settlement, and I could and would testify competently to these matters.

## I.      U.S. LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.      By Order dated March 1, 2022, the Court: (a) appointed me to serve as lead plaintiff in this action; and (b) approved my selection of Glancy Prongay & Murray LLP ("GPM" or "U.S. Lead Counsel") to serve as lead counsel.  *See* ECF No. 20 (Stipulation Consolidating the Related Actions, Appointing Robert Partovy as Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel), and March 1, 2022 docket entry granting Stipulation.

4.      In fulfillment of my responsibilities as a lead plaintiff, I have worked closely with U.S. Lead Counsel regarding the litigation and resolution of this case.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Global Stipulation and Agreement of Settlement dated February 27, 2024.  ECF No. 55-1.

5.      Throughout the litigation, I communicated with U.S. Lead Counsel about case developments, and participated in discussions concerning the prosecution of the U.S. Action, the strengths of and risks to the claims, and potential settlement.  In particular, I: (a) produced my trading records to my attorneys at GPM; (b) moved to be appointed lead plaintiff in this action; (c) communicated with GPM attorneys regarding the posture and progress of the case; (d) reviewed significant pleadings and briefs filed in this action; (e) reviewed significant Court orders and discussed them with attorneys at GPM; (f) provided documents, and written responses and objections, to Defendants' requests for the production of documents; (g) responded to interrogatories; (h) consulted with GPM attorneys regarding the settlement negotiations; and (k) evaluated and approved the proposed U.S. Settlement.

6.      In short, I have done my best to vigorously promote the interests of the U.S. Settlement Class and to obtain the largest recovery possible under the circumstances.

## II.      APPROVAL OF THE SETTLEMENT

7.      As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this action.

8.      Based on my involvement in the prosecution and resolution of the claims asserted in the U.S. Action, I believe that the proposed U.S. Settlement provides a fair, reasonable, and adequate recovery for the U.S. Settlement Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the U.S. Settlement by the Court.

2

### III.    U.S. LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

#### A.    Attorneys' Fees And Litigation Expenses

9.      I believe U.S. Lead Counsel's request for an award of attorneys' fees in the amount of 33⅓% of the U.S. Settlement Fund is fair and reasonable in light of the work U.S. Lead Counsel performed on behalf of the U.S. Settlement Class.

10.      I have evaluated U.S. Lead Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the U.S. Settlement Class, and the risks U.S. Lead Counsel bore in prosecuting this action on behalf of myself and the U.S. Settlement Class on a fully contingent basis, which included the fronting of all expenses.  I have authorized this fee request for the Court's ultimate determination.

11.      I further believe the out-of-pocket litigation expenses for which U.S. Lead Counsel has requested reimbursement are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the U.S. Action.  Based on the foregoing, and consistent with my obligation to the U.S. Settlement Class to obtain the best result at the most efficient cost, I fully support U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

#### B.    U.S. Lead Plaintiff's Litigation-Related Costs And Expenses

12.      I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4).  For this reason, in connection with U.S. Lead Counsel's request for reimbursement of U.S. Litigation Expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the U.S. Settlement Class in the U.S. Action.

3

13.     I have been a Family Physician for approximately 23 years, and the time I devoted to representing the U.S. Settlement Class in this action was time that I otherwise would have spent at my medical practice, investing, or on other activities and, thus, represented a cost to me. I respectfully request reimbursement in the amount of $12,000 for the time I devoted to participating in this action. I make this request based on the conservative effort that I devoted approximately 25 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort I devoted to this litigation was necessary to help achieve an excellent result for the U.S. Settlement Class under the circumstances.

## IV.     CONCLUSION

14.     In conclusion, I strongly endorse the U.S. Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) U.S. Lead Plaintiff's motion for final approval of the proposed U.S. Settlement and approval of the U.S. Plan of Allocation; (b) U.S. Lead Counsel's motion for an award of attorneys' fees and reimbursement of out-of-pocket litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the U.S. Action on behalf of the U.S. Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___11/6/2024___, in Beverly Hills, California.


_____     _Robert Partovy_____
Robert Partovy

4