# EXHIBIT 6

| Case | Settlement Amount | Fee Award |
|---|---|---|
| In re Initial Pub. Offering Securities Litig., 671 F. Supp. 2d 467, 516 (S.D.N.Y. 2009) | $586,000,000 | 33⅓% |
| In re U.S. Foodservice, Inc. Pricing Litig, No. 07-md-01894, 2014 WL 12862264, at *3 (D.Conn. Dec. 9, 2014) | $297,000,000 | 33⅓% |
| Qsberg v. Foot Locker, Inc., No. 07-cv-1358, ECF No. 423 (S.D.N.Y. June 8, 2018) | $288,479,943 | 33.0% |
| In re Buspirone Antitrust Litig., No. 01-md-01413, ECF No. 171 (S.D.N.Y. Nov. 21, 2003) | $220,000,000 | 33.3% |
| Pearlstein v. BlackBerry Limited, No. 13-cv-07060, 2022 WL 4554858, at *9-*11 (S.D.N.Y. Sep. 29, 2022) | $165,000,000 | 33⅓% |
| Haddock v. Nationwide Life Ins. Co., No. 01-cv-01552, ECF Nos. 598-1, 601 (D. Conn. Apr. 9, 2015) | $140,000,000 | 35.0% |
| Landmen Partners, Inc. v. The Blackstone Grp., L.P., No. 08-cv-03601, 2013 WL 11330936, at *3 (S.D.N.Y. Dec. 18, 2013) | $85,000,000 | 33.33% |
| In re J.P. Morgan Stable Value Fund ERISA Litig., No. 12-cv-02548, 2019 WL 4734396, at *6 (S.D.N.Y. Sept. 23, 2019) | $75,000,000 | 33⅓% |
| In re Nat. Gas Commodities Litig., No. 03-cv-06186 (VM), ECF No. 445  (S.D.N.Y. May 26, 2016) | $72,762,500 | 33⅓% |
| In re JP Morgan Precious Metals Spoofing Litig., No. 18-cv-10356, ECF No. 114 (S.D.N.Y. July 7, 2022) | $60,000,000 | 33.33% |
| Nichols v. Noom, Inc., No. 20-cv-03677, 2022 WL 2705354, at *10 (S.D.N.Y. July 12, 2022) | $56,000,000 | 33.33% |
| In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig., No. 18-md-02819, 2020 WL 6193857, at *5-6 (E.D.N.Y. Oct. 7, 2020) | $51,025,000 | 33⅓% |
| In re Chicago Bridge & Iron Co. N.V. Sec. Litig., No. 17-cv-01580, 2022 WL 3220783, at *1 (S.D.N.Y Aug. 5, 2022) | $44,000,000 | 33⅓% |
| In re Crazy Eddie Sec. Litig., 824 F.Supp. 320, 326 (E.D.N.Y. 1993) | $42,000,000 | 33.8% |
| In re Medical X-Ray Film Antitrust Litig., No. 93-cv-5904, 1998 WL 661515, at *7-8 (E.D.N.Y. Aug. 7, 1998) | $39,360,000 | 33⅓% |
| In re Marsh ERISA Litig., 265 F.R.D. 128, 149, at *9 (S.D.N.Y. 2010) | $35,000,000 | 33⅓% |
| In re Perrigo Company PLC Securities Litig., No. 19-cv-00070 (DLC), ECF No. 331 (S.D.N.Y. Feb. 18, 2022) | $31,900,000 | 33⅓% |
| In re Cnova N.V. Sec. Litig., No. 16-cv-00444, ECF No. 148 (S.D.N.Y. Mar. 20, 2018) | $28,500,000 | 33⅓% |
| In re Nat. Gas Commodities Litig., No. 03-cv-06186 (VM), ECF No. 507  (S.D.N.Y. Jun. 22, 2007) | $28,087,500 | 33⅓% |
| In re Facebook Inc. IPO Sec. and Deriv. Litig., No. 12-md-2389, 2015 WL 6971424 at *9 (S.D.N.Y. Nov. 9, 2015) | $26,500,000 | 33.0% |
| In re Apac Teleservs., Inc. Sec. Litig., No. 97-cv-9145, ECF No. 58 (S.D.N.Y. Dec. 12, 2001) | $21,000,000 | 33⅓% |
| In re XL Fleet Corp. Sec. Litig., 2024 WL 1884483, at *1 (S.D.N.Y. Apr. 30, 2024) | $19,500,000 | 33⅓% |
| In re NYSE Specialists Securities Litig., No. 03-cv-08264, ECF No. 403 (S.D.N.Y. June 10, 2013) | $18,500,000 | 41.1% |
| In re Deutsche Bank AG Sec. Litig., No. 09-cv-01714, 2020 WL 3162980 at *1 (S.D.N.Y. June 11, 2020) | $18,500,000 | 33⅓% |
| Wilson v. LSB Industries, Inc. et al., No. 15-cv-07614, 2019 WL 3542844 at *1 (S.D.N.Y. June 28, 2019) | $18,450,000 | 33⅓% |
| Hawaii Structural Ironworkers Pension Trust Fund v. AMC Entertainment Holdings, Inc., No. 18-cv-00299, ECF No. 230 (S.D.N.Y. Feb. 14, 2022) | $18,000,000 | 33.3% |
| In re Oxycontin Antitrust Litig, No. 04-md-01603, ECF No. 360 (S.D.N.Y. Jan. 25, 2011) | $16,000,000 | 33⅓% |
| Newman v. Caribiner Int'l Inc., No. 99-cv-2271, ECF No. 31 (S.D.N.Y. Oct. 25, 2001) | $15,000,000 | 33⅓% |
| In re Ubiquiti Networks Inc. Securities Litig., No. 18-cv-01620, ECF No. 49 (S.D.N.Y. Mar. 27, 2020) | $15,000,000 | 33⅓% |
| City of Providence v. Aeropostale, Inc., No. 11-cv-7132, 2014 WL 1883494, at *20 (S.D.N.Y. May 9, 2014) | $15,000,000 | 33.0% |
| Merryman v. Citigroup, Inc., No. 15-cv-09185, ECF No. 163 (S.D.N.Y. 2019 July 15, 2019) | $14,750,000 | 33⅓% |
| Gruber v. Gilbertson, No. 16-cv-09727, 2022 WL 17828609, at *19 (S.D.N.Y. Dec. 21, 2022) | $13,950,000 | 33⅓% |
| Nguyen v. NewLink Genetics Corporation, No. 16-cv-03545, ECF No. 132 (S.D.N.Y. Sept. 22, 2021) | $13,500,000 | 33.3% |
| Martinek v. AmTrust Financial Services, Inc., No. 19-cv-08030, ECF No. 112 (S.D.N.Y. Nov. 16, 2022) | $13,000,000 | 33.3% |
| In re Giant Interactive Group, Inc. Securities Litig., 279 F.R.D. 151, 166 (S.D.N.Y. 2011) | $13,000,000 | 33.0% |
| In re Parking Heaters, Antitrust Litig. Direct Purchasers, No. 15-MC-0940, 2019 WL 8137325 (E.D.N.Y. Aug 15, 2019) | $12,200,000 | 33⅓% |
| McIntire v. China Media Express Holdings, Inc., No. 11-cv-00804, ECF No. 263 (S.D.N.Y. Sept. 18, 2015) | $12,000,000 | 33.3% |
| Maley, et al v. Del Global Technology, et al., No. 00-cv-08495, ECF No. 50 (S.D.N.Y. Jan. 29, 2000) | $11,500,000 | 33⅓% |
| Gould v. Winstar Communications, Inc., No. 01-cv-03014, ECF No. 363 (S.D.N.Y. Nov. 13, 2013) | $10,000,000 | 33.3% |
| In re Tenaris S.A. Sec. Litig., 2024 WL 1719632, at *10, 12 (E.D.N.Y. Apr. 22, 2024) | $9,500,000 | 33⅓% |
| Levin v. Resource Capital Corporation, No. 15-cv-07081, ECF No. 95 (S.D.N.Y. Aug. 3, 2018) | $9,500,000 | 33.0% |
| Machniewicz v. Uxin Limited, No. 19-cv-00822, ECF No. 61 (E.D.N.Y. Sept. 8, 2021) | $9,500,000 | 33.3% |
| Khait v. Whirlpool Corp., No. 06-cv-6381, 2010 WL 2025106, at *8 (E.D.N.Y. Jan. 20, 2010) | $9,250,000 | 33.0% |
| Ferraiori v. Triterras, Inc. , No. 20-cv-10795, ECF No. 82 (S.D.N.Y. Sept 8, 2022) | $9,000,000 | 33.3% |
| Hayes v. Harmony Gold Mining Co., No 08-cv-03653, 2011 WL 6019219 at *1 (S.D.N.Y. Dec 2, 2011) | $9,000,000 | 33.3% |
| Beach v. JPMorgan Chase Bank, No. 17-cv-00563-JMF, ECF No. 232 at 2 (S.D.N.Y. Oct. 7, 2020) | $9,000,000 | 33.0% |
| In re PPDAI Group Inc. Sec. Litig., No. 18-cv-06716, 2022 WL 198491 at *16 (E.D.N.Y. Jan 21, 2022) | $9,000,000 | 33⅓% |
| In re Qudian Inc. Sec. Litig., No. 17-cv-09741, 2021 WL 2328437, at *1 (S.D.N.Y. June 8, 2021) | $8,500,000 | 33⅓% |
| Skiadas v. Acer Therapeutics Inc. et al., No. 19-cv-06137 (GHW), ECF No. 136 (S.D.N.Y. Jan. 7, 2022) | $8,350,000 | 33⅓% |
| In re Van der Moolen Holding  N.V. Sec. Litig., No. 03-cv-08284, ECF No. 45 (S.D.N.Y. Dec. 6, 2006) | $8,000,000 | 33⅓% |
| Becher v. Long Island Lighting Co., 64 F.Supp.2d 174, 182, at  *3 (E.D.N.Y. 1999) | $7,750,000 | 33⅓% |
| In re Parking Heaters, Antitrust Litig. Indirect Purchasers, No. 15-MC-0940, 2019 WL 8137325 (E.D.N.Y. Aug 15, 2019) | $7,700,000 | 33⅓% |
| Willix v. Healthfirst, Inc., No. 07-cv-01143, 2011 WL 754862, at *7 (E.D.N.Y. Feb. 18, 2011) | $7,675,000 | 33.0% |
| In re Fuqi Int'l Inc. Sec. Litig., No. 10-cv-02515, 2016 WL 736649, at *2 (S.D.N.Y. Feb. 19, 2016) | $7,500,000 | 33.3% |
| Lea v. TAL Education Group, No. 18-cv-05480, 2021 WL 5578665 at *11 (S.D.N.Y Nov 30, 2021) | $7,500,000 | 33⅓% |
| Guevoura Fund Ltd. v. Sillerman, No. 15-cv-07192, 2019 WL 6889901, at *1 (S.D.N.Y. Dec. 18, 2019) | $7,500,000 | 33⅓% |
| Panther Partners Inc. v. Jianpu Technology Inc. , No. 18-cv-09848, ECF No. 130 (S.D.N.Y. May 12, 2022) | $7,500,000 | 33.3% |
| Swanson v. Interface, Inc. et al, No. 20-cv-05518, ECF No. 91 (E.D.N.Y. Oct. 20, 2023) | $7,500,000 | 33.0% |
| In re Sundial Growers Inc. Sec. Litig.,No. 19-cv-08913, ECF No. 117 (S.D.N.Y. Oct. 6, 2022) | $7,000,000 | 33.3% |
| Zeltser v. Merrill Lynch & Co., Inc., No. 13-cv-01531, 2014 WL 4816134, at *11 (S.D.N.Y. Sept. 23, 2014) | $6,900,000 | 33⅓% |
| In re Austin Capital Management, Ltd., Securities & ERISA Litig., No. 09-md-02075, ECF No. 103 (S.D.N.Y. Oct. 2, 2014) | $6,850,000 | 33⅓% |
| Cohen v. Apache Corp., No. 89-cv-00076, 1993 U.S. Dist. LEXIS 5211, at *1 (S.D.N.Y. Apr. 21, 1993) | $6,750,000 | 33⅓% |
| Guevoura Fund Ltd. v. Robert F.X. Sillerman, No. 15-cv-07192, 2019 WL 6889901, at *1 (S.D.N.Y. Dec. 18, 2019) | $6,750,000 | 33⅓% |
| Fogarazzo v. Lehman Bros. Inc., No. 03-cv-5194, 2011 WL 671745, *4 (S.D.N.Y. Feb. 23, 2011) | $6,750,000 | 33.3% |
| In re Global Brokerage, Inc. Sec. Litig., No. 17-cv-00916, ECF No. 374 (S.D.N.Y. July 7, 2023) | $6,500,000 | 33.3% |
| In re Patriot National, Inc. Securities Litig., No. 17-cv-01866, 2019 WL 5882171, at *1-2 (S.D.N.Y. Nov. 6, 2019) | $6,500,000 | 33.0% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| In re Northern Dynasty Minerals Ltd. Sec. Litig., 2024 WL 308242, at *9, 15 17 (E.D.N.Y. Jan. 26, 2024) | $6,375,000 | 33⅓% |
| Horowitz v. Sunlands Tech. Grp., No. 19-CV-3744 (RML) ECF No. 75 (E.D.N.Y. Oct. 11, 2023) | $6,200,000 | 33⅓% |
| Mo-Kan Iron Workers Pension Fund v. Teligent, Inc. ,No. 19-cv-03354, ECF No. 102 (S.D.N.Y. Dec. 1, 2021) | $6,000,000 | 33.3% |
| Clark v. Ecolab Inc., No. 07-cv-08623, 2010 WL 1948198, at *8-9 (S.D.N.Y. May 11, 2010) | $6,000,000 | 33.0% |
| Piazza v. Nevsun Resources, Ltd., No. 12-cv-01845, ECF No. 55 (S.D.N.Y. Feb 13, 2015) | $5,995,000 | 33⅓% |
| Murphy III v. JBS S.A., No. 17-cv-03084, ECF No. 57 (E.D.N.Y. July 22, 2019) | $5,866,600 | 33.5% |
| Karic v. Major Automotive Companies, Inc., No. 09-cv-05708, 2016 WL 1745037, at *12 (E.D.N.Y. Apr. 27, 2016) | $5,500,000 | 33.3% |
| Li v. Duoyuan Global Water, Inc., No. 10-cv-07233, ECF No. 205 (S.D.N.Y. Feb. 5, 2014) | $5,150,000 | 33.3% |
| Bensley v. Falconstor Software, Inc., No. 10-cv-04572, 2014 WL 12917621, at *10 (E.D.N.Y. Apr. 10, 2014) | $5,000,000 | 33⅓% |
| Marchand v. Momo Inc. et al., No. 19-cv-04433, ECF No. 80 (S.D.N.Y. Aug. 4, 2021) | $5,000,000 | 33⅓% |
| In re Stellantis N.V. Sec. Litig., No. 19-cv-06770, ECF No. 70 (E.D.N.Y. Feb. 23, 2022) | $5,000,000 | 33.3% |
| In re Ideanomics, Inc. Sec. Litig., No. 19-cv-06741, ECF No. 132 (S.D.N.Y. Jan. 25, 2022) | $5,000,000 | 33.3% |
| Beckman v. Keybank, N.A., 293 F.R.D. 467, 482, at *6-7 (S.D.N.Y. 2013) | $4,900,000 | 33⅓% |
| In re Akazoo S.A. Sec. Litig., No. 20-cv-01900 2021, 2021 WL 4316717, at *1 (E.D.N.Y. Sept. 10, 2021) | $4,900,000 | 33⅓% |
| In re DDAVP Indirect Purchaser Antitrust Litig., No. 05-cv-02237, 2013 WL 10114257, at *3 (S.D.N.Y. Dec. 18, 2013) | $4,750,000 | 33.0% |
| Toure v. Amerigroup Corp. et al, No. 10-cv-05391, 2012 WL 3240461, at *7 (E.D.N.Y. Aug. 6, 2012) | $4,450,000 | 33⅓% |
| Frank Satty, et al. v. NetEase.com, No. 01-cv-09296, ECF No. 20 (S.D.N.Y. May 30, 2003) | $4,350,000 | 33.3% |
| Perry et al v. Duoyuan Printing, Inc. et al., No. 10-cv-07235, ECF No. 185 (S.D.N.Y. Nov 27, 2013) | $4,300,000 | 33⅓% |
| Leach et al v. NBC Universal Television Group et al., No. 15-cv-07206, ECF No. 329 (S.D.N.Y. Aug 24, 2017) | $4,269,867 | 33⅓% |
| In re iDreamSky Technology Limited Securities Litig., No. 15-cv-02514, 2018 WL 8950640, at *4 (S.D.N.Y. April 6, 2018) | $4,150,000 | 33⅓% |
| Massiah v. Metroplus Health Plan, Inc., 2012 WL 5874655, at *6 (S.D.N.Y. Nov. 20, 2012) | $4,000,000 | 33⅓% |
| In re 3D Systems Sec. Litig., No. 21-cv-01920, ECF No. 76 (Jan. 4, 2024) | $4,000,000 | 33⅓% |
| In re Hi-Crush Partners L.P. Sec. Litig., No. 12-cv-08557, 2014 WL 7323417, at *19 (S.D.N.Y. Dec. 19, 2014) | $3,800,000 | 33⅓% |
| Solomon v. Sprint Corporation, No. 19-cv-05272, ECF No. 98 (S.D.N.Y. Aug. 14, 2023) | $3,750,000 | 33.3% |
| Wilchfort et al v. Knight et al., No. 17-cv-01046, ECF No. 97 (E.D.N.Y. Dec. 4, 2019) | $3,750,000 | 33⅓% |
| Too v. Rockwell Medical, Inc., No. 18-cv-04253, 2020 WL 1026410, at *3 (E.D.N.Y. Feb. 26, 2020) | $3,700,000 | 33⅓% |
| Gormley v. Magijack Vocaltec Ltd. et al., No. 16-cv-01869, ECF No. 70 (S.D.N.Y. Jan. 19, 2018) | $3,650,000 | 33.0% |
| Schutter v. Tarena International, Inc., 2024 WL 4118465, at *12 (E.D.N.Y. Sept. 9, 2024) | $3,500,000 | 33⅓% |
| In re L & L Energy, Inc., No. 13-cv-06704, ECF No. 86 (S.D.N.Y. Aug 3, 2015) | $3,500,000 | 33⅓% |
| Mohney v. Shelly's Prime Steak, Stone Crab & Oyster Bar, No. 06 Civ. 4270, 2009 WL 5851465, at *5 (S.D.N.Y. Mar. 31, 2009) | $3,265,000 | 33.0% |
| Sanders v. The CJS Solutions Grp., LLC, No. 17-cv-3809, ECF No. 106 (S.D.N.Y June 22, 2018) | $3,240,000 | 33⅓% |
| In re Loop Industries, Inc. Securities Litigation, No. 20-cv-09031, ECF No. 59 (S.D.N.Y. Jan 5, 2023) | $3,100,000 | 33⅓% |
| In re Ability, Inc. Securities Litigation, No. 16-cv-03893, ECF No. 107 (S.D.N.Y. Sept. 17, 2018) | $3,000,000 | 33.3% |
| In re Ability, Inc. Securities Litig., No. 16-cv-03893, ECF No. 107 (S.D.N.Y. Sept. 17, 2018) | $3,000,000 | 33.3% |
| Enriquez v. Nabriva Therapeutics plc, No. 19-cv-04183, ECF No. 78 (S.D.N.Y. May 14, 2021) | $3,000,000 | 33.3% |
| Noto et al v. 22nd Century Group, Inc. et al, No. 19-cv-01285, ECF No. 99 (W.D.N.Y. Oct. 23, 2023) | $3,000,000 | 33.3% |
| Stefaniak v. HSBC Bank USA, N.A., No. 05-cv-07208, 2008 WL 7630102 at *10 (W.D.N.Y. June 28, 2008) | $2,900,000 | 33.0% |
| Gauquie v. Albany Molecular Research, Inc., No. 14-cv-06637, ECF No. 72 (E.D.N.Y. Oct. 13, 2017) | $2,868,000 | 33.3% |
| Vaccaro v. New Source Energy Partners Lp., No. 15-cv-8954, 2017 WL 6398636, at *6 (S.D.N.Y. Dec. 14, 2017) | $2,850,000 | 33⅓% |
| In re Blech Sec. Litig., No. 94-cv-07696, 2002 WL 31720381, at *1 (S.D.N.Y. Dec. 4, 2002) | $2,795,000 | 33⅓% |
| Bensinger v. Denbury Resources Inc., No. 10-cv-01917, ECF No. 146 (E.D.N.Y. July 20, 2015) | $2,750,000 | 33⅓% |
| In re Namaste Technologies Inc. Securities Litig., No. 18-cv-10830, ECF No. 76 (S.D.N.Y. Mar. 11, 2020) | $2,750,000 | 33.3% |
| In re Akari Therapeutics PLC Securities Litigation, No. 17-cv-03577, ECF No. 106 (S.D.N.Y. Nov. 28, 2018) | $2,700,000 | 33.3% |
| In re Tangoe, Inc. Securities Litig., No. 17-cv-00146, ECF No. 78 (D. Conn. Apr. 4, 2018) | $2,550,000 | 33.3% |
| Mikhlin v. Oasmia Pharmaceutical AB et al., No. 19-cv-04349, ECF No. 45 (E.D.N.Y.) | $2,350,000 | 33⅓% |
| In re Fuwei Films Sec. Litig., No. 07-cv-09416, ECF No. 86 (S.D.N.Y. Apr. 27, 2011) | $2,150,000 | 33.0% |
| In re Revolution Lighting Technologies, Inc. Sec. Litig., No. 19-cv-00980, ECF No. 86 (S.D.N.Y. Aug. 11, 2020) | $2,083,333 | 33.3% |
| Kristal v. Mesoblast Limited, No. 20-cv-08430, 2022 WL 3442535, at *1 (S.D.N.Y. Aug. 15, 2022) | $2,000,000 | 33⅓% |
| Menkes v. Stolt-Nielsen S.A., No. 03-cv-00409, ECF No. 142 (D.Conn. Jan. 25, 2011) | $2,000,000 | 33.3% |
| Pilgaonkar v. Kitov Pharmaceuticals Holdings Ltd., No. 17-cv-00917, ECF No. 86 (S.D.N.Y. Mar. 22, 2019) | $2,000,000 | 33.3% |
| Levine v. Atricure, Inc. et al., No. 06-cv-14324, ECF No. 85 (S.D.N.Y. May 27, 2011) | $2,000,000 | 33.3% |
| Perry v. Duoyuan Printing, Inc., No. 10-cv-07235, ECF No. 218 (S.D.N.Y. June 16, 2015) | $1,893,750 | 33.3% |
| Lin v. Liberty Health Sciences Inc., No. 19-cv-00161, ECF No. 100 (S.D.N.Y. Nov. 16, 2021) | $1,800,000 | 33.3% |
| In re Noah Education Holdings Ltd. Securities Litigation, No. 08-cv-09203, ECF No. 80 (S.D.N.Y. May 27, 2011) | $1,750,000 | 33⅓% |
| Calfo and Demsar v. Messina, Sr., et al., No. 15-cv-04010, ECF No. 184 (S.D.N.Y. Oct. 30, 2017) | $1,650,000 | 33.3% |
| Palacio v. E*TRADE Financial Corp., 2012 WL 2384419, at *6 (S.D.N.Y. June 22, 2012) | $1,500,000 | 33⅓% |
| In re Altair Nanotechnologies Securities Litigation, No. 14-cv-07828, ECF No. 53 (S.D.N.Y. June 15, 2016) | $1,500,000 | 33.0% |
| In re FAB Universal Corporation Securities Litigation, No. 13-cv-08216, ECF No. 74 (S.D.N.Y. Jan. 28, 2016) | $1,500,000 | 33.0% |
| Strougo v. Bassini, No. 258 F.Supp.2d 254, 262, at *4-5 (S.D.N.Y. 2003) | $1,500,000 | 33⅓% |
| In re Akazoo S.A. Sec. Litig., No. 20-cv-01900, 2022 WL 14915270 at *4 (E.D.N.Y. Oct. 07, 2022) | $1,470,000 | 33⅓% |
| Viti v. Shattuck Labs, Inc. et al, No. 22-cv-00560, ECF No. 54 (E.D.N.Y. Nov. 6, 2023) | $1,400,000 | 33⅓% |
| Tate v. Aterian, Inc., No. 21-cv-04323, ECF No. 99 (S.D.N.Y. Sept. 12, 2022) | $1,300,000 | 33.3% |
| Tiro v. Public House Investments, LLC, No. 11-cv-07679, ECF No. 113 (S.D.N.Y. Sept. 10, 2013) | $1,300,000 | 33⅓% |
| Grice v. Pepsi Beverages Company et al., No. 17-cv-08853, ECF No. 66 (S.D.N.Y Jan. 28, 2019) | $1,192,275 | 33⅓% |
| Henry et al v. Little Mint, Inc. et al., No. 12-cv-03996, ECF No. 71 (S.D.N.Y. May 23, 2014) | $1,162,500 | 33.3% |
| In re China Sunergy Company Limited, No. 07-cv-07895, ECF No. 66 (S.D.N.Y. May 12, 2011) | $1,050,000 | 33.3% |
| Springer v. Code Rebel Corp., No. 16-cv-03492, 2018 WL 1773137, at *5 (S.D.N.Y. Apr. 10, 2018) | $1,000,000 | 33.3% |