# EXHIBIT 7

**ReconAfrica U.S. Securities Class Action Litigation**
**Confirmation of Receipt of U.S. Settlement Amount and Release**

This Confirmation of Receipt of U.S. Settlement Amount and Release ("Confirmation") is entered into between Robert Partovy, the Lead Plaintiff in the action captioned *In re Reconnaissance Energy Africa Ltd. Securities Litigation,* No. 1:21-cv-06176-NRM-RML pending in the United States District Court for the Eastern District of New York, on behalf of himself and the U.S. Settlement Class, on one hand, and defendants Reconnaissance Energy Africa Ltd., James Jay Park, Scot Evans, Ian D. Brown, Carlos Escribano, Shiraz Dhanani, Mark Gerlitz, and James Granath, and their insurers, including without limitation Victor Canada, on the other hand. All capitalized terms in this Confirmation shall have the meanings set forth in the Global Stipulation and Agreement of Settlement entered into as of February 27, 2024 between the parties in the U.S. Action and the Canadian Action.

WHEREAS, pursuant to Paragraph 12 of the Stipulation, the U.S. Settlement Amount is "the greater of: (a) nine million, four hundred twenty-five thousand Canadian dollars ($9,425,000 CAD); or (b) if on the date that the U.S. Settlement Amount is paid into the U.S. Escrow Account the value of $1 Canadian dollar is less than $.75 U.S. dollar (*i.e.* the U.S. dollar - Canadian dollar exchange rate as of 5:00 p.m. Eastern time on December 20, 2023), Canadian dollars equal to seven million, sixty eight thousand, seven hundred fifty U.S. dollars ($7,068,750 USD)[,]"

WHEREAS, the U.S. Escrow Account received payments totaling $9,524,433.75 CAD from the Defendants' insurers prior to the date that payment of the U.S. Settlement Amount was due pursuant to Paragraph 11 of the Stipulation,

WHEREAS, on the dates that the Defendants' insurers made such payments, the value of $1 Canadian dollar was less than $.75 U.S. dollar,

WHEREAS, the U.S. Lead Plaintiff and the Defendants have agreed that the Defendants owe an additional $18,432.20 USD in order to sufficiently adjust the payments already made to the U.S. Escrow Account to comply with Paragraph 12 of the Stipulation,

NOW THEREFORE, the U.S. Lead Plaintiff and the Defendants and their insurers, hereby agree as follows:

1.    **Scope:** The limited purpose of this Confirmation is for the U.S. Lead Plaintiff to agree upon the conditions under which he will acknowledge the complete payment of the U.S. Settlement Amount by the Defendants and their insurers pursuant to Paragraph 12 of the Stipulation and release the Defendants and their insurers from any further obligation to pay any additional amount or to adjust any payment previously made. This Confirmation is not intended to modify or amend the terms of the Stipulation in any way.

2.    **Adjustment Payment:** The Defendants, through their insurer Victor Canada, will issue a payment of $18,432.20 USD by check ("Adjustment Payment"). The Adjustment Payment will be sent to the U.S. Escrow Account by courier pursuant to Check Deposit Mailing Instructions previously provided by U.S. Lead Counsel, and copied below for convenience. The

1

Defendants and their insurer will use reasonable best effort to send the Adjustment Payment to the U.S. Escrow Account on or before October 11, 2024. Counsel to the U.S. Lead Plaintiff will promptly notify counsel to the Defendants in writing when the Adjustment Payment is received by the U.S. Escrow Account.

| Check Deposit Mailing Instructions | |
|---|---|
| Mail Check to | **The Huntington National Bank**<br>**Corporate Trust - EA5W63**<br>**ATTN: Susan Brizendine**<br>**7 Easton Oval**<br>**Columbus, OH 43219** |
| Credit Instructions (Mandatory) * | **ReconAfrica Securities Litigation QSF #1**▇▇▇▇ |

\* **IMPORTANT – "Credit Instructions" <u>must</u> be included or the check will not be credited to the account.**

3.    **Release:** Upon receipt of the Adjustment Payment by the U.S. Escrow Account, the U.S. Lead Plaintiff agrees that the Defendants and their insurers have fully complied with their obligations in Paragraphs 11-13 of the Stipulation, and the U.S. Lead Plaintiff releases Defendants and their insurers from any claim in law or equity that the U.S. Settlement Payment has not been fully funded or that it requires any further adjustments to comply with the terms of the Stipulation.

Dated: October 7, 2024

U.S. Lead Plaintiff Robert Partovy

By U.S. Lead Counsel
Glancy Prongay & Murray LLP

Defendants Reconnaissance Energy Africa, Ltd., Jay Park, Scot Evans, Carlos Escribano, Mark Gerlitz, Ian Brown, Shiraz Dhanani and James Granath

By Their US Counsel
Neal, Gerber & Eisenberg LLP

2